The order below is hereby signed.

Signed: April 18 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## sIN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | * |
| | * |
| **ADAMS 3, LLC,** | *   Case No. 22-00205-ELG |
| | *   **Chapter 11** |
| Debtor. | * |

### ORDER AUTHORIZING THE TRUSTEE TO REJECT CERTAIN
### COMMERCIAL LEASES AND REQUIRE TENANTS TO VACATE FORMERLY LEASED PREMISES

The matter before the Court is the motion (the "**Motion**") of Bradley D. Jones, chapter 11 trustee (the "**Trustee**") for entry of an order (a) determining the commercial leases ("**Commercial Leases**") of Glory and Dreamlands (the "**Rejected Lease Holders**") terminated; (b) authorizing Adams 3, LLC (the "**Debtor**") to reject those leases; and (b) requiring the Rejected Lease Holders to vacate the premises to the Trustee and the above-captioned bankruptcy estate (the "**Bankruptcy Estate**"). The Court having considered the matter and good cause having been shown:

---

**Alexander M. Laughlin (DC Bar No. 484489)**
**Bradley D. Jones (Bankr. D.D.C. No. VA68)**
**ODIN, FELDMAN & PITTLEMAN, P.C.**
**1775 Wiehle Ave., Suite 400**
**Reston, Virginia 20190**
**Tel:  (703) 218-2134 (Mr. Laughlin)**
       **(703) 218-2176 (Mr. Jones)**
**Fax: (703) 218-2160**
**Alex.Laughlin@ofplaw.com**
**Brad.Jones@ofplaw.com**

*Counsel for the Chapter 11 Trustee*

It Is HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Court determines that the commercial leases ("**Commercial Leases**") of Glory, LLC and Dreamland Investment Group, LLC have either expired or were properly terminated by the Trustee in accordance with the Commercial Lease agreements.

3. Pursuant to section 365 of the Bankruptcy Code, to the extent that the Bankruptcy Estate has any obligations under the agreements, the commercial leases ("**Commercial Leases**") are hereby rejected, effective as of the date of entry of this Order.

4. Glory, LLC and Dreamland Investment Group, LLC shall vacate the premises they currently occupy on or before April 30, 2023, leaving the premises in broom clean condition, with any personal property remaining in those leased premises as of May 1, 2023 being deemed abandoned by Glory, LLC; Dreamland Investment Group, LLC; and their respective owners, employees, customers, and any affiliated persons.

5. In the event personal property remains in the premises on or after May 1, 2023, the Trustee is authorized, in his business judgment, to dispose of such property without further order of this Court or notice to any party.

6. The Trustee, Bankruptcy Estate, and the Debtor do not waive any claims they may have against any counterparty to the Commercial Leases, and retain the right to pursue past-due rent and shared common area maintenance expenses against the tenants and any guarantors, through the rejection date, whether or not such claims arise under, are independent of the Leases, or are related to the rejection of the leases.

7. Nothing herein shall prejudice any party's rights to assert that the Commercial Leases are not, in fact, executory within the meaning of section 365 of the Bankruptcy Code.

8. Nothing contained in the Motion or this Order is intended or should be construed to create an administrative priority claim, waive any of the Bankruptcy Estate's claims against any party, or waive or limit the defenses of the Debtor, the Bankruptcy Estate, or the Trustee to any claim for allowance of an administrative expense.

8. Notwithstanding anything to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

9. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**END OF ORDER**

I ASK FOR THIS:

*/s/ Alexander M. Laughlin*
**Alexander M. Laughlin (DC Bar No. 484489)**
**Bradley D. Jones (Bankr. D.D.C. No. VA68)**
**ODIN, FELDMAN & PITTLEMAN, P.C.**
**1775 Wiehle Ave., Suite 400**
**Reston, Virginia 20190**
**Tel: (703) 218-2134 (Mr. Laughlin)**
     **(703) 218-2176 (Mr. Jones)**
**Fax: (703) 218-2160**
**Alex.Laughlin@ofplaw.com**
**Brad.Jones@ofplaw.com**

*Counsel for the Chapter 11 Trustee*

Copies to:

All Attorneys of Record (by Notice of Electronic Filing)

#5553202v1  092303/000002