# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **ADAMS 3, LLC,** | * | **Case No. 22-00205-ELG** |
| | * | **Chapter 11** |
| Debtor. | * | |

## TRUSTEE'S REPORT OF SALE

BRADLEY D. JONES, the Chapter 11 Trustee in the above captioned case, pursuant to Section 4.1.1 of the Plan [Dkt. No. 117-1], which was confirmed by this Court on July 6, 2023 [Dkt. No. 133], and pursuant to the Order of this Court approving the Trustee's bid procedures and in-court auction [Dkt. No. 116], sold the above-captioned estate's interest in the real properties located at 2406, 2408, & 2410 18th Street, NW, Washington, D.C. 20009. The successful purchaser was Dashco, Inc., which took title to the property through their assignee, Waterloo Rescue, LLC. The purchase price was $4,260,000.00 and paid through a combination of cash and a credit bid. In connection with the sale, the Trustee paid D.C. real estate taxes in the amount of $356,542.87. No settlement statement was prepared in connection with the sale. A copy of the recorded deed evidencing the closing of the sale and the transfer of the real property is attached as Exhibit A.

Respectfully Submitted,    **BRADLEY D. JONES, CHAPTER 11 TRUSTEE**
By Counsel

*/s/ Bradley D. Jones*
**Alexander M. Laughlin (DC Bar No. 484489)**
**Bradley D. Jones (Bankr. D.D.C. No. VA68)**
**ODIN FELDMAN PITTLEMAN, P.C.**
**1775 Wiehle Ave., Suite 400**
**Reston, Virginia 20190**
**Tel:  (703) 218-2134 (Mr. Laughlin)**
**        (703) 218-2176 (Mr. Jones)**
**Fax: (703) 218-2160**
**        Alex.Laughlin@ofplaw.com**
**        Brad.Jones@ofplaw.com**

*Counsel for the Chapter 11 Trustee*

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

I certify that on this 9th day of August 2023, a copy of the foregoing Report of Sale was served via Notice of Electronic Filing upon all registered users in this case pursuant to this Court's CM/ECF policy.

*/s/ Bradley D. Jones*
Bradley D. Jones, Chapter 11 Trustee

#5686588v1 092303/000002