The order below is hereby signed.

Signed: August 17 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No. 22-00205-ELG |
| ADAMS 3, LLC | : | Chapter 11 |
| | : | |
| | : | |
| Debtor | : | |

### ORDER GRANTING MORRIS MARGULIES, LLC APPLICATION FOR COMPENSATION IN A CASE UNDER CHAPTER 11

Upon consideration of the Application for Compensation in a Case under Chapter 11 (the "Application") filed by Frank Morris II and Morris Margulies, LLC (the "Applicant") as attorney to Adams 3, LLC, the debtor and debtor in possession herein (the "Debtor") covering the period November 1, 2022 through December 19, 2022 (the "Application Period"), appropriate notice having been given, no objections appearing and this Court having found that just and sufficient cause exists for the compensation requested therein, it is, by the United States Bankruptcy Court for the District of Columbia,

ORDERED:

1. That the Application be and is hereby APPROVED.

2.   That the Debtor is hereby authorized and directed to pay the Applicant and judgment is awarded in the amount of **$18,741.00**, representing $18,711.00 for fees and $30,00 for out-of-pocket expenses and costs necessarily incurred during the Application Period.

3. That the fees and expenses approved herein may be paid, in part, by payment to the Applicant of the retainer previously received by the Applicant in the amount of $15,000.00. The remaining $3,741.00 shall be paid to the Applicant by the Chapter 11 Trustee as an administrative expense of the Estate.

I ask for this:

/s/ Frank Morris II
Frank Morris II, Esquire
Bar No. 023091
Law Office of Frank Morris II
8201 Corporate Drive
Suite 260
Hyattsville, MD 20785
(301) 731-1000
(301) 731-1206 (facsimile)
frankmorrisaw@yahoo.com
Counsel for Debtor


Seen and No objection:

/s/ Sara Kathryn Mayson (by permission)
Sara Kathryn Mayson
Office of the US Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314
(202) 841-8501
sara.kathryn.mayson@usdoj.gov


Seen and No objection:

/s/ Bradley D. Jones (by permission)
Bradley J. Jones
Odin, Feldman & Pittleman, P.C.
1775 Wiehle Avenue
Suite 400
Reston, VA 20190
(703) 218-2176
brad.jones@ofplaw.com

Cc:
Counsel for Debtor
Chapter 11 Trustee
U.S. Trustee
All Creditors
All Interested Parties

**END OF ORDER**