The order below is hereby signed.

Signed: August 17 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** : | |
| : | Case No. 22-00205-ELG |
| **ADAMS 3, LLC** : | Chapter 11 |
| : | |
| : | |
| **Debtor** : | |

### ORDER GRANTING MORRIS MARGULIES, LLC APPLICATION FOR COMPENSATION IN A CASE UNDER CHAPTER 11

Upon consideration of the Application for Compensation in a Case under Chapter 11 (the "Application") filed by Frank Morris II and Morris Margulies, LLC (the "Applicant") as attorney to Adams 3, LLC, the debtor and debtor in possession herein (the "Debtor") covering the period November 1, 2022 through December 19, 2022 (the "Application Period"), appropriate notice having been given, no objections appearing and this Court having found that just and sufficient cause exists for the compensation requested therein, it is, by the United States Bankruptcy Court for the District of Columbia,

ORDERED:

1. That the Application be and is hereby APPROVED.

2. That the Debtor is hereby authorized and directed to pay the Applicant and judgment is awarded in the amount of **$18,741.00**, representing $18,711.00 for fees and $30,00 for out-of-pocket expenses and costs necessarily incurred during the Application Period.

3. That the fees and expenses approved herein may be paid, in part, by payment to the Applicant of the retainer previously received by the Applicant in the amount of $15,000.00. The remaining $3,741.00 shall be paid to the Applicant by the Chapter 11 Trustee as an administrative expense of the Estate.

I ask for this:

/s/ Frank Morris II
Frank Morris II, Esquire
Bar No. 023091
Law Office of Frank Morris II
8201 Corporate Drive
Suite 260
Hyattsville, MD 20785
(301) 731-1000
(301) 731-1206 (facsimile)
frankmorrisaw@yahoo.com
Counsel for Debtor

Seen and No objection:

/s/ Sara Kathryn Mayson (by permission)
Sara Kathryn Mayson
Office of the US Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314
(202) 841-8501
sara.kathryn.mayson@usdoj.gov


Seen and No objection:

/s/ Bradley D. Jones (by permission)
Bradley J. Jones
Odin, Feldman & Pittleman, P.C.
1775 Wiehle Avenue
Suite 400
Reston, VA 20190
(703) 218-2176
brad.jones@ofplaw.com

Cc:
Counsel for Debtor
Chapter 11 Trustee
U.S. Trustee
All Creditors
All Interested Parties

**END OF ORDER**

United States Bankruptcy Court

District of Columbia

In re:  
Adams 3, LLC  
    Debtor

Case No. 22-00205-ELG  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 2  
Date Rcvd: Aug 17, 2023      Form ID: pdf001      Total Noticed: 10

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| 764901 | + | 18th DC, LLC, c/o Jeffery T. Martin, Jr., Martin Law Group, P.C., 8507 Westown Way, Vienna, VA 22182-2513 |
| 764786 | + | ATCF II DC, LLC, 150 S Pine Island Road, Suite 417, Plantation, FL 33324-2667 |
| 769729 | + | Andrew Nimmer, c/o Richard B. Rosenblatt Esq., 30 Courthouse Square, Suite 302, Rockville, Maryland 20850-2378 |
| 765603 | + | DC GOV'T OFFICE OF TAX AND REVENUE, PO BOX 75520, WASHINGTON, DC 20013-0520 |
| 765605 | + | DC Govt Office of Tax & Revenue, P O Box 37559, Washington, DC 20013-7559 |
| 764306 | + | DC Tax & Revenue, 1101 4th Street, SW, Suite W270, Washington, DC 20024-4457 |
| 764305 | | Dashco, Inc., 11350 Random Hills Road, Suite 720, Fairfax, VA 22030-6044 |
| 764311 | + | Dashco, Inc., c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, Maryland 20854-3976 |
| 766635 | + | Washington Gas: Bnky, 6801 Industrial Rd 117B, Springfield, VA 22151-4205 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 764691 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 17 2023 21:38:00 | Department of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 764720 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 31 Hopkins Plaza, Room 1150, Baltimore, MD 21201 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 19, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexander McDonald Laughlin | on behalf of Defendant Bradley Jones Chapter 11 Trustee alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | on behalf of Trustee Bradley David Jones alex.laughlin@ofplaw.com marse.hammond@ofplaw.com |
| Bradley David Jones | on behalf of Trustee Bradley David Jones Brad.Jones@ofplaw.com marse.hammond@ofplaw.com;brad.jones2020@ecf.pacerpro.com |
| Bradley David Jones | brad.jones@ofplaw.com |
| Emil Hirsch | on behalf of Creditor DC Water ehirsch@carltonfields.com doevans@carltonfields.com;wdcecf@cfdom.net;dmcneil@carltonfields.com |
| Jeffery T. Martin | on behalf of Creditor 18th DC LLC jeff@martinlawgroupva.com, Martin.JefferyT.B119228@notify.bestcase.com |
| Jeffery T. Martin | on behalf of Plaintiff 18th DC LLC jeff@martinlawgroupva.com, Martin.JefferyT.B119228@notify.bestcase.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Creditor Dashco Inc. mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Richard B. Rosenblatt | on behalf of Interested Party Andrew Nimmer rrosenblatt@rosenblattlaw.com ldorney@rosenblattlaw.com;gonzalez@rosenblattlaw.com;wilbertrr41309@notify.bestcase.com |
| Sara Kathryn Mayson | on behalf of U.S. Trustee U. S. Trustee for Region Four sara.kathryn.mayson@usdoj.gov Robert.W.Ours@usdoj.gov |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 12