The order below is hereby signed.

Signed: August 21 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| In re: | * | |
|---|---|---|
| | * | |
| **ADAMS 3, LLC,** | * | **Case No. 22-00205-ELG** |
| | * | **Chapter 11** |
| Debtor. | * | |

### ORDER GRANTING FINAL APPLICATION FOR APPROVAL OF COMPENSATION FOR ODIN FELDMAN PITTLEMAN, P.C. <ins>AS COUNSEL FOR THE CHAPTER 11 TRUSTEE</ins>

This matter came before the Court on the Final Application for Approval of Compensation for Odin Feldman Pittleman, P.C. ("Final Application"). The Final Application sought compensation for fees in the amount of $129,266.50 and reimbursement of expenses in the amount

---

**Alexander M. Laughlin (DC Bar No. 484489)**
**Bradley D. Jones (Bankr. D.D.C. No. VA68)**
**ODIN FELDMAN PITTLEMAN, P.C.**
**1775 Wiehle Avenue., Suite 400**
**Reston, Virginia 20190**
**Tel:  (703)-218-2134 (Mr. Laughlin)**
**        (703)-218-2176 (Mr. Jones)**
**Fax: (703)-218-2160**
Alex.Laughlin@ofplaw.com
Brad.Jones@ofplaw.com

*Counsel for the Chapter 11 Trustee*

of $914.01. Counsel for the Trustee and counsel for the United States Trustee have met and conferred regarding the Final Application and mutually agreed to a $10,000.00 reduction in the fees sought by Odin, Feldman Pittleman, P.C. Agreement of counsel is represented by their endorsements on this order.

IT APPEARING TO THE COURT, that upon consideration of the Final Application, as reduced by agreement with the United States Trustee, the amount sought in the application is reasonable and the fees incurred were necessary for the administration of the bankruptcy estate, it is hereby

ORDERED, that the Final Application is GRANTED; and it is

FURTHER ORDERED, that compensation of Odin, Feldman Pittleman, P.C. is approved for fees in the amount of $119,266.50 and reimbursement of expenses in the amount of $914.02.

I ASK FOR THIS:


*/s/ Alexander M. Laughlin*
**Alexander M. Laughlin (DC Bar No. 484489)**
**Bradley D. Jones (Bankr. D.D.C. No. VA68)**
**ODIN FELDMAN PITTLEMAN, P.C.**
**1775 Wiehle Ave., Suite 400**
**Reston, Virginia 20190**
**Tel:  (703) 218-2134 (Mr. Laughlin)**
**        (703) 218-2176 (Mr. Jones)**
**Fax: (703) 218-2160**
**Alex.Laughlin@ofplaw.com**
**Brad.Jones@ofplaw.com**

*Counsel for the Chapter 11 Trustee*

SEEN AND AGREED

*/s/ Sara Kathryn Mayson with authority*
**Sara Kathryn Mayson**
**Office of the United States Trustee**
**1725 Duke Street, Suite 650**
**Alexandria, VA 22314**
**202-841-8501**
sara.kathryn.mayson@usdoj.gov

*Counsel for the Acting United States Trustee for Region 4*


Copies to: All attorneys who have entered an appearance and who are registered e-filers.

#5696357v2 092303/000002