The order below is hereby signed.

Signed: August 23 2023



_Elizabeth L. Gunn_
_U.S. Bankruptcy Judge_

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **ADAMS 3, LLC,** | * | **Case No. 22-00205-ELG** |
| | * | **Chapter 11** |
| Debtor. | * | |

### ORDER AUTHORIZING ALLOWANCE OF
### COMPENSATION FOR TRUSTEE'S REAL ESTATE AGENT AND BROKERS

This matter came before the Court on the Application for Compensation and Reimbursement of Chapter 11 Trustee's Real Estate Agent and Brokers ("**Application of Real Estate Agent and Brokers**"). The Application of Real Estate Agent and Brokers sought

**Alexander M. Laughlin (DC Bar No. 484489)**
**Bradley D. Jones (Bankr. D.D.C. No. VA68)**
**ODIN, FELDMAN, & PITTLEMAN, P.C.**
**1775 Wiehle Avenue., Suite 400**
**Reston, Virginia 20190**
**Tel: (703)-218-2134 (Mr. Laughlin)**
      **(703)-218-2176 (Mr. Jones)**
**Fax: (703)-218-2160**
Alex.Laughlin@ofplaw.com
Brad.Jones@ofplaw.com

*Counsel for the Chapter 11 Trustee*

compensation in the amount of $213,000.00, property services in the amount of $3,850.00, and

reimbursement of expenses in the amount of $69.77.

IT APPEARING TO THE COURT, that upon consideration of the Application of Real Estate

Agent and Brokers and any opposition filed thereto, it is hereby

ORDERED, that the Application of Real Estate Agent and Brokers is GRANTED; and it

is

FURTHER ORDERED, that compensation of Real Estate Agent and Brokers is approved for

compensation, services, and fees in the amount of $216,919.77.

I ASK FOR THIS:


**/s/ Alexander M. Laughlin**
**Alexander M. Laughlin (DC Bar No. 484489)**
**Bradley D. Jones (Bankr. D.D.C. No. VA68)**
**ODIN, FELDMAN PITTLEMAN, P.C.**
**1775 Wiehle Ave., Suite 400**
**Reston, Virginia 20190**
**Tel:  (703) 218-2134 (Mr. Laughlin)**
**        (703) 218-2176 (Mr. Jones)**
**Fax: (703) 218-2160**
**Alex.Laughlin@ofplaw.com**
**Brad.Jones@ofplaw.com**

*Counsel for the Chapter 11 Trustee*

SEEN AND AGREED

**/s/ Sara Kathryn Mayson with authority**
**Sara Kathryn Mayson**
**Office of the United States Trustee**
**1725 Duke Street, Suite 650**
**Alexandria, VA 22314**
**202-841-8501**
**sara.kathryn.mayson@usdoj.gov**

*Counsel for the Acting United States Trustee for Region 4*

Copies to: All attorneys who have entered an appearance and who are registered e-filers.

#5675346v2 092303/000002

2