The order below is hereby signed.

Signed: August 23 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **ADAMS 3, LLC,** | * | Case No. 22-00205-ELG |
| | * | Chapter 11 |
| Debtor. | * | |

### ORDER AUTHORIZING ALLOWANCE OF
### COMPENSATION TO TRUSTEE

THIS MATTER having come before this Court upon the application of the chapter 11 trustee, Bradley D. Jones (the "**Trustee**") Application for Allowance of Compensation ("**Trustee Compensation Application**") [Dkt. No.137]; and upon consideration of the Trustee Compensation Application; and it appearing that proper and adequate notice of the Trustee Compensation

---

Alexander M. Laughlin (DC Bar No. 484489)
Bradley D. Jones (Bankr. D.D.C. No. VA68)
ODIN FELDMAN PITTLEMAN, P.C.
1775 Wiehle Avenue., Suite 400
Reston, Virginia 20190
Tel:   (703)-218-2134 (Mr. Laughlin)
        (703)-218-2176 (Mr. Jones)
Fax: (703)-218-2160
Alex.Laughlin@ofplaw.com
Brad.Jones@ofplaw.com

*Counsel for the Chapter 11 Trustee*

Application has been given and that no other or further notice is necessary; and upon consideration of the record herein; and it appearing that there is good and sufficient cause to grant the Trustee Compensation Application; it is hereby

ORDERED that the Trustee Compensation Application is APPROVED; it is further

ORDERED that and the Trustee is authorized to make payment from the assets of the Bankruptcy Estate up to the maximum amount of $34,955.25 as voluntarily agreed by the Trustee.

I ASK FOR THIS:


/s/ Alexander M. Laughlin
**Alexander M. Laughlin (DC Bar No. 484489)**
**Bradley D. Jones (Bankr. D.D.C. No. VA68)**
**ODIN FELDMAN PITTLEMAN, P.C.**
**1775 Wiehle Ave., Suite 400**
**Reston, Virginia 20190**
**Tel:  (703) 218-2134 (Mr. Laughlin)**
**        (703) 218-2176 (Mr. Jones)**
**Fax: (703) 218-2160**
**Alex.Laughlin@ofplaw.com**
**Brad.Jones@ofplaw.com**

*Counsel for the Chapter 11 Trustee*

SEEN AND AGREED


/s/ Sara Kathryn Mayson with authority
**Sara Kathryn Mayson**
**Office of the United States Trustee**
**1725 Duke Street, Suite 650**
**Alexandria, VA 22314**
**202-841-8501**
sara.kathryn.mayson@usdoj.gov

*Counsel for the Acting United States Trustee for Region 4*

Copies to: All attorneys who have entered an appearance and who are registered e-filers.

#5674631v1 092303/000002

2