## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | * |
| | * |
| **ADAMS 3, LLC,** | *   Case No. 22-00205-ELG |
| | *   **Chapter 11** |
| Debtor. | * |

### NOTICE OF INTENT TO DISTRIBUTE

PLEASE TAKE NOTICE that Bradley D. Jones, the Chapter 11 Trustee ("**Trustee**") is intending to make a distribution to administrative creditors in accordance the Chapter 11 Plan of Reorganization of Adams 3, LLC Proposed by Dashco, Inc., which was filed on June 9, 2023 (the "**Plan**"). [Dkt. No. 117-1]. The Plan was confirmed by an order of the Bankruptcy Court entered on July 6, 2023. (the "**Confirmation Order**"). [Dkt. No. 133].

The claims submitted by administrative creditors (the "**Administrative Claim Holders**") total $560,114.44. The claims exceed the Cash on Hand (as defined in the Plan) that the Trustee is able to distribute as an initial distribution (the "**Initial Distribution**"). After resolution of the remaining HAP Claims (as defined in the Plan), the Trustee hopes to be able to make a subsequent distribution ("**Subsequent Distribution**") to administrative claim holders from those recoveries. However, because the Subsequent Distribution will be contingent on litigation recoveries, the ability to make such a distribution and any amounts that may be able to be distributed will be uncertain.

The Administrative Claim Holders have discussed the matter and agreed that (1) the

---

**Alexander M. Laughlin (DC Bar No. 484489)**
**Bradley D. Jones (Bankr. D.D.C. No. VA68)**
**ODIN FELDMAN PITTLEMAN, P.C.**
**1775 Wiehle Avenue., Suite 400**
**Reston, Virginia 20190**
**Tel:  (703)-218-2134 (Mr. Laughlin)**
       **(703)-218-2176 (Mr. Jones)**
**Fax: (703)-218-2160**
**Alex.Laughlin@ofplaw.com**
**Brad.Jones@ofplaw.com**

*Counsel for the Chapter 11 Trustee*

Trustee will cap the payment on his commission claim to the amount of $34,955.25 in order to make additional distributions to Administrative Claim Holders; (2) the Trustee will not pursue disgorgement from Administrative Claim Holders who have already received a larger payment than they would have on a *pari passu* basis, but the Trustee will not make an additional distribution to those creditors in the Initial Distribution; (3) Andrew Nimmer filed an administrative claim on July 26, 2023, which was after the administrative bar date set by the Plan. Because the claim is tardy, it is therefore subject to objection. Nevertheless, the Administrative Claim Holders have agreed that the Trustee may still make a distribution on that claim, conditioned on Mr. Nimmer's agreement to the proposed distribution; and (4) the Trustee will maintain a reserve for the payment of U.S. Trustee fees in the amount of $4,000.00.

The Trustee will be distributing Cash on Hand (as defined in the Plan) in the amount of $250,000.00. In addition to the Cash on Hand distribution, the Trustee will be reserving an additional amount of $4,000.00 in order to provide for the payment of U.S. Trustee fees in accordance with the Confirmation Order. [Dkt. No. 133]. The reserve will be used to make payments to the U.S. Trustee as post-confirmation quarterly fees become payable. Once distributions under the Plan are completed, a final payment will be made to the U.S. Trustee on account of post-confirmation quarterly payments incurred in accordance with the Priority Scheme under the Bankruptcy Code and the Plan.

The proposed distribution will be made as follows:

| Claimant | Claim Amount | Related Dkt. No. | Previous Receipts | Proposed Distribution |
|---|---|---|---|---|
| Frank Morris and Morris Margulies, LLC | $18,741.00 | Dkt. No. 141 | $15,000.00 | $0.00 |
| Andrew Nimmer | $51,000.00 | Dkt. No. 116 | $0.00 | $31,250.00 |

| Century 21 Commercial New Millennium | $216,919.77 | Dkt. No. 145 | $0.00 | $97,250.00 |
|---|---|---|---|---|
| Bradley Jones, Trustee | $153,273.15 | Dkt. No. 146 | $0.00 | $34,955.25 |
| Odin Feldman & Pittleman, P.C. | $120,180.52 | Dkt. No. 143 | $0.00 | $86,544.75 |
| **Totals** | **$560,114.44** | | **$15,000.00** | **$250,000.00** |

| UST Fee Reserve | | | | $4,000.00 |
|---|---|---|---|---|

Any party wishing to contest the proposed distribution as set forth above should file an objection within seven (7) days of the filing of this notice. In the absence of an objection the Trustee will proceed with the above distribution in accordance with the terms of the Plan.

Parties-in-interest are advised that, except for the treatment to parties as provided above, no payments will be made by the Trustee to any party, except to the extent the Trustee is able to make a Subsequent Distribution following resolution of the Estate's HAP Claims.

All professionals reserve their rights with respect to their allowed claims in any Subsequent Distribution to be made by the Trustee.

Respectfully Submitted,

**BRADLEY D. JONES, CHAPTER 11 TRUSTEE**
By Counsel

*/s/ Bradley D. Jones*
**Alexander M. Laughlin (DC Bar No. 484489)**
**Bradley D. Jones (Bankr. D.D.C. No. VA68)**
**ODIN FELDMAN PITTLEMAN, P.C.**
**1775 Wiehle Ave., Suite 400**
**Reston, Virginia 20190**
**Tel: (703) 218-2134 (Mr. Laughlin)**
**        (703) 218-2176 (Mr. Jones)**
**Fax: (703) 218-2160**
**Alex.Laughlin@ofplaw.com**
**Brad.Jones@ofplaw.com**

*Counsel for the Chapter 11 Trustee*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on August 29, 2023 a true and accurate copy of the foregoing Notice of Intent to Distribute, was sent: (i) by first class mail postage-prepaid to all parties on the attached Service List; (ii) by Notice of Electronic Filing upon all registered users in this case pursuant to this Court's CM/ECF policy; and (iii) via email to the Office of the U.S. Trustee at ustpregion04.ax.ecf@usdoj.gov.

                                          */s/ Bradley D. Jones*
                                          Bradley D. Jones

#5697145v1 092303/000002