Bradley D. Jones, (Bankr. D.D.C. No. VA68)
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 572.9903
Fax (202) 572.9980
brad.jones@stinson.com
*Chapter 11 Trustee for the Bankruptcy Estate of Adams 3, LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 22-00205-ELG |
| ADAMS 3, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Bradley D. Jones (the "Trustee"), Chapter 11 trustee for the bankruptcy estate of Adams 3, LLC, hereby gives notice that Odin Feldman & Pittleman, P.C. withdraws from the above-captioned case as counsel for the Trustee.

PLEASE TAKE FURTHER NOTICE that Stinson LLP is substituted for Odin Feldman & Pittleman, P.C. as counsel for the Trustee in the above-captioned case.

Dated: October 3, 2023       Respectfully submitted:

/s/ Bradley D. Jones
Bradley D. Jones, (Bankr. D. D.C. No. VA68)
STINSON LLP
1775 Pennsylvania Ave., NW, Suite 800
Washington, DC 20006
Tel: 202-572-9903; Fax: 202-572-9980
E-mail: brad.jones@stinson.com

*Chapter 11 Trustee for the Bankruptcy Estate of Adams 3, LLC*

CORE/3003397.0002/107518568.1

Seen and Agreed:

/s/ Alexander M. Laughlin
Alexander M. Laughlin (DC Bar No. 484489)
ODIN, FELDMAN & PITTLEMAN, P.C.
1775 Wiehle Ave., Suite 400
Reston, Virginia 20190
Tel: (703) 218-2134
Fax: (703) 218-2160
Alex.Laughlin@ofplaw.com

## CERTIFICATE OF SERVICE

I certify that on this 3rd day of October, 2023, I caused a true and correct copy of the foregoing Notice of Withdrawal and Substitution of Counsel to be served via the Court's ECF system upon the attorneys for the Debtor, the U.S. Trustee, and all counsel who have entered an appearance in this case.

/s/ Bradley D. Jones
Bradley D. Jones

CORE/3003397.0002/107518568.1