Bradley D. Jones, (Bankr. D.D.C. No. VA 68)
Joshua W. Cox, No. 1033283
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
brad.jones@stinson.com
joshua.cox@stinson.com
ruiqiao.wen@stinson.com
*Proposed Attorneys for*
*Bradley D. Jones, Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 22-00205-ELG |
| ADAMS 3, LLC, ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**APPLICATION TO RETAIN STINSON LLP AS COUNSEL
FOR CHAPTER 11 TRUSTEE PURSUANT TO
<u>11 U.S.C. § 327 AND NOTICE OF OPPORTUNITY TO OBJECT</u>**

TO THE HONORABLE ELIZABETH L. GUNN, BANKRUPTCY JUDGE:

COMES NOW, Bradley D. Jones, the duly appointed and qualified trustee of the Chapter 11 bankruptcy estate of Adams 3, LLC (the "Debtor"), by and through his proposed undersigned attorneys, Stinson LLP, and in support of his application to authorize retention of counsel pursuant to 11 U.S.C. § 327, respectfully represents as follows:

1. On November 1, 2022 (the "Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. On December 19, 2022, the United States Trustee appointed Bradley D. Jones (the "Trustee") as Chapter 11 trustee in the above-captioned case. [ECF Dkt. No. 42]. The Court entered an order approving such appointment on December 20, 2022 [ECF Dkt. No. 45].

3. On January 4, 2023, the Trustee filed an application to employ Odin, Feldman & Pittleman, P.C. to serve as his counsel [ECF Dkt. No. 48]. An order approving Odin, Feldman & Pittleman, P.C.'s employment was entered by the Court on January 20, 2023 [ECF Dkt. No. 64].

4. On October 3, 2023, the Trustee filed a Notice of Withdrawal and Substitution of Counsel [ECF Dkt. No. 150], giving notice that Odin, Feldman & Pittleman, P.C. withdraws from the above-captioned case as counsel for the Trustee and that Stinson LLP is substituted therein as counsel for the Trustee.

5. The Trustee seeks to renew the employment of his counsel on behalf the Chapter 11 estate and retain Joshua W. Cox, Ruiqiao Wen and the law firm of Stinson LLP ("Stinson" or "Attorneys") as his legal counsel.

6. The Trustee has selected the Attorneys because the Attorneys have considerable experience in matters for which they are to be retained, and because the Trustee believes that the Attorneys are well qualified to provide representation in all proceedings arising in connection with the above-captioned matter.

7. The professional services that the Attorneys are to render in connection with the above-captioned matter include:

   a) preparing any necessary applications, motions, objections, memoranda, briefs, notices, answers, orders, reports or other legal papers;

   b) appearing on the Trustee's behalf in any proceeding;

   c) handling any contested matters or Adversary Proceedings as they arise; and

   d) performing other legal services for the Trustee which may be necessary or desirable in connection with the above-captioned matter.

8. The Attorneys intend to apply to this Court periodically for approval of compensation, computed in the first instance at their applicable current hourly billing rates. Partner rates for bankruptcy work range from $460/hr. to $895/hr. Non-partner attorney rates range from $375/hr. to $475/hr. Stinson's rates change in the fourth quarter of each year.

9. To the best of the Trustee's knowledge, except as stated below and in the Verified Statement filed herewith, none of the Attorneys has any connection with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee.

10. DC Water entered its appearance in this case. Stinson did work for DC Water in other offices in connection with matters wholly unrelated to the Debtor and the Chapter 11 case. Stinson will limit its representation of the Trustee to matters not adverse to DC Water and limit its representation of DC Water to matters not adverse to the Trustee.

11. The Debtor's bankruptcy filing listed "Dashco, Inc." as a creditor or party in interest to the case. Stinson did work for Dashco, Inc. in connection with matters wholly unrelated to the Debtor and the Chapter 11 case. Stinson will limit its representation of the Trustee to matters not adverse to Dashco, Inc. and limit its representation of Dashco, Inc. to matters not adverse to the Trustee.

12. Internal Revenue Service filed an unsecured proof of claim in the amount of $250.00 in this case. Stinson did work for Internal Revenue Service in other offices in connection with matters wholly unrelated to the Debtor and the Chapter 11 case. Stinson will limit its representation of the Trustee to matters not adverse to Internal Revenue Service and limit its representation of Internal Revenue Service to matters not adverse to the Trustee.

13. Washington Gas filed an unsecured proof of claim in the amount of $203.34 and an unsecured proof of claim in the amount of $7,952.99. Stinson does work for Washington Gas in connection with matters wholly unrelated to the Debtor and the Chapter 11 case. Stinson will limit its representation of the Trustee to matters not adverse to Washington Gas and limit its representation of Washington Gas to matters not adverse to the Trustee.

14. Stinson attorney Marc E. Albert serves as Chapter 11 and Chapter 7 trustee for the United States Bankruptcy Court for the District of Columbia and routinely serves in that capacity in proceedings before this Court. Stinson periodically represents Marc E. Albert in his capacity as Chapter 7 and Chapter 11 trustee in proceedings before this Court and others.

15. All payments to the Attorneys will be pursuant to 11 U.S.C. § 330 and an application on notice to all appropriate parties.

16. Other than as set forth above and may be stated in the Verified Statement filed herewith, the Attorneys represent no interest adverse to the Trustee, the Debtor, or the estate in the matters upon which they are to be engaged, are disinterested persons, and their employment is in the best interests of the estate and creditors generally.

## NOTICE OF OPPORTUNITY TO OBJECT TO APPLICATION TO RETAIN STINSON LLP AS COUNSEL FOR THE CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. § 327

Bradley D. Jones, Chapter 11 Trustee for the estate of Adams 3, LLC, has filed an application seeking to retain Stinson LLP as counsel for the Chapter 11 Trustee.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to approve the application, or if you want the Court to consider your views on the matter, then:

on or before **October 17, 2023**, you or your attorney must file with the Court a written objection to the application, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, E. Barrett Prettyman U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001.  You may append affidavits and documents in support of your objection.

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy of your objection to:

Bradley D. Jones
Joshua W. Cox
Ruiqiao Wen
Stinson LLP
1775 Pennsylvania Ave., NW, Suite 800
Washington, DC 20006

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the application and may enter an order approving the application.  The Court may approve the application without a hearing if the objection filed states inadequate grounds for denial of the application.  Parties in interest with questions may contact the undersigned.

WHEREFORE, Bradley D. Jones, Trustee, respectfully requests that this Court enter an Order:

    a)    pursuant to 11 U.S.C. § 327(a), authorizing him to employ the Attorneys to

provide representation in connection with the matters described hereinabove; and

    b)    granting such other and further relief as this Court may deem just and equitable.

Dated: October 3, 2023

/s/ Bradley D. Jones
Bradley D. Jones, Trustee
*(via email authorization)*
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 572.9903
Fax (202) 572.9980
brad.jones@stinson.com
*Ch. 11 Trustee for the Bankruptcy Estate of Adams 3, LLC*

Respectfully submitted,

/s/ Joshua W. Cox
Joshua W. Cox, No. 1033283
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
joshua.cox@stinson.com
ruiqiao.wen@stinson.com
*Proposed Attorneys for Bradley D. Jones, Trustee*

## **CERTIFICATE OF SERVICE**

I hereby certify that I did serve a copy of the foregoing Application to Retain Stinson LLP as Counsel For Chapter 11 Trustee Pursuant to 11 U.S.C. § 327 and Notice of Opportunity to Object, Verified Statement, and Proposed Order on October 3, 2023, electronically via the Court's ECF system, and by first class mail, postage prepaid, upon the following:

Adams 3, LLC
1390 Chain Bridge Road
Mc Lean, VA 22101
Tax ID / EIN: 84-3096549

Jeffery T. Martin
Martin Law Group, P.C.
7918 Jones Branch Drive
4th Floor
Mc Lean, VA 22102

Emil Hirsch
Carlton Fields Jorden Burt, P.A.
1025 Thomas Jefferson Street, NW
Ste 400 West
Washington, DC 20007

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012

Richard B. Rosenblatt
Law Offices of Richard B. Rosenblatt, PC
30 Courthouse Square
Ste 302
Rockville, MD 20850

Kristen S. Eustis
Office of the United States Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314

| | |
|---|---|
| Sara Kathryn Mayson<br>DOJ-Ust<br>1725 Duke Street<br>Alexandria, VA 22314 | ATCF II DC, LLC<br>150 S Pine Island Road, Suite 417<br>Plantation, FL 33324-2667 |
| DC Govt Office of Tax & Revenue<br>P O Box 37559<br>Washington, DC 20013-7559 | DC Govt Office of Tax & Revenue<br>PO BOX 75520<br>WASHINGTON, DC 20013-0520 |
| DC Tax & Revenue<br>1101 4th Street, SW<br>Suite W270<br>Washington, DC 20024-4457 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO BOX 7346<br>Philadelphia PA 19101-7346 |

/s/ Joshua W. Cox
Joshua W. Cox