Bradley D. Jones, (Bankr. D.D.C. No. VA 68)
Joshua W. Cox, No. 1033283
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
brad.jones@stinson.com
joshua.cox@stinson.com
ruiqiao.wen@stinson.com
*Proposed Attorneys for*
*Bradley D. Jones, Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>ADAMS 3, LLC,<br><br>          Debtor. | Case No. 22-00205-ELG<br>Chapter 11 |

**VERIFIED STATEMENT IN SUPPORT OF APPLICATION TO RETAIN STINSON LLP AS COUNSEL FOR CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. § 327**

Stinson LLP ("Stinson"), by and through Joshua W. Cox, an attorney at the firm, as proposed counsel for Bradley D. Jones (the "Trustee"), the duly appointed and qualified Chapter 11 trustee in the above-captioned case, and pursuant to Bankruptcy Rule 2014(a), respectfully represents as follows:

1. On November 1, 2022 (the "Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. On December 19, 2022, the United States Trustee appointed Bradley D. Jones ("Trustee") as Chapter 11 trustee in the above-captioned case. [ECF Dkt. No. 42]. The Court entered an order approving such appointment on December 20, 2022 [ECF Dkt. No. 45].

3. On January 4, 2023, the Trustee filed an application to employ Odin, Feldman & Pittleman, P.C. to serve as his counsel [ECF Dkt. No. 48]. An order approving Odin, Feldman & Pittleman, P.C.'s employment was entered by the Court on January 20, 2023 [ECF Dkt. No. 64].

4. October 3, 2023, the Trustee filed a Notice of Withdrawal and Substitution of Counsel [ECF Dkt. No. 150], giving notice that Odin, Feldman & Pittleman, P.C. withdraws from the above-captioned case as counsel for the Trustee and that Stinson LLP is substituted therein as counsel for the Trustee.

5. Stinson has made due inquiry into the nature of any representation of parties in interest, insiders and affiliates, in this and other cases, and believes that neither it nor Joshua W. Cox or Ruiqiao Wen has any disqualifying conflicts of interest.

6. Other than stated herein, Stinson has no connection with the Debtor, any creditors, any other party in interest, their respective attorneys or accountants, the U.S. Trustee or any person employed in the Office of the U.S. Trustee.

7. DC Water entered its appearance in this case. Stinson did work for DC Water in other offices in connection with matters wholly unrelated to the Debtor and the Chapter 11 case. Stinson will limit its representation of the Trustee to matters not adverse to DC Water and limit its representation of DC Water to matters not adverse to the Trustee.

8. The Debtor's bankruptcy filing listed "Dashco, Inc." as a creditor or party in interest to the case. Stinson did work for Dashco, Inc. in connection with matters wholly unrelated to the Debtor and the Chapter 11 case. Stinson will limit its representation of the Trustee to matters not adverse to Dashco, Inc. and limit its representation of Dashco, Inc. to matters not adverse to the Trustee.

9. Internal Revenue Service filed an unsecured proof of claim in the amount of $250.00 in this case. Stinson did work for Internal Revenue Service in other offices in connection with matters wholly unrelated to the Debtor and the Chapter 11 case. Stinson will limit its representation of the Trustee to matters not adverse to Internal Revenue Service and limit its representation of Internal Revenue Service to matters not adverse to the Trustee.

10. Washington Gas filed an unsecured proof of claim in the amount of $203.34 and an unsecured proof of claim in the amount of $7,952.99. Stinson does work for Washington Gas in connection with matters wholly unrelated to the Debtor and the Chapter 11 case. Stinson will limit its representation of the Trustee to matters not adverse to Washington Gas and limit its representation of Washington Gas to matters not adverse to the Trustee.

11. Stinson attorney Marc E. Albert serve as Chapter 11 and Chapter 7 trustee for the United States Bankruptcy Court for the District of Columbia and routinely serves in that capacity in proceedings before this Court. Stinson periodically represents Marc E. Albert in his capacity as Chapter 7 and Chapter 11 trustee in proceedings before this Court and others.

I, Joshua W. Cox, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 3, 2023                                              /s/ Joshua W. Cox
                                                                                                    Joshua W. Cox