UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Case No. 22-00205-ELG |
| ADAMS 3, LLC, | ) ) | Chapter 11 |
| Debtor. | ) ) ) |  |

**ORDER GRANTING APPLICATION TO AUTHORIZE
RETENTION OF COUNSEL FOR CHAPTER 11 TRUSTEE**

This case came before the Court on the application (the "Application") of Bradley D. Jones (the "Trustee"), the duly appointed and qualified trustee of the Chapter 11 bankruptcy estate of Adams 3, LLC, to retain Joshua W. Cox, Ruiqiao Wen and the law firm of Stinson LLP ("Stinson" or "Attorneys"), as counsel for the Trustee pursuant to 11 U.S.C. § 327. The Application discloses that Stinson does work for Washington Gas and previously did work for DC Water, Dascho, Inc., and Internal Revenue Service. DC Water, Dashco, Inc., Internal Revenue Service, and Washington Gas (collectively, the "Parties") are involved in this case as creditors or parties in interest to the case. Stinson will limit its representation of the Trustee to matters not adverse to the Parties, and will limit any representation of the Parties to matters not adverse to the Trustee. Should an actual conflict arise, the Debtor will retain additional conflicts counsel to handle the matter. The Court

being satisfied that the Attorneys represent no interest adverse to the Trustee, or the bankruptcy estate, that the Attorneys are disinterested persons, and that such employment is necessary and is in the best interests of the estate, it is hereby:

**ORDERED**, that the Application be, and the same hereby is **GRANTED IN ITS ENTIRETY**, and it is

**FURTHER ORDERED**, pursuant to 11 U.S.C. § 327(a), that Bradley D. Jones, the Chapter 11 Trustee for the bankruptcy estate of Adams 3, LLC, be, and he hereby is, authorized to employ the Attorneys as counsel for the purposes identified in the Trustee's Application; and it is

**FURTHER ORDERED** that the compensation of the Attorneys shall be subject to further order of this Court, after notice and an opportunity for a hearing.

**END OF ORDER**

**WE ASK FOR THIS:**

/s/ Joshua W. Cox
Bradley D. Jones, (Bankr. D.D.C. No. VA 68)
Joshua W. Cox, No. 1033283
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
brad.jones@stinson.com
joshua.cox@stinson.com
ruiqiao.wen@stinson.com
*Proposed Attorneys for Bradley D. Jones, Trustee*

**SEEN AND NO OBJECTION**

/s/ Sara Kathryn Mayson
Sara Kathryn Mayson
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
Phone: 703-557-0423
Email: Sara.Kathryn.Mayson@usdoj.gov
*Counsel for the Acting United States Trustee for Region 4*

Copies of this Order to:

ECF recipients