**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 22-00205-ELG |
| ADAMS 3, LLC ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**NOTICE OF OPPORTUNITY TO OBJECT TO**
**MOTION TO COMPEL PAYMENT**

YSRTL LLC TES CUSTODIAN ("the Movant"), by and through his undersigned attorneys, McNamee Hosea, P.A., has filed a *Motion to Compel Payment* (the "Motion").

PLEASE TAKE NOTICE THAT BY **November 30, 2023,** WHICH IS AT LEAST 14 DAYS AFTER THE DATE OF THE MOTION, you must file and serve a written objection to the Motion. The objection must be filed with the Clerk of the Bankruptcy Clerk, U.S. Courthouse, 3rd and Constitution Ave., NW, Washington, DC, 20001, and service (by delivery or mailing of copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append legal memorandums, affidavits and documents in support of your objection. IF YOU FAIL TO FILE A TIMELY OBJECTION OR STATE INADEQUATE GROUNDS FOR DENIAL, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING. The Court may grant the MOTION without a hearing if the objection filed states inadequate grounds for denial.

_____
MCNAMEE HOSEA, P.A.
Justin P. Fasano, Esquire (DCB # MD21201)
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Phone: 301-441-2420
jfasano@mhlawyers.com

*Counsel to YSRTL LLC TES CUSTODIAN*

Dated:  November 16, 2023	Respectfully submitted,

/s/ *Justin P. Fasano*
McNamee, Hosea, , P.A.
Justin P. Fasano, Esquire (MD21201)
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Phone: 301-441-2420
jfasano@mhlawyers.com
*Counsel for YSRTL LLC TES CUSTODIAN*

## CERTIFICATE OF SERVICE

I hereby certify that on this November 16, 2023, a copy of the foregoing was served by CM/ECF to all parties receiving notice thereby.

*/s/ Justin P. Fasano*
Justin P. Fasano