## Jones, Brad D.

| | |
|---|---|
| **From:** | Jones, Brad <Brad.Jones@ofplaw.com> |
| **Sent:** | Thursday, July 27, 2023 3:35 PM |
| **To:** | angela.coleman@dc.gov; eugenia.williams@dc.gov |
| **Cc:** | Mac VerStandig; Laughlin, Alex |
| **Subject:** | 22-205 Adams 3 LLC - Claim 4 Payment |
| **Attachments:** | Case 22-205 - DC Govt OTR POC 4.pdf; Copy of Tax Payment Check.pdf |

Ms. Coleman and Ms. Williams,

Pursuant to Paragraphs 2.3 and 4.1.3 of the Confirmed Chapter 11 Plan Proposed by Dashco, Inc. [Dkt. No. 117-1] and Paragraph 5 of the related sales order [Dkt. No. 116], a check in the amount of $356,542.87 is being sent by overnight mail to:

DC GOV'T OFFICE OF TAX AND REVENUE
PO BOX 75520
Washington, D.C.  2013

This payment is being made on account of Amended Claim 4 filed by the D.C. Government in the Bankruptcy Case *In re Adams 3, LLC*, (Case No. 22-205-ELG) for real property taxes. A copy of the filed claim is attached.

Regards,

**Bradley D. Jones**
Odin Feldman & Pittleman, P.C.
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
703.218.2176 (direct)
703.218.2160 (facsimile)
Brad.Jones@ofplaw.com


**Brad Jones**
Attorney at Law
**Odin Feldman Pittleman**
703-218-2176 | Fax: 703-218-2160
1775 Wiehle Ave. | Suite 400
Reston, Virginia 20190
Email | Bio | Web | Map

1



**Fill in this information to identify the case:**

Debtor 1  ADAMS 3, LLC

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: District of Columbia

Case number  22-00205

# Official Form 410
# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**
DC GOV'T OFFICE OF TAX AND REVENUE
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

DC GOV'T OFFICE OF TAX AND REVENUE
Name
PO BOX 37559
Number   Street
WASHINGTON    DC    20013
City           State     ZIP Code

Contact phone  202-442-6814
Contact email  angela.coleman@dc.gov

Where should payments to the creditor be sent? (if different)

DC GOV'T OFFICE OF TAX AND REVENUE
Name
PO BOX 75520
Number   Street
WASHINGTON    DC    20013
City           State     ZIP Code

Contact phone  202-442-6814
Contact email  angela.coleman@dc.gov

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
☐ No
☒ Yes.  Claim number on court claims registry (if known) 4
Filed on 01/24/2023
         MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                         **Proof of Claim**                              page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**
☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __6__ __5__ __4__ __9__

**7. How much is the claim?** $_____356,542.87_____. **Does this amount include interest or other charges?**
☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

REAL PROPERTY TAXES

**9. Is all or part of the claim secured?**
☐ No
☑ Yes.    The claim is secured by a lien on property.

**Nature of property:**
☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**                              $_____
**Amount of the claim that is secured:**    $____356,542.87____
**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $_____

**Annual Interest Rate** (when case was filed) __10.00__ %
☑ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____

**11. Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

Official Form 410                                                              **Proof of Claim**                                                              page 2

Case 22-00205-ELG    Doc 158-1    Filed 07/19/23    Entered 12/06/23 19:54:09    Page 3 of 9
Claim 58-1    Filed 07/19/23    Desc Main Document    Page 3 of 9

Exhibit A - Email re Property Tax Payment    Page 5 of 11

| | | |
|---|---|---|
| 12. | **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No<br>☐ Yes. *Check one:* |

|  |  | Amount entitled to priority |
|---|---|---|
| ☐ | Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ | Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ | Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ | Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ | Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ | Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

### Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  07/19/2023
                  MM / DD / YYYY

*Eugenia Williams*
Signature

**Print the name of the person who is completing and signing this claim:**

Name        EUGENIA                         WILLIAMS
            First name      Middle name     Last name

Title       REVENUE OFFICER

Company     DC GOV'T OFFICE OF TAX AND REVENUE
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     1101    4TH STREET NE
            Number  Street
            WASHINGTON                      DC      20024
            City                            State   ZIP Code

Contact phone   202-442-6593        Email   eugenia.williams@dc.gov

**District of Columbia Government**
**Office of Tax and Revenue**

| United States Bankruptcy Court District of Columbia |||
|---|---|---|
| **Pre-Petition Tax** |||
| **Name of Debtor:**<br>2408 18TH ST NW<br>2408 18TH ST NW<br>WASHINGTON   200090000 | **Case Number:**<br><br>2200205 | **Bankruptcy**<br><br>**Related Property Bankruptcy** |
| **Name of Creditor:**<br>DC Government Office of Tax and Revenue<br>P. O. Box 75520<br>Washington, DC  20013 | **Check here:**<br>☐ Claim Amends previously filed claim dated:<br><br>_____ | |
| **1. Account or other number by which creditor identifies debtor:**<br>SSN: | | |
| **2. Basis for Claim:**  Taxes |||
| **3. Date debt was incurred:**  December 5, 2020 |||
| **4. Total amount of claim:**  $104,996.19<br>Claim may include interest or other charges in addition to the principal amount of the claim.<br>See attached itemized statement. |||
| **5. Secured Claim:**  $104,996.19 |||
| **6. Unsecured Priority Claims:**  $0.00     **General Claims**:  $0.00 |||
| **Date stamped copy requested:**  Please stamp the copy and return in the enclosed self-addressed envelope. || This space is for Court Use only |
| **Date:**<br>July 19, 2023 | **Sign and print the name and title:**<br><br>*Eugenia Williams*<br><br>Eugenia Williams, Revenue Officer | |
| Penalty for presenting fraudulent claim:  Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S. § 152 and 3571 |||

| **Proof of Debt Claim**<br>**District of Columbia Government**<br>**Office of Tax and Revenue** |  | **Case Number**<br>2200205 |
|---|---|---|
| **In the Matter of:**<br>2408 18TH ST NW<br>2408 18TH ST NW<br>WASHINGTON   200090000 | | **Related Property Bankruptcy** |
| | | **Date of Petition**<br>November 1, 2022 |

The District of Columbia has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

## Secured Claims (Notices of tax lien filed under District of Columbia laws before petition date)

| *Taxpayer ID Number* | *Kind of Tax* | *Tax Period* | *Date Tax Assessed* | *Tax Due* | *Penalty to Petition Date* | *Interest to Petition Date* | *File Date* | *Office Location* |
|---|---|---|---|---|---|---|---|---|
| 700-001521148 | Real Property Tax | 09-30-2022 | 17-Feb-2021 | $1,631.78 | $163.18 | $24.48 | | DISTRICT OF COLUMBIA |
| 700-001521148 | Real Property Tax | 09-30-2022 | 01-Aug-2022 | $10,563.63 | $1,056.36 | $316.90 | | DISTRICT OF COLUMBIA |
| 700-001521148 | Real Property Tax | 03-31-2022 | 14-Feb-2022 | $10,563.63 | $3,169.09 | $1,109.15 | | DISTRICT OF COLUMBIA |
| 700-001521148 | Real Property Tax | 03-31-2022 | 17-Feb-2021 | $1,605.67 | $160.57 | $168.63 | | DISTRICT OF COLUMBIA |
| 700-001521148 | Real Property Tax | 09-30-2021 | 05-Aug-2021 | $10,437.06 | $1,043.71 | $2,191.84 | | DISTRICT OF COLUMBIA |
| 700-001521148 | Real Property Tax | 09-30-2021 | 05-Aug-2021 | $1,605.67 | $160.57 | $313.17 | | DISTRICT OF COLUMBIA |
| 700-001521148 | Real Property Tax | 03-31-2021 | 18-Feb-2021 | $10,437.06 | $1,043.71 | $2,974.64 | | DISTRICT OF COLUMBIA |
| 700-001521148 | Real Property Tax | 03-31-2021 | 16-Feb-2021 | $1,586.43 | $158.64 | $452.20 | | DISTRICT OF COLUMBIA |
| 700-001521148 | Real Property Tax | 09-30-2020 | 05-Dec-2020 | $13,351.47 | $1,335.15 | $5,207.03 | | DISTRICT OF COLUMBIA |
| 700-001521148 | Real Property Tax | 03-31-2020 | 05-Dec-2020 | $13,351.47 | $335.15 | $6,208.39 | | DISTRICT OF COLUMBIA |
| 700-001521148 | Real Property Tax | 03-31-2020 | 05-Dec-2020 | $1,537.44 | $0.00 | $507.32 | | DISTRICT OF COLUMBIA |
| 720-001521149 | Public Space Rental | 06-30-2023 | 20-May-2022 | $75.00 | $0.00 | $0.00 | | DISTRICT OF COLUMBIA |
| 720-001521149 | Public Space Rental | 06-30-2022 | 20-May-2021 | $75.00 | $0.00 | $0.00 | | DISTRICT OF COLUMBIA |
| 720-001521149 | Public Space Rental | 06-30-2021 | 05-Dec-2020 | $75.00 | $0.00 | $0.00 | | DISTRICT OF COLUMBIA |
| | | | | $76,896.31 | $8,626.13 | $19,473.75 | | |

**Total Amount of Secured Claims:**     **$104,996.19**

## Unsecured Priority Claims  under Section 507(a)(8) of the Bankruptcy Code

**Total Amount of Unsecured Priority Claims:**     **$0.00**

## Unsecured General

Penalty to date of petition on unsecured priority claims (including interest thereon)......

**Total Amount of Unsecured General Claims:**     **$0.00**

**District of Columbia Government**
**Office of Tax and Revenue**

|  | United States Bankruptcy Court District of Columbia | |
|---|---|---|
|  | **Pre-Petition Tax** | |
| **Name of Debtor:**<br>2410 18TH ST NW<br>2410 18TH ST NW<br>WASHINGTON   200090000 | **Case Number:**<br><br>2200205 | **Bankruptcy**<br><br>**Related Property Bankruptcy** |
| **Name of Creditor:**<br>DC Government Office of Tax and Revenue<br>P. O. Box 75520<br>Washington, DC  20013 | **Check here:**<br>☐ Claim Amends previously filed claim dated:<br><br>_____ | |
| **1. Account or other number by which creditor identifies debtor:**<br>     SSN: | | |
| **2. Basis for Claim:**  Taxes | | |
| **3. Date debt was incurred:**  December 5, 2020 | | |
| **4. Total amount of claim:**  $104,122.15<br>    Claim may include interest or other charges in addition to the principal amount of the claim.<br>    See attached itemized statement. | | |
| **5. Secured Claim:**  $104,122.15 | | |
| **6. Unsecured Priority Claims:**  $0.00     **General Claims**:  $0.00 | | |
| **Date stamped copy requested:**  Please stamp the copy and return in the enclosed  self-addressed envelope. | | This space is for Court Use only |
| **Date:**<br>July 19, 2023 | **Sign and print the name and title:**<br><br>*Eugenia Williams*<br><br>Eugenia Williams, Revenue Officer | |
| Penalty for presenting fraudulent claim:  Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S. § 152 and 3571 | | |

**Proof of Debt Claim**
**District of Columbia Government**
**Office of Tax and Revenue**



| Case Number |
|---|
| 2200205 |

| Related Property Bankruptcy |
|---|

| Date of Petition |
|---|
| November 1, 2022 |

**In the Matter of:**
2410 18TH ST NW
2410 18TH ST NW
WASHINGTON   200090000

The District of Columbia has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

**Secured Claims** (Notices of tax lien filed under District of Columbia laws before petition date)

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Penalty to Petition Date | Interest to Petition Date | File Date | Office Location |
|---|---|---|---|---|---|---|---|---|
| 700-001546349 | Real Property Tax | 03-31-2023 | 16-Feb-2022 | $1,363.89 | $136.39 | $81.84 | | DISTRICT OF COLUMBIA |
| 700-001546349 | Real Property Tax | 03-31-2023 | 14-Feb-2023 | $11,844.28 | $3,553.29 | $710.64 | | DISTRICT OF COLUMBIA |
| 700-001546349 | Real Property Tax | 09-30-2022 | 17-Feb-2021 | $1,363.89 | $136.39 | $20.46 | | DISTRICT OF COLUMBIA |
| 700-001546349 | Real Property Tax | 09-30-2022 | 01-Aug-2022 | $8,749.29 | $874.93 | $262.48 | | DISTRICT OF COLUMBIA |
| 700-001546349 | Real Property Tax | 03-31-2022 | 17-Feb-2021 | $1,341.05 | $134.10 | $140.84 | | DISTRICT OF COLUMBIA |
| 700-001546349 | Real Property Tax | 03-31-2022 | 14-Feb-2022 | $8,749.29 | $2,624.79 | $918.68 | | DISTRICT OF COLUMBIA |
| 700-001546349 | Real Property Tax | 09-30-2021 | 05-Aug-2021 | $1,341.05 | $134.10 | $261.56 | | DISTRICT OF COLUMBIA |
| 700-001546349 | Real Property Tax | 09-30-2021 | 05-Aug-2021 | $8,648.07 | $864.81 | $1,816.08 | | DISTRICT OF COLUMBIA |
| 700-001546349 | Real Property Tax | 03-31-2021 | 18-Feb-2021 | $8,648.07 | $864.81 | $2,464.68 | | DISTRICT OF COLUMBIA |
| 700-001546349 | Real Property Tax | 03-31-2021 | 16-Feb-2021 | $1,325.54 | $132.55 | $377.72 | | DISTRICT OF COLUMBIA |
| 700-001546349 | Real Property Tax | 09-30-2020 | 05-Dec-2020 | $11,118.45 | $1,111.84 | $4,336.28 | | DISTRICT OF COLUMBIA |
| 700-001546349 | Real Property Tax | 03-31-2020 | 05-Dec-2020 | $954.51 | $0.00 | $315.04 | | DISTRICT OF COLUMBIA |
| 700-001546349 | Real Property Tax | 03-31-2020 | 05-Dec-2020 | $11,118.45 | $111.84 | $5,170.18 | | DISTRICT OF COLUMBIA |
| | | | | $76,565.83 | $10,679.84 | $16,876.48 | | |

**Total Amount of Secured Claims:** $104,122.15

**Unsecured Priority Claims** under Section 507(a)(8) of the Bankruptcy Code

**Total Amount of Unsecured Priority Claims:** $0.00

**Unsecured General**

Penalty to date of petition on unsecured priority claims (including interest thereon)......

**Total Amount of Unsecured General Claims:** $0.00

**District of Columbia Government**
**Office of Tax and Revenue**

| United States Bankruptcy Court District of Columbia |||
|---|---|---|
| Pre-Petition Tax |||
| **Name of Debtor:**<br>2406 18TH ST NW<br>2406 18TH ST NW<br>WASHINGTON   200090000 | **Case Number:**<br><br>2200205 | **Bankruptcy**<br><br>**Related Property Bankruptcy** |
| **Name of Creditor:**<br>DC Government Office of Tax and Revenue<br>P. O. Box 75520<br>Washington, DC  20013 | **Check here:**<br>☐ Claim Amends previously filed claim dated:<br>_____ | |
| **1. Account or other number by which creditor identifies debtor:**<br>SSN: | | |
| **2. Basis for Claim:**  Taxes |||
| **3. Date debt was incurred:**  December 5, 2020 |||
| **4. Total amount of claim:**  $147,424.53<br>Claim may include interest or other charges in addition to the principal amount of the claim. See attached itemized statement. |||
| **5. Secured Claim:**  $147,424.53 |||
| **6. Unsecured Priority Claims:**  $0.00     **General Claims**:  $0.00 |||
| **Date stamped copy requested:**  Please stamp the copy and return in the enclosed self-addressed envelope. || This space is for Court Use only |
| **Date:**<br>July 19, 2023 | **Sign and print the name and title:**<br><br>*Eugenia Williams*<br><br>Eugenia Williams, Revenue Officer | |
| Penalty for presenting fraudulent claim:  Fine of up to $500,000 or imprisonment for  up to 5 years, or both 18 U.S. § 152 and 3571 |||

| **Proof of Debt Claim** | | |
|---|---|---|
| **District of Columbia Government**  | | **Case Number** |
| **Office of Tax and Revenue** | | 2200205 |
| | | **Related Property Bankruptcy** |
| **In the Matter of:** | | |
| 2406 18TH ST NW | | **Date of Petition** |
| 2406 18TH ST NW | | November 1, 2022 |
| WASHINGTON   200090000 | | |

The District of Columbia has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

**Secured Claims** (Notices of tax lien filed under District of Columbia laws before petition date)

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Penalty to Petition Date | Interest to Petition Date | File Date | Office Location |
|---|---|---|---|---|---|---|---|---|
| 700-001506385 | Real Property Tax | 03-31-2023 | 14-Feb-2023 | $13,729.57 | $4,118.87 | $823.76 | | DISTRICT OF COLUMBIA |
| 700-001506385 | Real Property Tax | 03-31-2023 | 16-Feb-2022 | $1,580.98 | $158.10 | $94.84 | | DISTRICT OF COLUMBIA |
| 700-001506385 | Real Property Tax | 09-30-2022 | 01-Aug-2022 | $11,651.87 | $1,165.19 | $349.56 | | DISTRICT OF COLUMBIA |
| 700-001506385 | Real Property Tax | 09-30-2022 | 17-Feb-2021 | $1,580.98 | $158.10 | $23.71 | | DISTRICT OF COLUMBIA |
| 700-001506385 | Real Property Tax | 03-31-2022 | 14-Feb-2022 | $11,651.87 | $3,495.56 | $1,223.46 | | DISTRICT OF COLUMBIA |
| 700-001506385 | Real Property Tax | 03-31-2022 | 17-Feb-2021 | $1,696.70 | $169.67 | $178.15 | | DISTRICT OF COLUMBIA |
| 700-001506385 | Real Property Tax | 09-30-2021 | 05-Aug-2021 | $14,140.64 | $1,414.06 | $2,969.54 | | DISTRICT OF COLUMBIA |
| 700-001506385 | Real Property Tax | 09-30-2021 | 05-Aug-2021 | $1,696.70 | $169.67 | $330.85 | | DISTRICT OF COLUMBIA |
| 700-001506385 | Real Property Tax | 03-31-2021 | 18-Feb-2021 | $14,140.64 | $1,414.06 | $4,030.09 | | DISTRICT OF COLUMBIA |
| 700-001506385 | Real Property Tax | 03-31-2021 | 16-Feb-2021 | $2,059.11 | $205.91 | $586.91 | | DISTRICT OF COLUMBIA |
| 700-001506385 | Real Property Tax | 09-30-2020 | 05-Dec-2020 | $16,026.45 | $1,602.64 | $6,250.40 | | DISTRICT OF COLUMBIA |
| 700-001506385 | Real Property Tax | 03-31-2020 | 05-Dec-2020 | $16,026.45 | $602.64 | $7,452.40 | | DISTRICT OF COLUMBIA |
| 700-001506385 | Real Property Tax | 03-31-2020 | 05-Dec-2020 | $1,845.47 | $0.00 | $608.96 | | DISTRICT OF COLUMBIA |
| | | | | $107,827.43 | $14,674.47 | $24,922.63 | | |

**Total Amount of Secured Claims:** $147,424.53

**Unsecured Priority Claims**  under Section 507(a)(8) of the Bankruptcy Code

**Total Amount of Unsecured Priority Claims:** $0.00

**Unsecured General**

Penalty to date of petition on unsecured priority claims (including interest thereon)......

**Total Amount of Unsecured General Claims:** $0.00