**Jones, Brad D.**

| | |
|---|---|
| **From:** | Williams, Eugenia (OCFO) <eugenia.williams@dc.gov> |
| **Sent:** | Monday, July 31, 2023 8:46 AM |
| **To:** | Jones, Brad; Coleman, Angela (OCFO) |
| **Cc:** | Mac VerStandig; Laughlin, Alex |
| **Subject:** | RE: 22-205 Adams 3 LLC - Claim 4 Payment |

Good Morning Mr. Jones,

This office is in receipt of your notification of the  Real Property Tax Payment.
Thank you in advance for your cooperation in this matter.
Stay Safe!


Ms.Eugenia D. Williams
 Revenue Officer
DC Government Office of Tax and Revenue
 Collection and Enforcement Administration/Bankruptcy Unit
1101 4ᵗʰ Street SW
Washington DC 20024
202-442-6593

**From:** Jones, Brad <Brad.Jones@ofplaw.com>
**Sent:** Thursday, July 27, 2023 3:35 PM
**To:** Coleman, Angela (OCFO) <angela.coleman@dc.gov>; Williams, Eugenia (OCFO) <eugenia.williams@dc.gov>
**Cc:** Mac VerStandig <mac@mbvesq.com>; Laughlin, Alex <Alex.Laughlin@ofplaw.com>
**Subject:** 22-205 Adams 3 LLC - Claim 4 Payment

**CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

You don't often get email from brad.jones@ofplaw.com. Learn why this is important

Ms. Coleman and Ms. Williams,

Pursuant to Paragraphs 2.3 and 4.1.3 of the Confirmed Chapter 11 Plan Proposed by Dashco, Inc. [Dkt. No. 117-1] and Paragraph 5 of the related sales order [Dkt. No. 116], a check in the amount of $356,542.87 is being sent by overnight mail to:

DC GOV'T OFFICE OF TAX AND REVENUE
PO BOX 75520
Washington, D.C.  2013

This payment is being made on account of Amended Claim 4 filed by the D.C. Government in the Bankruptcy Case *In re Adams 3, LLC*, (Case No. 22-205-ELG) for real property taxes. A copy of the filed claim is attached.

Regards,

**Bradley D. Jones**
Odin Feldman & Pittleman, P.C.
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
703.218.2176 (direct)
703.218.2160 (facsimile)
Brad.Jones@ofplaw.com

Brad Jones
Attorney at Law
Odin Feldman Pittleman
703-218-2176 | Fax: 703-218-2160
1775 Wiehle Ave. | Suite 400
Reston, Virginia 20190
Email | Bio | Web | Map