# RED ROCK TITLE LLC

34 Shining Willow Way, Unit 392, LaPlata, MD 20646
Phone (202) 638-3604

Client Name: **RL Title & Escrow, Inc.**    Client Case #: **22-205-ELG**    RRT Case #: **DC-22-01851**

Square: **2551** Lot: **33, 34 & 35**    Property Address: **2410 18th Street, NW (Lot33); 2408 18th Street, NW (Lot 34); 2406 18th Street, NW (Lot 35)**    Plat Reference: **County 12 @ 156**

---

Fee Simple Title Vested In:  **Adams 3, LLC, a Virginia limited liability company**    Tenancy: _____

By Deed From:  **ME AND THEE 820 AKA BANK OF TOBIAS TRUST**
Dated:  **10-15-19** Rec'd:  **10-23-19** Liber: _____ Folio: _____ Instr.  **2019114316**

.............................................................................................................

Subject To: _____ Mortgage    **1st** Deed of Trust _____ Financing Statement

Dated: **10-15-19** Rec'd: **10-23-19** Liber: _____ Folio: _____ Instr. **2019114317**
Granted By: **Adams 3 LLC, a Virginia limited liability company**
Trustees: **Scot R. Browning and Paul L. Merritt**  Amount $ **3,360,000.00**
Beneficiary: **Capital Bank, N.A.**
Note(s): **1.)  Financing Statement Recorded 10-23-19 @ Inst. #2019114318**
**2.)  Assignment Recorded 3-17-22 @ Inst. #2022030126 (Borrowers name omitted)**

Subject To: _____ Mortgage  **2nd** Deed of Trust _____ Financing Statement

Dated: **1-21-20** Rec'd: **1-22-20** Liber: _____ Folio: _____ Instr. **2020008929**
Granted By: **Adams 3 llc, a Virginia limited liability company**
Trustees: **John B. Connor and Robert B. Baumgartner**  Amount $ **510,204.00**
Beneficiary: **DASHCO, INC., a Virginia Corporation**
Note(s): **1.)  Sub Trustee rec'd 03/28/2022 at Inst No. 2022033621**
**2.)  Foreclosure Affidavit rec'd 03/28/2022 at Inst No. 2022033622**
**3.)  Foreclosure Notice rec'd 09/30/2022 at Inst No. 2022099726**

.............................................................................................................

Plat Items:  **None Per 20 Year Search**
Covenants:  **None Per 20 Year Search**
Rights of Ways / Easements: **None Per 20 Year Search**

.............................................................................................................

Judgments: **1.)  Civil Matter File No. 2005 CA 009231 R(RP) (See Docket); Also see Order Recorded 4-4-19 @ Inst. #2019034623.**

**2.)  Litter Control Lien Recorded 6-19-08 @ Inst. #2008066406.**

**3.)  Water & Sewer Lien Recorded 5-14-2020 @ Inst. #2020057605**

**4.)  DC Lien rec'd 08/29/2022 at Inst No. 2022089981**

**5.)  Lis Pendens rec'd 10/17/2022 at Inst No. 2022104338**

**6.)  Civil Action Matter: 2022 CA 004597 L(RP)**

EXAMINERS NOTES: **1.)  Need Proof of Death for Michael Arpad.  Suggestion of Death found in Deed Recorded 12-29-86 @ Inst. #8600055430.  Picked up Administration File No. 1982 ADM 001695.  Said file was unavailable for review.**

**2.)  20 Year Search Only From 8-13-62 (As to Lot 33)  From 10-21-76 (As to Lot 34) and From 10-22-65 (As to Lot 35)**

**3.)  The DC Superior Court Access is currently limited to examiners due to the Covid-19 virus.  Courts have been run online only. We are unable to certify or confirm our findings in person and are relying solely on the online records.**

Through Dates:  Land:  **12-22-2022**    Courts:  **12-21-2022**

Prepared by:  **R. Gallup** For the sole use and benefit of:  **RL Title & Escrow, Inc.**

NOTE:  RED ROCK TITLE, LLC PROVIDES THE TAX ASSESSMENT PAGE AS A COURTESY ONLY AND DOES NOT CERTIFY TAX INFORMATION.  PLEASE CONTACT THE TAX OFFICE AT 202-727-4829 OR ON-LINE AT https://www.taxpayerservicecenter.com/RP_Search.jsp?search_type=Assessment FOR TAX INFORMATION AND OR SPECIAL ASSESSMENTS AND OR BID TAX INFORMATION.

NOTE:  RED ROCK TITLE, LLC, BEARS NO RESPONSIBILITY FOR ITEMS INDEXED INCORRECTLY AT THE RECORDER OF DEEDS.

This report of title is issued for the sole benefit of the party indicated above; it cannot be relied upon by any other firm, and is not transferable or assignable without the written permission of Red Rock Title, LLC.  Matters affecting the above real estate, which do not appear among the land records, are not covered by this report.  This report is not intended to be a commitment to insure nor is it intended to be a policy of title insurance.

# WASHINGTON HEIGHTS
## BLOCK 7

156



Washington D.C. 2.45 P.M., June 12th, 1900.

I hereby subdivide lots 1 and 2 (of Thomas J. Fisher et.al. Commissioners in Equity Cause #3912, Supreme Court, D.C., subdivision in book County 6, page 115) Block 7, Washington Heights, into lots 33 to 39, both inclusive, as shown above.

Witness: (signed) Francis P. Madeira
(signed) Albert W. Sioussa      (signed) W. P. Kellogg    (seal)

I certify that the foregoing plat is correct and agrees with the records of this office. Witness my hand and seal this 12th day of June, 1900.

Henry B. Looker    (seal)
Surveyor, District of Columbia

**District of Columbia - Recorder of Deeds**

Search Criteria: Search Type: Square / Lot; Lot: 33; Square: 2551

Displaying 1-44 of 44 Items

*Handwritten annotations at top:*
① # 1 Rec. 1-16-21
② T #82 Rec. 11-10-22   Rel 5918/417
③ T = 24173 Rec. 8-16-39   Released
⑦ # 15309 Rec. 5-10-41
⑥ # 40881 Rec. 11-27-41
⑧ T = 55431 Rec. 12-29-86   Released
⑨ Amt # 140760 Rec. 10-22-03   Released

| DOCUMENT # | BOOK TYPE | | NAME | | OTHER NAME | DOC TYPE | RECORDED | ROLL/FRAME | SQUARE | LOT |
|---|---|---|---|---|---|---|---|---|---|---|
| 192707150078 | LAND | GR | KORNHAUSER JACOB | GE | THE WASHINGTON LOAN AND TRUST COMPANY | TRUST *Released* | 07/15/1927 | 5913/387 | 2551 | 0033 |
| 192810050050 | LAND | GR | KORNHAUSER JACOB | GE | THE WASHINGTON LOAN AND TRUST COMPANY | TRUST *Released* | 10/05/1928 | 6231/055 | 2551 | 0033 |
| 192810120012 | LAND | GR | THE WASHINGTON LOAN AND TRUST COMPANY | GE | KORNHAUSER JACOB | RELEASE *5913-387* | 10/12/1928 | 6234/257 | 2551 | 0033 |
| 193005270152 | LAND | GR | KORNHAUSER CELIA D | GE | THE WASHINGTON LOAN AND TRUST COMPANY | TRUST *Released* | 05/27/1930 | 6451/007 | 2551 | 0033 |
| 193005090081 | LAND | GR | THE WASHINGTON LOAN AND TRUST COMPANY | GE | KORNHAUSER JACOB | RELEASE *6231-55* | 06/09/1930 | 6455/079 | 2551 | 0033 |
| 193009190003 | LAND | GR | KORNHAUSER CELIA D | GE | BILDMAN LEROY | TRUST *Released* | 09/19/1930 | 6484/439 | 2551 | 0033 |
| 1931028991 | LAND | GR | BILDMAN R S | GE | KORNHAUSER CELIA | RELEASE *6484-439* | 09/30/1931 | 6597/502 | 2551 | 0033 |
| 1935019959 | LAND | GR | KORNHAUSER CELIA | GE | DINOWITZ LOUIS | DEED | 08/01/1935 | 6911/279 | 2551 | 0033 |
| 1936036016 | LAND | GR | DINOWITZ BESSIE | GE | KORNHAUSER CELIA | DEED | 12/10/1936 | 7059/334 | 2551 | 0033 |
| 1939026268 | LAND | GR | KORNHAUSER CELIA | GE | HARTSON NELSON T | TRUST *Released* | 09/06/1939 | 7385/591 | 2551 | 0033 |
| 1941008533 | LAND | GR | KORNHAUSER CELIA | GE | O'CONNOR MARY | TRUST *Released* | 03/20/1941 | 7591/323 | 2551 | 0033 |
| 1941018451 | LAND | GR | HARTSON NELSON T | GE | KORNHAUSER CELIA | RELEASE *7379-303* | 06/05/1941 | 7623/242 *7385-591* | 2551 | 0033 |
| 1941018452 | LAND | GR | O'CONNOR MARY | GE | KORNHAUSER CELIA | RELEASE *8533-41* | 06/05/1941 | 7623/243 | 2551 | 0033 |
| 1941023456 | LAND | GR | CARTER H H | GE | SCHAFHIRT W G | TRUST *Released* | 07/14/1941 | 7639/465 | 2551 | 0033 |
| 1941025444 | LAND | GR | THE WASHINGTON LOAN AND TRUST COMPANY | GE | CARTER H H | RELEASE *6451-7* | 07/30/1941 | 7646/171 | 2551 | 0033 |
| 1941043555 | LAND | GR | SCHAFHIRT W G | GE | CARTER H H | RELEASE *7639-465* | 12/18/1941 | 7704/111 | 2551 | 0033 |
| 1952007530 | LAND | GR | JORDAN MAX | GE | CROWELL JUNIOR F | TRUST *Released* | 02/27/1952 | 9658/314 | 2551 | 0033 |
| 1952013580 | LAND | GR | AMERICAN SECURITY AND TRUST COMPANY | GE | JORDAN MAX | RELEASE *7695-331* | 04/09/1952 | 9688/436 | 2551 | 0033 |
| 1962025528 | LAND | GR | JORDAN MAX | GE | ARPAD MICHAEL | DEED | 08/13/1962 | 11849/573 | 2551 | 0033 |
| 1962025572 | LAND | GR | ARPAD MICHAEL | GE | CROWELL JUNIOR F | TRUST *Released* | 08/13/1962 | 11850/075 | 2551 | 0033 |
| 1963014472 | LAND | GR | ARPAD MICHAEL | GE | CROWELL JUNIOR F | TRUST *Released* | 05/13/1963 | 11995/101 | 2551 | 0033 |
| 1967002183 | LAND | GR | CROWELL JUNIOR F | GE | JORDAN MAX | RELEASE *9658-314* | 01/30/1967 | 12716/246 | 2551 | 0033 |
| 8200023076 + | LAND | GR | CROWELL JUNIOR F | GE | ARPAD MICHAEL | RELEASE *11995-101* | 09/13/1982 | 408/ *11850-75* | 2551 | 0033 ≠ |
| 8600055430 | LAND | GR | ARPAD VIVIAN | GE | ARPAD SHELDON | DEED | 12/29/1986 | 217/11 | 2551 | 0033 |
| 2003140759 + | LAND | GR | ARPAD SHELDON | GE | ASH SUZANNE C | TRUST *Released* | 10/22/2003 | | 2551 | 0033 |
| 2003160864 + | LAND | GR | ARPAD SHELDON | GE | ARPAD SHELDON | CERTIFICATE OF SATISFACTION | 11/17/2003 *55431-86* | | 2551 | 0033 |
| 2006142978 + | OPR | GR | ARPAD SHELTON | GE | D.C DEPT. OF PUBLIC WORKS | WRONGFUL HOUSING *Released* | 10/20/2006 *R* | | 2551 | 0033 |
| 2007024807 + | OPR | GR | D.C DEPT. OF PUBLIC WORKS | GE | SHELDON ARPAD | LIEN RELEASE *# 142978-06* | 02/23/2007 | | 2551 | 0033 |
| 2007026054 + | OPR | GR | D.C DEPT. OF PUBLIC WORKS | GE | SHELDON ARPAD | LIEN *Released* | 02/27/2007 | | 2551 | 0033 |
| 2007026056 + | OPR | GR | D.C DEPT. OF PUBLIC WORKS | GE | SHELDON ARPAD | LIEN *Released* | 02/27/2007 | | 2551 | 0033 |
| 2007136694 + | OPR | GR | D.C DEPT. OF PUBLIC WORKS | GE | SHELDON ARPAD | LIEN RELEASE *#26054-07* | 10/26/2007 | | 2551 | 0033 |
| 2007136697 + | OPR | GR | D.C DEPT. OF PUBLIC WORKS | GE | SHELDON ARPAD | LIEN RELEASE *#26056-07* | 10/26/2007 | | 2551 | 0033 |
| 2008100975 + | OPR | GR | D.C DEPT. OF PUBLIC WORKS | GE | SHELDON ARPAD | LIEN *Released* | 09/25/2008 | | 2551 | 0033 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2018101838 + | | GR D.C. DEPT. OF PUBLIC WORKS | GE SHELDON ARPAD | LIEN RELEASE | 10/10/2018 | # 100975-08 | 2551 0033 |
| 2019042274 | OPR | GR ARPAD SHELDON | GE ARPAD DIANA LACOMB | DEED | 04/25/2019 | | 2551 0033 |
| 2019114316 | OPR | GR BANK OF TOBIAS TRUST | GE ADAMS 3 LLC | DEED | 10/23/2019 | | 2551 0033 |
| 2019114317 + | OPR | GR ADAMS 3 LLC | GE BROWNING SCOT R | TRUST | 10/23/2019 | | 2551 0033 |
| 2019114318 | OPR | GR ADAMS 3 LLC | GE CAPITAL BANK, N.A. | FINANCING STATEMENT | 10/23/2019 | | 2551 0033 |
| 2019116456 + | OPR | GR SUNTRUST BANK | GE ARPAD SHELDON | CERTIFICATE OF SATISFACTION | 10/28/2019 | # 140759-03 | 2551 0033 |
| 2020008929 | OPR | GR ADAMS 3, LLC | GE BAUMGARTNER ROBERT B | TRUST | 01/22/2020 | | 2551 0033 |
| 2020092898 + | OPR | GR ADAMS 3 LLC | GE JOHNS KOS N | TRUST  Released | 08/03/2020 | | 2551 0033 |
| 2020142307 + | OPR | GR F & N ENTERPRISES, LLC | GE ADAMS 3 LLC | CERTIFICATE OF SATISFACTION | 11/18/2020 | # 92898-20 | 2551 0033 |
| 2021054417 | OPR | GR ADAMS 3 LLC | GE JOHNS KOS N | TRUST | 04/22/2021 | | 2551 0033 |
| 2022030126 + | OPR | GR CAPITAL BANK NA | GE DASHCO INC | TRUST ASSIGNMENT | .03/17/2022 | # 114317-19 | 2551 0033 |

SAB | T | US-R | EE | CTS | BK4 | PLO

| Record | Doc Number | GR (Grantor) | GE (Grantee) | Instrument | Date | Book | Page | Notes |
|---|---|---|---|---|---|---|---|---|
| OPR | 2019114317 + | GR ADAMS 3 LLC | GE BROWNING SCOT R | TRUST | 10/23/2019 | 2551 | 0033 | |
| OPR | 2019114318 | GR ADAMS 3 LLC | GE CAPITAL BANK, N.A. | FINANCING STATEMENT | 10/23/2019 | 2551 | 0033 | |
| OPR | 2019116456 + | GR SUNTRUST BANK | GE ARPAD SHELDON | CERTIFICATE OF SATISFACTION | 10/28/2019 | 2551 | 0033 | |
| OPR | 2020008929 + | GR ADAMS 3 LLC | GE BAUMGARTNER ROBERT B | TRUST | 01/22/2020 | 2551 | 0033 | |
| OPR | 2020092898 + | GR ADAMS 3 LLC | GE JOHNS KOS N | TRUST | 08/03/2020 | 2551 | 0033 | |
| OPR | 2020142307 + | GR F & N ENTERPRISES, LLC | GE ADAMS 3 LLC | CERTIFICATE OF SATISFACTION | 11/18/2020 | 2551 | 0033 | |
| OPR | 2021054417 + | GR ADAMS 3 LLC | GE JOHNS KOS N | TRUST  Released | 04/22/2021 | 2551 | 0033 | |
| OPR | 2022030126 + | GR CAPITAL BANK NA | GE DASHCO INC | TRUST ASSIGNMENT | 03/17/2022 | 2551 | 0033 | # 114317-19 |
| OPR | 2022033621 | GR ADAMS 3 LLC | GE PARDO JASON A | APPOINTMENT SUBSTITUTE TRUSTEE | 03/28/2022 | 2551 | 0033 | # 8929-20 |
| OPR | 2022033622 + | GR ADAM 3 LLC | GE DASHCO INC | FORECLOSURE AFFIDAVIT | 03/28/2022 | 2551 | 0033 | |
| OPR | 2022034172 | GR DASHCO INC. | GE ADAMS 3 LLC | FORECLOSURE NOTICE | 03/29/2022 | 2551 | 0033 | " |
| OPR | 2022061085 | GR ADAMS 3 LLC | GE DASHCO INC | FORECLOSURE NOTICE | 06/03/2022 | 2551 | 0033 | " |
| OPR | 2022075717 + | GR DASHCO INC | GE ADAMS 3 LLC | FORECLOSURE NOTICE | 07/15/2022 | 2551 | 0033 | " |
| OPR | 2022075989 + | GR DC WATER AND SEWER AUTHORITY | GE ADAMS 3 LLC | WATER SEWER LIEN | 07/15/2022 | 2551 | 0033 | Released Defective |
| OPR | 2022080982 | GR DC WATER AND SEWER AUTHORITY | GE ADAMS 3 LLC | WATER SEWER LIEN RELEASE | 07/29/2022 | 2551 | 0033 | |
| OPR | 2022081490 + | GR DC WATER AND SEWER AUTHORITY | GE ADAMS 3 LLC | WATER SEWER LIEN RELEASE | 08/01/2022 | 2551 | 0033 | # 75959-22 |
| OPR | 2022081858 + | GR DC WATER AND SEWER AUTHORITY | GE ADAMS 3 LLC | WATER SEWER LIEN RELEASE | 08/02/2022 | 2551 | 0033 | # 75959-22 |
| OPR | 2022099726 | GR DASHCO INC | GE ADAMS 3 LLC | FORECLOSURE NOTICE | 09/30/2022 | 2551 | 0033 | # 5929-20 |
| LAND | 2022116198 + | GR F & N ETNERPRISES, LLC | GE ADAMS 3 LLC | CERTIFICATE OF SATISFACTION | 11/23/2022 | 2551 | 0033 | # 54417-21 |

Handwritten notations:

From 3-9-22 to current
From 3-922 to current

✓ Adams 3, LLC
✓ Adam 3, LLC

US / OR / EE / CTS / BKY / ARO

# District of Columbia - Recorder of Deeds

**Search Criteria:** Search Type: Square / Lot; Lot: 33; Square: 2551

**Displaying 1-55 of 55 Items**

| DOCUMENT # | BOOK TYPE | NAME | | OTHER NAME | | DOC TYPE | RECORDED | ROLL/FRAME | SQUARE | LOT |
|---|---|---|---|---|---|---|---|---|---|---|
| 192707150078 | LAND | KORNHAUSER JACOB | GR | THE WASHINGTON LOAN AND TRUST COMPANY | GE | TRUST | 07/15/1927 | 5913/387 | 2551 | 0033 |
| 192810050050 | LAND | KORNHAUSER JACOB | GR | THE WASHINGTON LOAN AND TRUST COMPANY | GE | TRUST | 10/05/1928 | 6231/055 | 2551 | 0033 |
| 192810120012 | LAND | THE WASHINGTON LOAN AND TRUST COMPANY | GR | KORNHAUSER JACOB | GE | RELEASE | 10/12/1928 | 6234/257 | 2551 | 0033 |
| 193005270152 | LAND | KORNHAUSER CELIA D | GR | THE WASHINGTON LOAN AND TRUST COMPANY | GE | TRUST | 05/27/1930 | 6451/007 | 2551 | 0033 |
| 193006090081 | LAND | THE WASHINGTON LOAN AND TRUST COMPANY | GR | KORNHAUSER JACOB | GE | RELEASE | 06/09/1930 | 6456/079 | 2551 | 0033 |
| 193009190003 | LAND | KORNHAUSER CELIA D | GR | BILDMAN LEROY | GE | TRUST | 09/19/1930 | 6484/439 | 2551 | 0033 |
| 1931028991 | LAND | BILDMAN R S | GR | KORNHAUSER CELIA | GE | RELEASE | 09/30/1931 | 6597/502 | 2551 | 0033 |
| 1935019959 | LAND | KORNHAUSER CELIA | GR | DINOWITZ LOUIS | GE | DEED | 08/01/1935 | 6911/279 | 2551 | 0033 |
| 1936036016 | LAND | DINOWITZ BESSIE | GR | KORNHAUSER CELIA | GE | DEED | 12/20/1936 | 7059/334 | 2551 | 0033 |
| 1939026268 | LAND | KORNHAUSER CELIA | GR | HARTSON NELSON T | GE | TRUST | 09/06/1939 | 7385/591 | 2551 | 0033 |
| 1941008533 | LAND | KORNHAUSER CELIA | GR | O'CONNOR MARY | GE | TRUST | 03/20/1941 | 7591/323 | 2551 | 0033 |
| 1941018451 | LAND | HARTSON NELSON T | GR | KORNHAUSER CELIA | GE | RELEASE | 06/05/1941 | 7623/242 | 2551 | 0033 |
| 1941018452 | LAND | O'CONNOR MARY | GR | KORNHAUSER CELIA | GE | RELEASE | 06/05/1941 | 7623/243 | 2551 | 0033 |
| 1941023456 | LAND | CARTER H H | GR | SCHAFHIRT W G | GE | TRUST | 07/14/1941 | 7639/465 | 2551 | 0033 |
| 1941025444 | LAND | THE WASHINGTON LOAN AND TRUST COMPANY | GR | CARTER H H | GE | RELEASE | 07/30/1941 | 7646/171 | 2551 | 0033 |
| 1941043555 | LAND | SCHAFHIRT W G | GR | CARTER H H | GE | RELEASE | 12/18/1941 | 7704/111 | 2551 | 0033 |
| 1952007538 | LAND | JORDAN MAX | GR | CROWELL JUNIOR F | GE | TRUST | 02/27/1952 | 9658/314 | 2551 | 0033 |
| 1952013580 | LAND | AMERICAN SECURITY AND TRUST COMPANY | GR | JORDAN MAX | GE | RELEASE | 04/09/1952 | 9688/436 | 2551 | 0033 |
| 1962025528 | LAND | JORDAN MAX | GR | ARPAD MICHAEL | GE | DEED | 08/13/1962 | 11849/573 | 2551 | 0033 |
| 1962025572 | LAND | ARPAD MICHAEL | GR | CROWELL JUNIOR F | GE | TRUST | 08/13/1962 | 11850/075 | 2551 | 0033 |
| 1963014472 | LAND | ARPAD MICHAEL | GR | CROWELL JUNIOR F | GE | TRUST | 05/13/1963 | 11995/101 | 2551 | 0033 |
| 1967002183 | LAND | CROWELL JUNIOR F | GR | JORDAN MAX | GE | RELEASE | 01/30/1967 | 12716/246 | 2551 | 0033 |
| 8200023076 + | LAND | CROWELL JUNIOR F | GR | ARPAD MICHAEL | GE | RELEASE | 09/13/1982 | 408/ | 2551 | 0033 |
| 8600055430 | LAND | ARPAD VIVIAN | GR | ARPAD SHELDON | GE | DEED | 12/29/1986 | 217/11 | 2551 | 0033 |
| 2003140759 + | LAND | ARPAD SHELDON | GR | ASH SUZANNE C | GE | TRUST | 10/22/2003 | | 2551 | 0033 |
| 2003160864 + | LAND | ARPAD SHELDON | GR | ARPAD SHELDON | GE | CERTIFICATE OF SATISFACTION | 11/17/2003 | | 2551 | 0033 |
| 2006142978 + | OPR | ARPAD SHELDON | GR | D.C DEPT. OF PUBLIC WORKS | GE | WRONGFUL HOUSING | 10/20/2006 | | 2551 | 0033 |
| 2007024807 + | OPR | D.C DEPT. OF PUBLIC WORKS | GR | SHELDON ARPAD | GE | LIEN RELEASE | 02/23/2007 | | 2551 | 0033 |
| 2007026054 + | OPR | D.C DEPT. OF PUBLIC WORKS | GR | SHELDON ARPAD | GE | LIEN | 02/27/2007 | | 2551 | 0033 |
| 2007026056 + | OPR | D.C DEPT. OF PUBLIC WORKS | GR | SHELDON ARPAD | GE | LIEN | 02/27/2007 | | 2551 | 0033 |
| 2007136694 + | OPR | D.C DEPT. OF PUBLIC WORKS | GR | SHELDON ARPAD | GE | LIEN RELEASE | 10/26/2007 | | 2551 | 0033 |
| 2007136697 + | OPR | D.C DEPT. OF PUBLIC WORKS | GR | SHELDON ARPAD | GE | LIEN RELEASE | 10/26/2007 | | 2551 | 0033 |
| 2008100975 + | OPR | D.C DEPT. OF PUBLIC WORKS | GR | SHELDON ARPAD | GE | LIEN | 09/25/2008 | | 2551 | 0033 |
| 2018101938 + | OPR | D.C DEPT. OF PUBLIC WORKS | GR | SHELDON ARPAD | GE | LIEN RELEASE | 10/10/2018 | | 2551 | 0033 |
| 2019042274 | OPR | ARPAD SHELDON | GR | ARPAD DIANA LACOMB | GE | DEED | 04/25/2019 | | 2551 | 0033 |
| 2019114316 | OPR | BANK OF TOBIAS TRUST | GR | ADAMS 3 LLC | GE | DEED | 10/23/2019 | | 2551 | 0033 |

Lot 33 Sq 2551

| | | |
|---|---|---|
| Kornhauser, Jacob | From 11-16-21 | To 8-1-35 |
| " Jennie | From 11-16-21 | To 8-1-35 |
| | | |
| Dinowitz, Louis | From 8-1-35 | To 12-10-36 |
| " Bessie | From 8-1-35 | To 12-10-36 |
| | | |
| Kornhauser, Jacob | From 12-10-36 | To 5-10-41 |
| " Celia | From 12-10-36 | To 5-10-41 |
| | | |
| Carter, H. H. | From 5-10-41 | To 11-27-41 |
| Smith, William G. | From 5-10-41 | To 11-27-41 |
| | | |
| Jordan, Max | From 11-27-41 | To 8-13-62 |
| | | |
| Arpad, Michael  82 Adm 1695 | From 8-13-62 | To 12-29-86 |
| Arpad, Vivian | From 8-13-62 | To 12-29-86 |
| | | |
| Arpad, Sheldon (ind & tr) | From 12-29-86 | To 4-25-19  To 10-23-19 |
| Arpad, Diana Larcomb | From 4-25-19 | To 4-25-19  10-23-19 |
| ME and Thee 820 aka | From 4-25-19 | To 10-23-19 |
| Bank of Tobias Trust | | |
| | | |
| Adams 3 LLC | From 10-23-19 | To Current |

SQB / T / LB / GR / EE / CTS / BKY / PRO

## Search Results

Displaying all 27 matches.

| Case Number | | Case Status | Case Type | | File Date | Party/Company | Party Type |
|---|---|---|---|---|---|---|---|
| 2000 CA 005477 B | Dis | Closed | Civil II | | 07/21/2000 | ARPAD, SHELDON | Defendant |
| 2000 SCB 008867 | Dis | Closed | Small Claims Branch | | 05/31/2000 | ARPAD, SHELDON | Defendant |
| 2004 SCB 005704 | Dis | Closed | Small Claims Branch | | 04/27/2004 | ARPAD, SHELDON | Plaintiff |
| 2004 SCB 011254 | Dis | Closed | Small Claims Branch | | 09/01/2004 | ARPAD, SHELDON | Defendant |
| 2004 SCB 011349 | Dis | Closed | Small Claims Branch | | 09/01/2004 | ARPAD, SHELDON | Defendant |
| 2005 CA 009231 R(RP) | | Closed | Real Property | | 11/29/2005 | ARPAD, SHELDON | Defendant |
| 2005 CA 009231 R(RP) | | Closed | Real Property | | 11/29/2005 | ARPAD, SHELDON | Plaintiff |
| 2009 SC3 008605 | Settled | Closed | Sml Clms >$2,500 <=$10,000 | | 10/15/2009 | ARPAD, SHELDON | Defendant |
| 2010 LTB 015002 | | Closed | Landlord & Tenant Branch | | 06/15/2010 | ARPAD, SHELDON | Plaintiff |
| 2010 LTB 015003 | | Closed | Landlord & Tenant Branch | | 06/15/2010 | ARPAD, SHELDON | Plaintiff |
| 2011 LTB 002637 | | Closed | Landlord & Tenant Branch | | 02/01/2011 | ARPAD, SHELDON | Plaintiff |
| 2011 LTB 002638 | | Closed | Landlord & Tenant Branch | | 02/01/2011 | ARPAD, SHELDON | Plaintiff |
| 2012 CA 005025 B | | Closed | Civil II | | 06/14/2012 | ARPAD, SHELDON | Plaintiff Counter Defendant |
| 2012 CA 005025 B | | Closed | Civil II | | 06/14/2012 | ARPAD, SHELDON | Plaintiff |
| 2012 LTB 009723 | | Closed | Landlord & Tenant Branch | | 04/18/2012 | ARPAD, SHELDON | Plaintiff |
| 2012 LTB 009724 | | Closed | Landlord & Tenant Branch | | 04/18/2012 | ARPAD, SHELDON | Plaintiff |
| 2012 LTB 026338 | | Closed | Landlord & Tenant Branch | | 09/24/2012 | ARPAD, SHELDON | Plaintiff |
| 2012 LTB 026339 | | Closed | Landlord & Tenant Branch | | 09/24/2012 | ARPAD, SHELDON | Plaintiff |
| 2013 CA 000489 B | Dis | Closed | Civil II | | 01/23/2013 | ARPAD, SHELDON | Plaintiff |
| 2013 CA 001459 C | | Closed | Collections (Consent) Plaintiff | | 02/20/2013 | ARPAD, SHELDON | Plaintiff |
| 2013 CA 002487 B | Dis | Closed | Civil II | | 04/05/2013 | ARPAD, SHELDON | Plaintiff |
| 2013 LTB 023591 | | Closed | Landlord & Tenant Branch | | 09/05/2013 | ARPAD, SHELDON | Plaintiff |
| 2013 LTB 023592 | | Closed | Landlord & Tenant Branch | | 09/05/2013 | ARPAD, SHELDON | Plaintiff |
| 2014 LTB 003454 | | Closed | Landlord & Tenant Branch | | 02/06/2014 | ARPAD, SHELDON | Plaintiff |
| 2014 LTB 003455 | | Closed | Landlord & Tenant Branch | | 02/06/2014 | ARPAD, SHELDON | Plaintiff |

Showing 1 to 25 of 27

<<< < 1 2 > >>

## Search Results

Displaying all 27 matches.

| Case Number | Case Status | Case Type | File Date | Party/Company | Party Type |
|---|---|---|---|---|---|
| 2015 LTB 023471 | Closed | Landlord & Tenant Branch | 09/22/2015 | ARPAD, SHELDON | Plaintiff |
| 2020 CA 001455 B | Closed | Civil II | 02/29/2020 | ARPAD, SHELDON | Plaintiff |

Showing 26 to 27 of 27

<< < 1 2 > >>

_____/_____/_____

DEED

# 42274
rec. 4-25-19

1.) Sheldon Arpad

10.⁻
grant
s/o

To

2.) Sheldon Arpad and
Diana Lacomb Arpad Trustees of the
Me and Thee 820 aka Bank of Tobias Trust,
dated March 18, 2019

A/B   # 55430  rec. 12-29-86  (Lot 33)
     # 55432  rec. 12-29-86  (Lot 34)
     # 55433  rec. 12-29-86  (Lot 35)
     order entered in CA 05-000923(R(RP)  (Lot 34+35)
     ( # 34623-19)


Lot 33, 34, 35   Sq 2551


DEED

# 114316
Rec. 10-23-19

1.) ME and Thee 820 AKA
Bank of Tobias Trust

$ 4,000,000.—
grant

To

(2) Adams 3 LLC , a Virginia
limited liability company


Lot 33, 34, 35   Sq 2551

___/___/___

## DEED

|  |  |
|---|---|
|  | L. 7613  F. 293 |
| 1.) Jacob Kornhauser and wife | # 15309 |
| Celia Kornhauser | Rec. 5-10-41 |
|  | $ 10.- |
| To | grant |
|  | J/T |
| 2.) H.H. Carter and | |
| William G. Smith        Lot 53 [7] "Washington Heights" | |

## DEED

|  |  |
|---|---|
|  | L. 7695 F. 329 |
| 1.) H.H. Carter and | #40881 |
| William G. Smith, J/T | Rec. 11-27-41 |
|  | $ 10.- |
| To | grant |
|  | Lot 33 [7] "Washington Heights" |
| 2.) Max Jordan | |

## DEED

|  |  |
|---|---|
|  | L. 11849 F.573 |
| 1.) Max Jordan, u/w | # 25528 |
|  1952 Adm 001695 | rec. 8-13-62 |
| To | $ 10.- |
| 2.) Michael Arpad and | grant |
| Vivian Arpad, n/w | T/E |
| Lot 33   Sq 2551 | |

## DEED

|  |  |
|---|---|
|  | # 54430 |
| 1.) Vivian Arpad | r. 12-29-86 |
|  | $ None |
| To        (100% interest) | grant |
| 2.) Sheldon Arpad | |
| Lot 33  Sq 2551 | |

## 1982 ADM 001695 IN RE: ARPAD, MICHAEL // PERS. REP:

- Case Type:
  Admin Estate
- Case Status:
  Closed
- File Date:
  01/01/1982
- Action:
  Not Available From Legacy
- Status Date:
  01/01/1982
- Next Event:

All Information    Party    Disposition

### Party Information

ARPAD, MICHAEL
- Decedent

| | |
|---|---|
| Disposition | Alias |
| Disp Date | Party Attorney |

### Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Closed | 01/01/1900 | NOT AVAILABLE FROM LEGACY |

6-70-68

## District of Columbia - Recorder of Deeds

Search Criteria: Search Type: Square / Lot; Lot: 34; Square: 2551

**Displaying 1-44 of 44 Items**

| DOCUMENT # | BOOK TYPE | NAME | | OTHER NAME | DOC TYPE | RECORDED | ROLL/FRAME | SQUARE | LOT |
|---|---|---|---|---|---|---|---|---|---|
| 192111030163 | LAND | GR | HERBERT HARRIET E | GE CARROLL JAMES E | DEED | 11/03/1921 | 4622/170 | 2551 | 0034 |
| 192701210116 | LAND | GR | CALLEGARI DOMENICO | GE HAKMAN MORRIS J | LEASE | 01/21/1927 | 5945/279 | 2551 | 0034 |
| 1937003297 | LAND | GR | BENSON ANDREW R | GE NEWTON GEORGE P | TRUST | 02/05/1937 | 7075/519 | 2551 | 0034 |
| 1937006546 | LAND | GR | DE BECK GAIL WADE | GE NEWTON GEORGE P | TRUST | 03/09/1937 | 7085/417 | 2551 | 0034 |
| 1937010761 | LAND | GR | NEWTON GEORGE P | GE DE BECK GAIL WADE | RELEASE | 04/15/1937 | 7098/406 | 2551 | 0034 |
| 194102415S | LAND | GR | CURRO BARTHOLOMEW | GE SCHAFMIRT W G | TRUST  Released | 07/19/1941 | 7642/085 | 2551 | 0034 |
| 1941026265 | LAND | GR | NEWTON GEORGE P | GE BENSON ANDREW R | RELEASE | 08/05/1941 | 7648/553 | 2551 | 0034 |
| 1942035268 | LAND | GR | SOLDANO R LOUISE | GE NAYLOR RICHARD A | DEED | 12/08/1942 | 7817/274 | 2551 | 0034 |
| 1942035269 | LAND | GR | NAYLOR RICHARD A | GE ROMBRO HERMAN | TRUST  Released | 12/08/1942 | 7817/277 | 2551 | 0034 |
| 1946048537 | LAND | GR | NAYLOR RICHARD A | GE GONZALEZ ASENCION | DEED | 10/28/1946 | 8362/281 | 2551 | 0034 |
| 1946048538 | LAND | GR | GONZALEZ ASENCION | GE CROWELL JUNIOR F | TRUST  Released | 10/28/1946 | 8362/285 | 2551 | 0034 |
| 1946048539 | LAND | GR | GONZALEZ ASENCION | GE HARPS WILLIAM S | TRUST  Released | 10/28/1946 | 8362/287 | 2551 | 0034 |
| 1947003116 | LAND | GR | SCHAFMIRT W G | GE CURRO BARTHOLOMEW | RELEASE  7642-95 | 01/21/1947 | 8407/376 | 2551 | 0034 |
| 1947003117 | LAND | GR | ROMBRO HERMAN | GE NAYLOR RICHARD A | RELEASE  7817-277 | 01/21/1947 | 8407/379 | 2551 | 0034 |
| 1947044952 | LAND | GR | HARPS WILLIAM S | GE GONZALEZ ASENCION | RELEASE  8362-287 | 10/15/1947 | 8600/005 | 2551 | 0034 |
| 1959018829 | LAND | GR | GONZALEZ ASENCION | GE CROWELL JUNIOR F | TRUST  Released | 06/17/1959 | 11257/540 | 2551 | 0034 |
| 1959021647 | LAND | GR | CROWELL JUNIOR F | GE GONZALEZ ASENCION | RELEASE  8362-285 | 07/10/1959 | 11271/069 | 2551 | 0034 |
| 1965031791 | LAND | GR | GONZALEZ ASCENCION | GE KRAFT ALVA C | DEED | 09/13/1965 | 12478/052 | 2551 | 0034 |
| 1965031792 | LAND | GR | KRAFT ALVA C | GE NATIONAL SAVINGS AND TRUST COMPANY | TRUST  expired | 09/13/1965 | 12478/054 | 2551 | 0034 |
| 198504214S | LAND | GR | CROWELL JUNIOR F | GE GONZALEZ ASENCION | RELEASE  11257-540 | 12/06/1965 | 12524/527 | 2551 | 0034 |
| 1972004756 | LAND | GR | KRAFT ALVA C | GE HIGGINBOTHAM CHARLES M | DEED | 03/07/1972 | 13321/479 | 2551 | 0034 |
| 7300020825 | LAND | GR | HIGGINBOTHAM CHARLES M | GE HIGGINBOTHAM CHARLES M | DEED | 08/22/1973 | 13528/37 | 2551 | 0034 |
| 7600028678 | LAND | GR | HIGGINBOTHAM CHARLES M | GE ARPAD MICHAEL | DEED | 10/21/1976 | 229/ | 2551 | 0034 |
| 8600055432 | LAND | GR | ARPAD VIVIAN | GE ARPAD SHELDON | DEED | 12/29/1986 | 217/13 | 2551 | 0034 |
| 8700001881 | GENERAL | GR | DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY | GE ARPAD MICHAEL | WATER SEWER LIEN  Released | 10/15/1987 | 47/2507 | 2551 | 0034 |
| 8800000092 + | GENERAL | GR | DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY | GE ARPAD MICHAEL | WATER SEWER LIEN RELEASE  # 6018381 Rec. 10-15-87 | 01/20/1988 | 51/1114 | 2551 | 0034 |
| 2003140759 + | LAND | GR | ARPAD SHELDON | GE ASH SUZANNE C | TRUST  Released | 10/22/2003 | | 2551 | 0034 |
| 2003140760 | LAND | GR | ARPAD SHELDON | GE SUNTRUST BANK | ASSIGNMENT " | 10/22/2003 | | 2551 | 0034 |
| 2008066406 | OPR | GR | D. C. DEPARTMENT OF PUBLIC WORKS | GE SHELDON ARPAD | LIEN | 06/19/2008 | | 2551 | 0034 |
| 2008067062 + | OPR | GR | D. C. DEPARTMENT OF PUBLIC WORKS | GE SHELDON ARPAD | LIEN  Released | 06/20/2008 | | 2551 | 0034 |
| 2008073981 + | OPR | GR | D.C DEPT. OF PUBLIC WORKS | GE SHELDON ARPAD | LIEN RELEASE  # 67062-08 | 07/09/2008 | | 2551 | 0034 |
| 2009072970 | LAND | GR | VERTIGO, INC. | GE ARPAD SHELDON | FINANCING STATEMENT | 07/08/2009 | | 2551 | 0034 |
| 2017113595 + | OPR | GR | 1731 KALORAMA LLC | GE JOHN MARSHALL BANK | LEASE ASSIGNMENT | 10/13/2017 | | 2551 | 0034 |
| 2017113596 + | OPR | GR | 1731 KALORAMA, LLC | GE JOHN MARSHALL BANK | FINANCING STATEMENT | 10/13/2017 | N/A | 2551 | 0034 |
| 2019034623 | OPR | GR | ARPAD SHELDON | GE ARPAD SHELDON | ORDER | 04/04/2019 | | 2551 | 0034 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2019042274 | OPR | GR ARPAD SHELDON | GE ARPAD DIANA LACOMB | DEED | 04/25/2019 | 2551 | 0034 |
| 2019114316 | OPR | GR BANK OF TOBIAS TRUST | GE ADAMS 3 LLC | DEED | 10/23/2019 | 2551 | 0034 |
| 2019114317 + | OPR | GR ADAMS 3 LLC | GE BROWNING SCOT R | TRUST | 10/23/2019 | 2551 | 0034 |
| 2019114318 | OPR | GR ADAMS 3 LLC | GE CAPITAL BANK, N.A. | FINANCING STATEMENT | 10/23/2019 | 2551 | 0034 |
| 2019116456 + | OPR | GR SUNTRUST BANK | GE ARPAD SHELDON | CERTIFICATE OF SATISFACTION | 10/28/2019 | # 140759-03 | 2551 | 0034 |
| 2020008929 | OPR | GR ADAMS 3, LLC | GE BAUMGARTNER ROBERT B | TRUST | 01/22/2020 | 2551 | 0034 |
| 2020092898 + | OPR | GR ADAMS 3 LLC | GE JOHNS KOS N | TRUST  Released | 08/03/2020 | 2551 | 0034 |
| 2020142307 + | OPR | GR F & N ENTERPRISES, LLC | GE ADAMS 3 LLC | CERTIFICATE OF SATISFACTION | 11/18/2020 | # 92898-10 | 2551 | 0034 |
| 2021054417 | OPR | GR ADAMS 3 LLC | GE JOHNS KOS N | TRUST | 04/22/2021 | 2551 | 0034 |

| Document | Type | GR | GE | Description | Date | | |
|---|---|---|---|---|---|---|---|
| 2020008929 + | OPR | GR ADAMS 3, LLC | GE BAUMGARTNER ROBERT B | TRUST | 01/22/2020 | 2551 | 0034 |
| 2020092898 + | OPR | GR ADAMS 3 LLC | GE JOHNS KOS N | TRUST | 08/03/2020 | 2551 | 0034 |
| 2020142307 + | OPR | GR F & N ENTERPRISES, LLC | GE ADAMS 3 LLC | CERTIFICATE OF SATISFACTION | 11/18/2020 | 2551 | 0034 |
| 2021054417 + | OPR | GR ADAMS 3 LLC | GE JOHNS KOS N | TRUST | 04/22/2021 | 2551 | 0034 |
| 2021033621 | OPR | GR ADAMS 3 LLC | GE PARDO JASON A | APPOINTMENT SUBSTITUTE TRUSTEE | 03/28/2022 | 2551 | 0034 |
| 2022033622 + | OPR | GR ADAM 3 LLC | GE DASHCO INC | FORECLOSURE AFFIDAVIT | 03/28/2022 | 2551 | 0034 |
| 2022034172 | OPR | GR DASHCO INC. | GE ADAMS 3 LLC | FORECLOSURE NOTICE | 03/29/2022 | 2551 | 0034 |
| 2022061085 | OPR | GR ADAMS 3 LLC | GE DASHCO INC | FORECLOSURE NOTICE | 06/03/2022 | 2551 | 0034 |
| 2022075717 + | OPR | GR DASHCO INC | GE ADAMS 3 LLC | FORECLOSURE NOTICE | 07/15/2022 | 2551 | 0034 |
| 2022099726 | OPR | GR DASHCO INC | GE ADAMS 3 LLC | FORECLOSURE NOTICE | 09/30/2022 | 2551 | 0034 |
| 2022104338 | OPR | GR ATCF II DC LLC | GE ADAMS 3 LLC | LIS PENDENS | 10/17/2022 | 2551 | 0034 |
| 2022116198 + | LAND | GR F & N ETNERPRISES, LLC | GE ADAMS 3 LLC | CERTIFICATE OF SATISFACTION | 11/23/2022 | 2551 | 0034 |

# District of Columbia - Recorder of Deeds

**Search Criteria:** Search Type: Square / Lot; Lot: 34; Square: 2551

## Displaying 1-52 of 52 Items

| DOCUMENT # | BOOK TYPE | NAME | OTHER NAME | DOC TYPE | RECORDED | ROLL/FRAME | SQUARE | LOT |
|---|---|---|---|---|---|---|---|---|
| 19211030163 | LAND | GR HERBERT HARRIET E | GE CARROLL JAMES E | DEED | 11/03/1921 | 46622/170 | 2551 | 0034 |
| 192701210116 | LAND | GR CALLEGARI DOMENICO | GE HAKMAN MORRIS J | LEASE | 01/21/1927 | 5945/279 | 2551 | 0034 |
| 1937003297 | LAND | GR BENSON ANDREW R | GE NEWTON GEORGE P | TRUST | 02/05/1937 | 7075/519 | 2551 | 0034 |
| 1937006546 | LAND | GR DE BECK GAIL WADE | GE NEWTON GEORGE P | TRUST | 03/09/1937 | 7085/417 | 2551 | 0034 |
| 1937010761 | LAND | GR NEWTON GEORGE P | GE DE BECK GAIL WADE | RELEASE | 04/15/1937 | 7098/406 | 2551 | 0034 |
| 1941024155 | LAND | GR CURRO BARTHOLOMEW | GE SCHAFHIRT W G | TRUST | 07/19/1941 | 7642/085 | 2551 | 0034 |
| 1941026265 | LAND | GR NEWTON GEORGE P | GE BENSON ANDREW R | RELEASE | 08/05/1941 | 7648/553 | 2551 | 0034 |
| 1942035268 | LAND | GR SOLDANO R LOUISE | GE NAYLOR RICHARD A | DEED | 12/08/1942 | 7817/274 | 2551 | 0034 |
| 1942035269 | LAND | GR NAYLOR RICHARD A | GE ROMBRO HERMAN | TRUST | 12/08/1942 | 7817/277 | 2551 | 0034 |
| 1946048537 | LAND | GR NAYLOR RICHARD A | GE GONZALEZ ASENCION | DEED | 10/28/1946 | 8362/281 | 2551 | 0034 |
| 1946048538 | LAND | GR GONZALEZ ASENCION | GE CROWELL JUNIOR F | TRUST | 10/28/1946 | 8362/285 | 2551 | 0034 |
| 1946048539 | LAND | GR GONZALEZ ASENCION | GE HARPS WILLIAM S | TRUST | 10/28/1946 | 8362/287 | 2551 | 0034 |
| 1947003116 | LAND | GR SCHAFHIRT W G | GE CURRO BARTHOLOMEW | RELEASE | 01/21/1947 | 8407/376 | 2551 | 0034 |
| 1947003117 | LAND | GR ROMBRO HERMAN | GE NAYLOR RICHARD A | RELEASE | 01/21/1947 | 8407/379 | 2551 | 0034 |
| 1947044952 | LAND | GR HARPS WILLIAM S | GE GONZALEZ ASENCION | RELEASE | 10/15/1947 | 8600/005 | 2551 | 0034 |
| 1959018829 | LAND | GR GONZALEZ ASENCION | GE CROWELL JUNIOR F | TRUST | 06/17/1959 | 11257/540 | 2551 | 0034 |
| 1959021647 | LAND | GR CROWELL JUNIOR F | GE GONZALEZ ASENCION | RELEASE | 07/10/1959 | 11271/069 | 2551 | 0034 |
| 1965031791 | LAND | GR GONZALEZ ASCENCION | GE KRAFT ALVA C | DEED | 09/13/1965 | 12478/052 | 2551 | 0034 |
| 1965031792 | LAND | GR KRAFT ALVA C | GE NATIONAL SAVINGS AND TRUST COMPANY | TRUST | 09/13/1965 | 12478/054 | 2551 | 0034 |
| 1965042145 | LAND | GR CROWELL JUNIOR F | GE GONZALEZ ASENCION | RELEASE | 12/06/1965 | 12524/527 | 2551 | 0034 |
| 1972004756 | LAND | GR KRAFT ALVA C | GE HIGGINBOTHAM CHARLES M | DEED | 03/07/1972 | 13321/479 | 2551 | 0034 |
| 7300020825 | LAND | GR HIGGINBOTHAM CHARLES M | GE HIGGINBOTHAM CHARLES M | DEED | 08/22/1973 | 13528/37 | 2551 | 0034 |
| 7600028678 | LAND | GR HIGGINBOTHAM CHARLES M | GE ARPAD MICHAEL | DEED | 10/21/1976 | 229/ | 2551 | 0034 |
| 8600005432 | LAND | GR ARPAD VIVIAN | GE ARPAD SHELDON | DEED | 12/29/1986 | 217/13 | 2551 | 0034 |
| 8700001881 | GENERAL | GR DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY | GE ARPAD MICHAEL | WATER SEWER LIEN | 10/15/1987 | 47/2507 | 2551 | 0034 |
| 8800000092 + | GENERAL | GR DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY | GE ARPAD MICHAEL | WATER SEWER LIEN RELEASE | 01/20/1988 | 51/1114 | 2551 | 0034 |
| 2003140759 + | LAND | GR ARPAD SHELDON | GE ASH SUZANNE C | TRUST | 10/22/2003 | | 2551 | 0034 |
| 2003140760 | LAND | GR ARPAD SHELDON | GE SUNTRUST BANK | ASSIGNMENT | 10/22/2003 | | 2551 | 0034 |
| 2008066406 | OPR | GR D. C. DEPTARTMENT OF PUBLIC WORKS | GE SHELDON ARPAD | LIEN | 06/19/2008 | | 2551 | 0034 |
| 2008067062 + | OPR | GR D. C. DEPARTMENT OF PUBLIC WORKS | GE SHELDON ARPAD | LIEN | 06/20/2008 | | 2551 | 0034 |
| 2008073981 + | OPR | GR D.C DEPT. OF PUBLIC WORKS | GE SHELDON ARPAD | LIEN RELEASE | 07/09/2008 | | 2551 | 0034 |
| 2009072970 | LAND | GR VERTIGO, INC. | GE ARPAD SHELDON | FINANCING STATEMENT | 07/08/2009 | | 2551 | 0034 |
| 2017113595 + | OPR | GR 1731 KALORAMA LLC | GE JOHN MARSHALL BANK | LEASE ASSIGNMENT | 10/13/2017 | | 2551 | 0034 |
| 2017113596 + | OPR | GR 1731 KALORAMA, LLC | GE JOHN MARSHALL BANK | FINANCING STATEMENT | 10/13/2017 | | 2551 | 0034 |
| 2019034623 | OPR | GR ARPAD SHELDON | GE ARPAD SHELDON | ORDER | 04/04/2019 | | 2551 | 0034 |
| 2019042271 | OPR | GR ARPAD SHELDON | GE ARPAD DIANA LACOMB | DEED | 04/25/2019 | | 2551 | 0034 |
| 2019119316 | OPR | GR BANK OF TOBIAS TRUST | GE ADAMS 3 LLC | DEED | 10/23/2019 | | 2551 | 0034 |
| 2019114317 + | OPR | GR ADAMS 3 LLC | GE BROWNING SCOT R | TRUST | 10/23/2019 | | 2551 | 0034 |
| 2019114318 | OPR | GR ADAMS 3 LLC | GE CAPITAL BANK, N.A. | FINANCING STATEMENT | 10/23/2019 | | 2551 | 0034 |
| 2019116456 + | OPR | GR SUNTRUST BANK | GE ARPAD SHELDON | CERTIFICATE OF SATISFACTION | 10/28/2019 | | 2551 | 0034 |

## 1982 ADM 001695 IN RE: ARPAD, MICHAEL // PERS. REP:

- Case Type:
  Admin Estate
- Case Status:
  Closed
- File Date:
  01/01/1982
- Action:
  Not Available From Legacy
- Status Date:
  01/01/1982
- Next Event:

All Information    Party    Disposition

### Party Information

ARPAD, MICHAEL
- Decedent

- Disposition                    Alias
- Disp Date                      Party Attorney

### Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Closed | 01/01/1900 | NOT AVAILABLE FROM LEGACY |

____/____/____

### DEED

L. 13528 F 37

1.) Griffin D., Sullivan, unmarried as T:c with    #20825
    Charles M. Higginbotham                        rec. 8-22-73

                                                   $ 10.—
            To                                     grant
                                                   (T:c)

2.) Charles M. Higginbotham, u/m

            Lot 34 Square 2551

### DEED

                                                   # 28678

1.) Charles M. Higginbotham, u/m                   Rec. 10-21-76

                                                   $ 10.—
            To                                     grant
                                                   (T:c) whole

2.) Michael Arpad and wife
    Vivian Arpad, T/E ½ int.
    Raymond B. Launay and wife        Lot 34 Square 2551
    Daniele M. Launay  T/E ½ int.

### DEED

                                                   # 55432

1.) Vivian Arpad    To                             rec. 12-29-86

2.) Sheldon Arpad                                  $ None

                                                   100% ownership

            Lot 34   Sq 2551

### DEED

1.) Sheldon Arpad                                  # 42274

            To                                     Rec. 4-25-19

                                                   $ 10.—
2.) Sheldon Arpad and                              grant
    Diana Lacomb Arpad, Trustees of the            5/0
    ME and Thee 820 aka
    Bank of Tobias Trust, dated March 18, 2019

            Lot 33, 34, 35  Square 2551

DEED

#114316
1.) ME and Thoe 820 AKA          Rec. 10-23-19
    Bank of Tobias Trust          $ 4,000,000.—
                                  grant

                 To

2.) Adams 3, LLC ,
    a virginia limited liability company

              Lot 33, 34, 35 Square 2551

——— / ——— /

Lot 34  Square 2551

✓ Gonzalez, Tomas - deceased     From 10-28-46   To 9-13-65
✓ Gonzalez, Asencion              From 10-28-46   To 9-13-65

✓ Kraft, Lester     (no prob)     From 9-13-65   To 3-7-72
✓ Kraft, Alva C. - deceased       From 9-13-65   To 3-7-72
✓ Kraft, Marie T.                 From 9-13-65   To 3-7-72

✓ Sullivan, Griffin               From 3-7-72   To 8-22-73
✓ Higginbotham, Charles M.        From 3-7-72   To 10-21-76

✓ Arpad, Michael                  From 10-21-76   To 4-4-19
✓ Arpad, Vivian                   From 10-21-76   To 4-4-19
✓ Launay, Raymond B.              From 10-21-76   To 4-4-19
✓      "    Danielle M.            From 10-21-76   To 4-4-19
✓      "    Danielle M             From 10-21-76   To 4-4-19

✓ Arpad, Sheldon (5 of ?? + ??)   From 12-29-86   To 4-25-19 To 10-23-19
✓ Arpad, Diana Lacomb (Tr)        From 4-25-19   To 10-23-19
✓✓ ME and THEE 820 aka            From 4-25-19  To  10-23-19
   Bank of Tobias Trust

✓ Adams 3, LLC                    From 10-23-19   To current

       SRB/ T/ US/DI/EE/OTS/BKY/PRO

# District of Columbia - Recorder of Deeds

Search Criteria: Search Type: Square / Lot; Lot: 35; Square: 2551

**Displaying 1-66 of 66 Items**

| DOCUMENT # | BOOK TYPE | NAME | OTHER NAME | DOC TYPE | RECORDED | ROLL/FRAME | SQUARE | LOT |
|---|---|---|---|---|---|---|---|---|
| 192306140180 | LAND | GR VAGNONI MARIA C | GE DISMER LOUIS C | TRUST | 06/14/1923 | 4990/330 | 2551 | 0035 |
| 192307060330 | LAND | GR BOSS HARRY K | GE SAMBATARO ANTHONY | RELEASE | 07/06/1923 | 5021/318 | 2551 | 0035 |
| 192407240110 | LAND | GR VAGNONI MARIA CARMELA | GE ZARIN NEUMAN | DEED | 07/24/1924 | 5280/350 | 2551 | 0035 |
| 192407240111 | LAND | GR ZARIN NEUMAN | GE THE WASHINGTON LOAN AND TRUST COMPANY | TRUST | 07/24/1924 | 5280/352 | 2551 | 0035 |
| 192407240112 | LAND | GR ZARIN NEUMAN | GE BRIDGETT ARTHUR J | TRUST | 07/24/1924 | 5280/355 | 2551 | 0035 |
| 192408110091 | LAND | GR DISMER LOUIS C | GE VAGNONI MARIA C | RELEASE | 08/11/1924 | 5314/138 | 2551 | 0035 |
| 192504240063 | LAND | GR ZARIN NEWMAN | GE MARKS CHARLES | DEED | 04/24/1925 | 5496/393 | 2551 | 0035 |
| 192703160093 | LAND | GR BRIDGETT ARTHUR J | GE MARKS CHARLES | RELEASE | 03/16/1927 | 5973/262 | 2551 | 0035 |
| 1927003022 | LAND | GR MARKS CHARLES | GE MCKEE FRED | TRUST | 07/21/1927 | 5916/421 | 2551 | 0035 |
| 192709010307 | LAND | GR THE WASHINGTON LOAN AND TRUST COMPANY | GE ZARIN NEUMAN | RELEASE | 09/01/1927 | 5988/078 | 2551 | 0035 |
| 1933006707 | LAND | GR MARKS CHARLES | GE BELT HARVEY C | TRUSTEES DEED | 04/19/1933 | 6726/323 | 2551 | 0035 |
| 193613739 | LAND | GR BELT HARVEY C | GE JOHNSON LILLIAN | DEED | 05/20/1936 | 6994/124 | 2551 | 0035 |
| 193613740 | LAND | GR JOHNSON LILLIAN | GE SCHAFHIRT W G | TRUST | 05/20/1936 | 6994/129 | 2551 | 0035 |
| 1936028946 | LAND | GR SCHAFHIRT W G | GE JOHNSON LILLIAN | RELEASE | 10/09/1936 | 7038/486 | 2551 | 0035 |
| 1937006543 | LAND | GR BENSON ANDREW R | GE DE BECK GAIL WADE | DEED | 03/09/1937 | 7085/413 | 2551 | 0035 |
| 1937011874 | LAND | GR NEWTON GEORGE P | GE DE BECK GAIL WADE | RELEASE | 04/24/1937 | 7102/094 | 2551 | 0035 |
| 1937038720 | LAND | GR DE BECK GAIL WADE | GE NEWTON GEORGE P | TRUST | 12/22/1937 | 7183/583 | 2551 | 0035 |
| 1938005160 | LAND | GR DEBECK GAIL WADE | GE ROGERS ANNABELLE C | DEED | 02/28/1938 | 7201/340 | 2551 | 0035 |
| 1940022318 | LAND | GR CROWELL JUNIOR F | GE SPECTOR SAUL E | DEED | 07/17/1940 | 7498/027 | 2551 | 0035 |
| 1940022319 | LAND | GR SPECTOR LUCIA | GE BALTZ EDWARD C | TRUST | 07/17/1940 | 7498/029 | 2551 | 0035 |
| 1941017089 | LAND | GR SPECTOR LUCIA | GE BUCHANAN SADYE E | DEED | 05/23/1941 | 7619/010 | 2551 | 0035 |
| 1941018538 | LAND | GR BUCHANAN SADYE E | GE THE WASHINGTON LOAN AND TRUST COMPANY | TRUST *Released* | 06/05/1941 | 7623/399 | 2551 | 0035 |
| 1941022085 | LAND | GR BALTZ EDWARD C | GE SPECTOR LUCIA | RELEASE | 07/02/1941 | 7635/093 | 2551 | 0035 |
| 1945000597 | LAND | GR BUCHANAN SADYE E | GE MCKNEW AUDREY L | DEED | 01/06/1945 | 8055/333 | 2551 | 0035 |
| 1945000598 | LAND | GR MCKNEW AUDREY L | GE THE LINCOLN NATIONAL BANK OF WASHINGTON | TRUST *Released* | 01/06/1945 | 8055/335 | 2551 | 0035 |
| 1945002033 | LAND | GR THE WASHINGTON LOAN AND TRUST COMPANY | GE BUCHANAN SADYE E | RELEASE *18538-41 bu 7623 F. 399* | 01/18/1945 | 8060/021 | 2551 | 0035 |
| 1950010122 | LAND | GR MCKNEW AUDREY L | GE THE LINCOLN NATIONAL BANK OF WASHINGTON | TRUST *Released* | 03/15/1950 | 9163/425 | 2551 | 0035 |
| 1950021919 | LAND | GR THE LINCOLN NATIONAL BANK OF WASHINGTON | GE MCKNEW AUDREY L | RELEASE *8055-335* | 06/01/1950 | 9218/349 | 2551 | 0035 |
| 1954003355 | LAND | GR MCKNEW AUDREY L | GE THE LINCOLN NATIONAL BANK OF WASHINGTON | TRUST *Released* | 02/01/1954 | 10132/192 | 2551 | 0035 |
| 1954006274 | LAND | GR THE LINCOLN NATIONAL BANK OF WASHINGTON | GE MCKNEW AUDREY L | RELEASE *9163-425* | 02/26/1954 | 10146/182 | 2551 | 0035 |
| 1960036849 | LAND | GR MCKNEW AUDREY L | GE THE RIGGS NATIONAL BANK OF WASHINGTON DC | TRUST *Released* | 12/27/1960 | 11534/472 | 2551 | 0035 |
| 1961001585 | LAND | GR THE LINCOLN NATIONAL BANK | GE MCKNEW AUDREY L | RELEASE *10132-192* | 01/18/1961 | 11543/454 | 2551 | 0035 |
| 1962027486 | LAND | GR SCHELLIN ANNE VICTORIA | GE MCKNEW AUDREY L | DEED | 08/29/1962 | 11859/327 | 2551 | 0035 |
| 1962027487 | LAND | GR MCKNEW AUDREY L | GE THE RIGGS NATIONAL BANK OF WASHINGTON | TRUST *Released* | 08/29/1962 | 11859/329 | 2551 | 0035 |

| | | | | DC | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1962027488 | LAND | GR MCKNEW AUDREY L | GE ABSE' DAVID I | TRUST *Released* | 08/29/1962 | 11859/333 | 2551 | 0035 |
| 1963000781 | LAND | GR THE RIGGS NATIONAL BANK OF WASHINGTON DC | GE MCKNEW AUDREY L | RELEASE  # 11531-472 | 01/09/1963 | 11930/027 | 2551 | 0035 |
| 1965036879 | LAND | GR MCKNEW AUDREY L | GE LAUNAY & CO INC | DEED | 10/22/1965 | 12500/497 | 2551 | 0035 |
| 1965036880 + | LAND | GR LAUNAY & CO INC | GE NATIONAL SAVINGS & TRUST COMPANY | TRUST *Released* | 10/22/1965 | 12500/499 | 2551 | 0035 |
| 1966003255 | LAND | GR ABSE DAVID I | GE MCKNEW AUDREY L | RELEASE 11759-333 | 01/25/1966 | 12553/505 | 2551 | 0035 |
| 1956003256 | LAND | GR THE RIGGS NATIONAL BANK OF WASHINGTON DC | GE MCKNEW AUDREY L | RELEASE 11859-329 | 01/25/1966 | 12553/507 | 2551 | 0035 |
| 8400016262 | LAND | GR ALI BABA RESTAURANT | GE ENERGY MIZER SYSTEMS OF WASHINGTON, INC. | FINANCING STATEMENT 83/- | 05/09/1984 | 35/562 | 2551 | 0035 |
| 8600016843 | LAND | GR LAUNAY DANIELLE | GE ARPAD VIVIAN | DEED | 04/28/1986 | 163/823 | 2551 | 0035 |
| 8600035299 + | LAND | GR NATIONAL SAVINGS AND TRUST COMPANY | GE LAUNAY & CO., INC. | DEED RELEASE 12,500 - 498 | 08/28/1986 | 188/548 | 2551 | 0035 |
| 8600055433 | LAND | GR ARPAD SHELDON | GE ARPAD SHELDON | DEED | 12/29/1986 | 217/14 | 2551 | 0035 |
| 8600055434 | LAND | GR LAUNAY & CO. , INC. | GE ARPAD VIVIAN | DEED | 12/29/1986 | 217/15 | 2551 | 0035 |
| 8800008939 | GENERAL | GR FORTIZ ARSENIO | GE HIJAZI JOSEPH | FINANCING STATEMENT | 04/07/1988 | 61/609 | 2551 | 0035 |
| 9300014001 | GENERAL | GR DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY | GE ARPAD VIVIAN | WATER SEWER LIEN | 08/19/1993 | 119/924 | 2551 | 0035 |
| 9400018985 + | GENERAL | GR DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY | GE ARPAD VIVIAN | WATER SEWER LIEN RELEASE  # 14001-93 | 10/20/1994 | 135/1250 | 2551 | 0035 |
| 9500023235 | GENERAL | GR MALIN CONSTRUCTION, INC. | GE ARPAD SHELDON | MECHANICS LIEN *Released* | 12/06/1995 | 161/69 | 2551 | 0035 |
| 9600001552 | GENERAL | GR AMCO METAL PRODUCTS INC. | GE ARPAD SHELDON | MECHANICS LIEN *Released* | 01/30/1996 | 163/930 | 2551 | 0035 |
| 9600005717 + | GENERAL | GR AMCO METAL PRODUCTS, INC. | GE ARPAD SHELDON | MECHANICS LIEN RELEASE  # 1552-96 | 04/05/1996 | 168/39 | 2551 | 0035 |
| 9600012293 + | GENERAL | GR MALIN CONSTRUCTION, INC. | GE ARPAD SHELDON | MECHANICS LIEN RELEASE # 23235-95 | 07/09/1996 | 174/1153 | 2551 | 0035 |
| 2003140759 + | LAND | GR ARPAD SHELDON | GE ASH SUZANNE C | TRUST *Released* | 10/22/2003 | | 2551 | 0035 |
| 2003140760 | LAND | GR ARPAD SHELDON | GE SUNTRUST BANK | ASSIGNMENT | 10/22/2003 | | 2551 | 0035 |
| 2009072970 | LAND | GR VERTIGO, INC. | GE ARPAD SHELDON | FINANCING STATEMENT | 07/08/2009 | | 2551 | 0035 |
| 2019034623 | OPR | GR ARPAD SHELDON | GE ARPAD DIANA LACOMB | DEED | 04/04/2019 | | 2551 | 0035 |
| 2019042274 | OPR | GR BANK OF TOBIAS TRUST | GE ADAMS 3 LLC | DEED | 04/25/2019 | | 2551 | 0035 |
| 2019114316 | OPR | GR ADAMS 3 LLC | GE BROWNING SCOT R | DEED | 10/23/2019 | | 2551 | 0035 |
| 2019114317 + | OPR | GR ADAMS 3 LLC | GE CAPITAL BANK, N.A. | FINANCING STATEMENT | 10/23/2019 | | 2551 | 0035 |
| 2019114318 | OPR | GR SUNTRUST BANK | GE ARPAD SHELDON | CERTIFICATE OF SATISFACTION  # 140759-03 | 10/28/2019 | | 2551 | 0035 |
| 2019116456 + | OPR | GR ADAMS 3, LLC | GE BAUMGARTNER ROBERT B | TRUST | 01/22/2020 | | 2551 | 0035 |
| 2020008929 | OPR | GR DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY | GE ADAMS 3 LLC | WATER SEWER LIEN | 05/14/2020 | | 2551 | 0035 |
| 2020057605 | OPR | GR ADAMS 3 LLC | GE JOHNS KOS N | TRUST *Released* | 08/03/2020 | | 2551 | 0035 |
| 2020092898 + | OPR | GR F & N ENTERPRISES, LLC | GE ADAMS 3 LLC | CERTIFICATE OF SATISFACTION TRUST  # 92898-20 | 11/18/2020 | | 2551 | 0035 |
| 2020142307 + | OPR | GR ADAMS 3 LLC | GE JOHNS KOS N | TRUST | 04/22/2021 | | 2551 | 0035 |
| 2021054417 | OPR | | | | | | | |

| Instrument | Category | Grantor | Grantee | Document | Date | Book/Page | | |
|---|---|---|---|---|---|---|---|---|
| 19650368680 | LAND | GR LAUNAY & CO INC | GE NATIONAL SAVINGS & TRUST COMPANY | TRUST | 10/22/1965 | 12500/499 | 2551 | 0035 |
| 1966003255 | LAND | GR ABSE DAVID I | GE MCKNEW AUDREY L | RELEASE | 01/25/1966 | 12553/505 | 2551 | 0035 |
| 1966003256 | LAND | GR THE RIGGS NATIONAL BANK OF WASHINGTON DC | GE MCKNEW AUDREY L | RELEASE | 01/25/1966 | 12553/507 | 2551 | 0035 |
| 8400016262 | LAND | GR ALI BABA RESTAURANT | GE ENERGY MIZER SYSTEMS OF WASHINGTON, INC. | FINANCING STATEMENT | 05/09/1984 | 35/562 | 2551 | 0035 |
| 8600016843 | LAND | GR LAUNAY DANIELLE | GE ARPAD VIVIAN | DEED | 04/28/1986 | 163/823 | 2551 | 0035 |
| 8600035299 + | LAND | GR NATIONAL SAVINGS AND TRUST COMPANY | GE LAUNAY & CO., INC. | DEED RELEASE | 08/28/1986 | 188/548 | 2551 | 0035 |
| 8600055433 | LAND | GR ARPAD VIVIAN | GE ARPAD SHELDON | DEED | 12/29/1986 | 217/14 | 2551 | 0035 |
| 8600055434 | LAND | GR LAUNAY & CO., INC. | GE ARPAD VIVIAN | DEED | 12/29/1986 | 217/15 | 2551 | 0035 |
| 8800008939 | GENERAL | GR FORTIZ ARSENIO | GE HIJAZI JOSEPH | FINANCING STATEMENT | 11/07/1988 | 61/609 | 2551 | 0035 |
| 9300014001 | GENERAL | GR DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY | GE ARPAD VIVIAN | WATER SEWER LIEN | 08/19/1993 | 119/924 | 2551 | 0035 |
| 9400018985 + | GENERAL | GR DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY | GE ARPAD VIVIAN | WATER SEWER LIEN RELEASE | 10/20/1994 | 135/1250 | 2551 | 0035 |
| 9500023235 | GENERAL | GR MALIN CONSTRUCTION, INC. | GE ARPAD SHELDON | MECHANICS LIEN | 12/06/1995 | 161/69 | 2551 | 0035 |
| 9600001552 | GENERAL | GR AMCO METAL PRODUCTS INC | GE ARPAD SHELDON | MECHANICS LIEN | 01/30/1996 | 163/930 | 2551 | 0035 |
| 9600005717 + | GENERAL | GR AMCO METAL PRODUCTS, INC. | GE ARPAD SHELDON | MECHANICS LIEN RELEASE | 04/05/1996 | 168/39 | 2551 | 0035 |
| 9600012293 + | GENERAL | GR MALIN CONSTRUCTION, INC. | GE ARPAD SHELDON | MECHANICS LIEN RELEASE | 07/09/1996 | 174/1153 | 2551 | 0035 |
| 2003140759 + | LAND | GR ARPAD SHELDON | GE ASH SUZANNE C | TRUST | 10/22/2003 | | 2551 | 0035 |
| 2003140760 | LAND | GR ARPAD SHELDON | GE SUNTRUST BANK | ASSIGNMENT | 10/22/2003 | | 2551 | 0035 |
| 2009072970 | LAND | GR VERTGO, INC. | GE ARPAD SHELDON | FINANCING STATEMENT | 07/08/2009 | | 2551 | 0035 |
| 2019034623 | OPR | GR ARPAD SHELDON | GE ARPAD SHELDON | ORDER | 04/04/2019 | | 2551 | 0035 |
| 2019042274 | OPR | GR ARPAD SHELDON | GE ARPAD DIANA LACOMB | DEED | 04/25/2019 | | 2551 | 0035 |
| 2019114316 | OPR | GR BANK OF TOBIAS TRUST | GE ADAMS 3 LLC | DEED | 10/23/2019 | | 2551 | 0035 |
| 2019114317 + | OPR | GR ADAMS 3 LLC | GE BROWNING SCOT R | TRUST | 10/23/2019 | | 2551 | 0035 |
| 2019114318 | OPR | GR ADAMS 3 LLC | GE CAPITAL BANK, N.A. | FINANCING STATEMENT | 10/23/2019 | | 2551 | 0035 |
| 2019116456 + | OPR | GR SUNTRUST BANK | GE ARPAD SHELDON | CERTIFICATE OF SATISFACTION | 10/28/2019 | | 2551 | 0035 |
| 2020008929 + | OPR | GR ADAMS 3, LLC | GE BAUMGARTNER ROBERT B | TRUST | 01/22/2020 | | 2551 | 0035 |
| 2020057605 | OPR | GR DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY | GE ADAMS 3 LLC | WATER SEWER LIEN | 05/14/2020 | | 2551 | 0035 |
| 2020092898 + | OPR | GR ADAMS 3 LLC | GE JOHNS KOS N | TRUST | 08/03/2020 | | 2551 | 0035 |
| 2020142507 + | OPR | GR F & N ENTERPRISES, LLC | GE ADAMS 3 LLC | CERTIFICATE OF SATISFACTION | 11/18/2020 | | 2551 | 0035 |
| 2021054417 + | OPR | GR ADAMS 3 LLC | GE JOHNS KOS N | TRUST | 04/22/2021 | | 2551 | 0035 |
| 2022033621 | OPR | GR ADAMS 3 LLC | GE PARDO JASON A | APPOINTMENT SUBSTITUTE TRUSTEE | 03/28/2022 | | 2551 | 0035 |
| 2022033622 + | OPR | GR ADAM 3 LLC | GE DASHCO INC | FORECLOSURE AFFIDAVIT | 03/28/2022 | | 2551 | 0035 |
| 2022034172 | OPR | GR DASHCO INC. | GE DASHCO INC. | FORECLOSURE NOTICE | 03/29/2022 | | 2551 | 0035 |
| 2022061085 | OPR | GR ADAMS 3 LLC | GE DASHCO INC | FORECLOSURE NOTICE | 06/03/2022 | | 2551 | 0035 |
| 2022075717 + | OPR | GR DASHCO INC | GE ADAMS 3 LLC | FORECLOSURE NOTICE | 07/15/2022 | | 2551 | 0035 |
| 2022089981 | OPR | GR DC WATER AND SEWER AUTHORITY | GE ADAMS 3 LLC | WATER SEWER LIEN | 08/29/2022 | | 2551 | 0035 |
| 2022099726 | OPR | GR DASHCO INC | GE ADAMS 3 LLC | FORECLOSURE NOTICE | 09/30/2022 | | 2551 | 0035 |
| 20221116198 + | LAND | GR F & N ETNERPRISES, LLC | GE ADAMS 3 LLC | CERTIFICATE OF SATISFACTION | 11/23/2022 | | 2551 | 0035 |

# District of Columbia - Recorder of Deeds

**Search Criteria:** Search Type: Square / Lot; Lot: 35; Square: 2551

## Displaying 1-74 of 74 Items

| DOCUMENT # | BOOK TYPE | NAME | | OTHER NAME | DOC TYPE | RECORDED | ROLL/FRAME | SQUARE | LOT |
|---|---|---|---|---|---|---|---|---|---|
| 192306140180 | LAND | VAGNONI MARIA C | GR | DISMER LOUIS C | GE | TRUST | 06/14/1923 | 4990/330 | 2551 | 0035 |
| 192307060330 | LAND | BOSS HARRY K | GR | SAMBATARO ANTHONY | GE | RELEASE | 07/06/1923 | 5021/318 | 2551 | 0035 |
| 192407240110 | LAND | VAGNONI MARIA CARMELA | GR | ZARIN NEUMAN | GE | DEED | 07/24/1924 | 5280/350 | 2551 | 0035 |
| 192407240111 | LAND | ZARIN NEUMAN | GR | THE WASHINGTON LOAN AND TRUST COMPANY | GE | TRUST | 07/24/1924 | 5280/352 | 2551 | 0035 |
| 192407240112 | LAND | ZARIN NEUMAN | GR | BRIDGETT ARTHUR J | GE | TRUST | 07/24/1924 | 5280/355 | 2551 | 0035 |
| 192408110091 | LAND | DISMER LOUIS C | GR | VAGNONI MARIA C | GE | RELEASE | 08/11/1924 | 5314/138 | 2551 | 0035 |
| 192504240063 | LAND | ZARIN NEWMAN | GR | MARKS CHARLES | GE | DEED | 04/24/1925 | 5496/393 | 2551 | 0035 |
| 192703160093 | LAND | BRIDGETT ARTHUR J | GR | MARKS CHARLES | GE | RELEASE | 03/16/1927 | 5973/262 | 2551 | 0035 |
| 192703022 | LAND | MARKS CHARLES | GR | MCKEE FRED | GE | TRUST | 07/21/1927 | 5916/421 | 2551 | 0035 |
| 192709010307 | LAND | THE WASHINGTON LOAN AND TRUST COMPANY | GR | ZARIN NEUMAN | GE | RELEASE | 09/01/1927 | 5988/078 | 2551 | 0035 |
| 1933006707 | LAND | MARKS CHARLES | GR | BELT HARVEY C | GE | TRUSTEES DEED | 04/19/1933 | 6726/323 | 2551 | 0035 |
| 1936013739 | LAND | BELT HARVEY C | GR | JOHNSON LILLIAN | GE | DEED | 05/20/1936 | 6994/124 | 2551 | 0035 |
| 1936013740 | LAND | JOHNSON LILLIAN | GR | SCHAFHIRT W G | GE | TRUST | 05/20/1936 | 6994/129 | 2551 | 0035 |
| 1936028946 | LAND | SCHAFHIRT W G | GR | JOHNSON LILLIAN | GE | RELEASE | 10/09/1936 | 7038/486 | 2551 | 0035 |
| 1937006543 | LAND | BENSON ANDREW R | GR | DE BECK GAIL WADE | GE | DEED | 03/09/1937 | 7085/413 | 2551 | 0035 |
| 1937011874 | LAND | NEWTON GEORGE P | GR | DE BECK GAIL WADE | GE | RELEASE | 04/24/1937 | 7102/094 | 2551 | 0035 |
| 1937038720 | LAND | DE BECK GAIL WADE | GR | NEWTON GEORGE P | GE | TRUST | 12/22/1937 | 7183/583 | 2551 | 0035 |
| 1938005160 | LAND | DEBECK GAIL WADE | GR | ROGERS ANNABELLE C | GE | DEED | 02/28/1938 | 7201/340 | 2551 | 0035 |
| 1940022318 | LAND | CROWELL JUNIOR F | GR | SPECTOR SAUL E | GE | DEED | 07/17/1940 | 7498/027 | 2551 | 0035 |
| 1940022319 | LAND | SPECTOR LUCIA | GR | BALTZ EDWARD C | GE | TRUST | 07/17/1940 | 7498/029 | 2551 | 0035 |
| 1941017089 | LAND | SPECTOR LUCIA | GR | BUCHANAN SADYE E | GE | DEED | 05/23/1941 | 7619/010 | 2551 | 0035 |
| 1941018538 | LAND | BUCHANAN SADYE E | GR | THE WASHINGTON LOAN AND TRUST COMPANY | GE | TRUST | 06/05/1941 | 7623/399 | 2551 | 0035 |
| 1941022085 | LAND | BALTZ EDWARD C | GR | SPECTOR LUCIA | GE | RELEASE | 07/02/1941 | 7635/093 | 2551 | 0035 |
| 1945000597 | LAND | BUCHANAN SADYE E | GR | MCKNEW AUDREY L | GE | DEED | 01/06/1945 | 8055/333 | 2551 | 0035 |
| 1945000598 | LAND | MCKNEW AUDREY L | GR | THE LINCOLN NATIONAL BANK OF WASHINGTON | GE | TRUST | 01/06/1945 | 8055/335 | 2551 | 0035 |
| 1945002033 | LAND | THE WASHINGTON LOAN AND TRUST COMPANY | GR | BUCHANAN SADYE E | GE | RELEASE | 01/18/1945 | 8060/021 | 2551 | 0035 |
| 1950010122 | LAND | MCKNEW AUDREY L | GR | THE LINCOLN NATIONAL BANK OF WASHINGTON | GE | TRUST | 03/15/1950 | 9163/425 | 2551 | 0035 |
| 1950021919 | LAND | THE LINCOLN NATIONAL BANK OF WASHINGTON | GR | MCKNEW AUDREY L | GE | RELEASE | 06/01/1950 | 9218/349 | 2551 | 0035 |
| 1954003355 | LAND | MCKNEW AUDREY L | GR | THE LINCOLN NATIONAL BANK OF WASHINGTON | GE | TRUST | 02/01/1954 | 10132/192 | 2551 | 0035 |
| 1954006274 | LAND | THE LINCOLN NATIONAL BANK OF WASHINGTON | GR | MCKNEW AUDREY L | GE | RELEASE | 02/26/1954 | 10146/182 | 2551 | 0035 |
| 1960036849 | LAND | MCKNEW AUDREY L | GR | THE RIGGS NATIONAL BANK OF WASHINGTON DC | GE | TRUST | 12/27/1960 | 11534/472 | 2551 | 0035 |
| 1961001585 | LAND | THE LINCOLN NATIONAL BANK | GR | MCKNEW AUDREY L | GE | RELEASE | 01/18/1961 | 11543/454 | 2551 | 0035 |
| 1962027486 | LAND | SCHELLIN ANNE VICTORIA | GR | MCKNEW AUDREY L | GE | DEED | 08/29/1962 | 11859/327 | 2551 | 0035 |
| 1962027487 | LAND | MCKNEW AUDREY L | GR | THE RIGGS NATIONAL BANK OF WASHINGTON DC | GE | TRUST | 08/29/1962 | 11859/329 | 2551 | 0035 |
| 1962027488 | LAND | MCKNEW AUDREY L | GR | ABSE DAVID I | GE | TRUST | 08/29/1962 | 11859/333 | 2551 | 0035 |
| 1963000781 | LAND | THE RIGGS NATIONAL BANK OF WASHINGTON DC | GR | MCKNEW AUDREY L | GE | RELEASE | 01/09/1963 | 11930/027 | 2551 | 0035 |
| 1965036877 | LAND | MCKNEW AUDREY L | GR | LAUNAY & CO INC | GE | DEED | 10/22/1965 | 12500/497 | 2551 | 0035 |

——/——/——

Lot 35  Sq 2551

| | | |
|---|---|---|
| Schellin, Herman H. | From 1-6-45 | To 8-29-62 |
| " Anne Victoria | From 1-6-45 | To 8-29-62 |
| Mcknew, Bernard A. | From 1-6-45 | To 10-22-65 |
| Mcknew, Audrey L. | From 1-6-45 | To 10-22-65 |

| | | | |
|---|---|---|---|
| Launay + Co. Inc. | From 10-22-65 | To 12-29-86 | |
| Launay, Raymond | From 10-22-65 | To 4-28-86 | (Launay have been |
| Launay, Danielle | From 10-22-65 | To 4-28-86 | Lot 34 order |

Arpad, Vivian        From 4-28-86    To 12-29-86

| | | | |
|---|---|---|---|
| Arpad, Sheldon  Ind + Tr. | From 12-29-86 | To 4-25-19 | To 10-23-19 |
| Arpad, Diana Lacomb (Tr) | From 4-25-19 | To 10-23-19 | |
| ME and Thee 820 aka | From 4-25-19 | To 10-23-19 | |
| Bank of Tobias Trust | | | |

Adams 3 LLC        From 10-23-19  To  current

Sq B | T | LIS | OR | EE | CTS | BK | PRO

_____/_____/_____

DEED                                      L. 8055 F. 333
                                                # 597
1.) William Gordon Buchanan and          Rec. 1-6-45
    Sadye E. Buchanan, h/w   TIE         $ 10.-
                                          grant
            To                           (TiC)

2.) Herman H. Schellin and
    Anne Victoria Schellin, hw  ½ int.   Co12/156
    Bernard A. McKnew and               Lot 35 Square 2551
    Audrey L. McKnew, h/w                3' R/w

---

DEED
1.) Herman H. Schellin and wife          L. 11859 F. 327
    Anne Victoria Schellin   (½ int.)    # 27486
                                          Rec. 8-29-62
            To                           $ 10.-
2.) Bernard A. McKnew and wife           grant
    Audrey L. McKnew                      T/E
            Lot 35 Square 2551 (3' R/W)

---

Deed
1.) Bernard A. McKnew and wife h/w       L. 12500 F. 497
    Audrey L. McKnew                      # 36879
                                          Rec. 10-22-65
            To                           $ 10.-
2.) Launay + Co., Inc.                   Grant

            Lot 35 Sq 2551

---

DEED
1.) Raymond Launay and                   # 16843
    Danielle Launay  ½ int.              Rec. 4-28-86
                                          $ 91,750.-
            To                           grant
2.) Vivian Arpad
            Lot 35 Square 2551

___/___/___

## DEED

1.) Vivian Arpad                                    # 55433
                                                    Rec. 12-29-86

        To

2.) Sheldon Arpad                                   No Tenancy
                        Lot 35  Square 2551

## DEED

1.) Launay & Co., Inc.                              # 55434
                                                    Rec. 12-29-86
                                                    No consideration
        To

2.) Vivian Arpad
                        Lot 35  Square 2551

## DEED

1.) Sheldon Arpad                                   # 42274
                                                    Rec. 4-25-19
                                                    $ 10.—
        To                                          grant

2.) Sheldon Arpad and                               S/o
    Diana Lacomb Arpad, Trustees, of the
    ME and THEE 820 aka
    Bank of Tobias Trust, dated March 18, 2019

                    Lot 33, 34, 35  Square 2551

## DEED

1.) ME and Thee 820 AKA                             # 114316
    Bank of Tobias Trust                            Rec. 10-23-19
                                                    $ 4,000,000.—
                                                    grant
        To

2.) Adams 3, LLC  a va LLC

                    Lot 33, 34, 35  Square 2551

File No. **19-1240LS**
DEED-SHORT FORM D.C.

**This Deed**, made this **15th** day of **October, 2019**, by and between ME AND THEE 820 AKA BANK OF TOBIAS TRUST, party of the first part, and Adams 3, LLC, a Virginia limited liability company, party of the second part.

WITNESSETH, that in consideration of the sum of Four Million and 00/100 Dollars (\$4,000,000.00), the party of the first part does hereby grant unto the party of the second part, in fee simple, all that piece or parcel of land, together with the improvements, rights, privileges and appurtenances to the same belonging, situate in the District of Columbia, described as follows, to wit:

**Parcel 1: 2410 18th Street, NW**

Lot numbered Thirty-three (33) in William P. Kellogg's subdivision of lots in Block numbered Seven (7), "Washington Heights", as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber County 12 at folio 156.

NOTE: At the date hereof the above-described property is designated on the Record of the Assessor for the District of Columbia for assessment and taxation purposes as Lot numbered Thirty-three (33) in Square numbered Twenty-five hundred Fifty-one (2551).

**Parcel 2: 2408 18th Street, NW**

Lot numbered Thirty-four (34) in William P. Kellogg's subdivision of lots in Block numbered Seven (7), "Washington Heights", as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber County 12 at folio 156.

NOTE: At the date hereof the above-described property is designated on the Record of the Assessor for the District of Columbia for assessment and taxation purposes as Lot numbered Thirty-four (34) in Square numbered Twenty-five hundred Fifty-one (2551).

**Parcel 3: 2406 18th Street, NW**

Lot numbered Thirty-five (35) in William P. Kellogg's subdivision of lots in Block numbered Seven (7), "Washington Heights", as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber County 12 at folio 156.

NOTE: At the date hereof the above-described property is designated on the Record of the Assessor for the District of Columbia for assessment and taxation purposes as Lot numbered Thirty-five (35) in Square numbered Twenty-five hundred Fifty-one (2551).

Which has a property address of: **2406, 2408 & 2410 18th St NW
Washington, DC 20009**

Title Insurer: **Stewart Title Guaranty Company**

AND the said party of the first part covenants that it will warrant specially the property hereby conveyed; and that it will execute such further assurances of said land as may be requisite.

WITNESS the hand and seal the day and year first hereinbefore written.

IN PRESENCE OF:

**ME AND THEE 820 AKA BANK OF TOBIAS TRUST**

_____    {SEAL}
Sheldon Arpad, Trustee

_____    {SEAL}
Diana Lacomb Arpad, Trustee

**DISTRICT OF COLUMBIA**

    I, Lola Shannon, a Notary Public, in and for the jurisdiction aforesaid, do hereby certify that **Sheldon Arpad and Diana Lacomd Arpad, Trustees**, who is personally well known to me as the grantor in, and the person who executed the foregoing and annexed deed, bearing the date of **October 15, 2019**, personally appeared before me in the said District and acknowledged the said deed to be its act and deed.

    Given under my hand and seal this **15th day of October, 2019.**

_____
Notary Public

LOLA M. SHANNON
A Notary Public of District of Columbia
My Commission Expires February 14, 2020

My Commission Expires: _____

AFTER RECORDING MAIL TO:
**Premium Title & Escrow, LLC**
**3407 14th Street NW**
**Washington, DC  20010-3402**

GRANTEE ADDRESS:
**1390 Chain Bridge Road**
**McLean, VA 22101**

Doc #: 2019114316
Filed & Recorded
10/23/2019 09:09 AM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS

| | |
|---|---|
| RECORDING FEES | $25.00 |
| SURCHARGE | $6.50 |
| RECORDATION TAX FEES | $100,000.00 |
| TRANSFER TAX FEES | $100,000.00 |
| TOTAL: | $200,031.50 |

Doc #: 2019114317
10/23/2019 09:09 AM
2of3

This Purchase Money Deed of Trust Secures $3,360,000.00

## DEED OF TRUST AND SECURITY AGREEMENT

**THE MAXIMUM AMOUNT OF PRINCIPAL TO BE SECURED HEREBY AT ANY ONE TIME IS THREE MILLION THREE HUNDRED SIXTY THOUSAND AND NO/100 DOLLARS ($3,360,000.00).**

THIS DEED OF TRUST AND SECURITY AGREEMENT, made this ___ day of _____, 2019, by and between ADAMS 3 LLC, a Virginia limited liability company, hereinafter referred to as the "Grantor", and SCOT R. BROWNING and PAUL L. MERRITT, Trustees, hereinafter collectively referred to as "Trustee", having a business address of 2275 Research Boulevard, Suite 600, Rockville, Maryland 20850.

WHEREAS, Grantor is justly indebted unto CAPITAL BANK, N.A., with offices at 2275 Research Boulevard, Suite 600, Rockville, Maryland 20850, hereinafter referred to as the "Beneficiary", for money borrowed in the amount of THREE MILLION THREE HUNDRED SIXTY THOUSAND AND NO/100 DOLLARS ($3,360,000.00), for which amount the said Grantor has made and delivered a certain Deed of Trust Note of even date herewith in like amount; and

WHEREAS, the Grantor desires to secure the Beneficiary and any subsequent holder of the Note secured hereby the full and punctual payment of said debt, when and as the same shall become due and payable, as well as any and all renewals and extensions of said Note, or any part thereof, together with interest thereon, and the performance of the covenants and agreements herein and therein contained, and also to secure the reimbursement to the holder or holders of said Note or to the Trustee or substitute Trustee, and any purchaser or purchasers, grantee or grantees under any sale or sales under the provisions of this Deed of Trust and Security Agreement (hereinafter, the "Deed of Trust") for all money which may be advanced as herein provided for, and for any and all costs and expenses incurred or paid on account of any litigation at law or in equity which may arise in respect to this Deed of Trust, or in respect to the indebtedness or the property herein described, or in obtaining possession of the premises either before or after any sale which may be made as hereinafter provided for.

## ARTICLE I

## DEFINITIONS

**1.0    Definitions.**

Grantor, Trustee and Beneficiary agree that, unless the context otherwise specifies or requires, the following terms shall have the meaning herein specified, such definitions to be applicable equally to the singular and the plural forms of such terms and to all genders:

(a)    Beneficiary.  The party hereinabove designated as such, its successors and assigns.

(b)    Intentionally Omitted.

(c)    Event(s) of Default.  Any of the happenings, events, circumstances or occurrences described in Article VIII of this Deed of Trust.

(d)    Fixtures.  All fixtures located upon or within the Improvements or now or hereafter attached to or installed in, or used in connection with any of the Improvements

(excluding those owned by lessees of the Improvements), including, but not limited to, any and all heating, lighting, laundry, incinerating and power equipment, engines, pipes, tanks, motors, conduits, switch-boards, plumbing, lifting, cleaning, fire-prevention, fire-extinguishing, refrigerating, ventilating and communications apparatus, air-cooling and air-conditioning apparatus, elevators, escalators, shades, awnings, draperies, curtains, furniture, furnishings, carpeting and floor coverings, screens, storm doors and windows, stoves, gas and electric ranges, refrigerators, garbage disposals, sump-pumps, washers, dryers, attached cabinets, partitions, ducts and compressors, ornaments, tools, rugs, signs, and including all equipment installed or to be installed or used or usable in connection with the operation of the Improvements and appurtenant facilities erected or to be erected upon the Land or appropriated to the use thereof, and whether affixed or annexed or not.

(e)   Grantor. The party hereinabove designated as such, its successors and assigns.

(f)   Hazard. Any (i) "hazardous waste" as defined by the Resource Conservation and Recovery Act of 1976, as amended from time to time, and regulations promulgated thereunder; (ii) "hazardous substance", as defined by the Comprehensive Environmental Response, Compensation and Liability Act of 1980, as amended from time to time, and the regulations promulgated thereunder; and (iii) substance, the presence of which on the Mortgaged Property is prohibited by any law similar to those set forth in this paragraph, including, but not limited to, asbestos, polychlorinated biphenyls (PCBs), petroleum products and lead-base paints.

(g)   Impositions. All (i) real estate taxes, personal property taxes and other taxes of every kind and character; and (ii) all general and special assessments, levies, permit fees, inspection fees and license fees; and (iii) all water and sewer rents and charges; and (iv) all other public charges, taxes, assessments, fees, governmental and nongovernmental charges, whether of a like or a different nature, to the extent any of the foregoing are imposed or assessed upon the Grantor or the Mortgaged Property or any part thereof or upon the revenues, rents, avails, issues, income and profits of the Mortgaged Property or arising in respect of the occupancy, use or possession thereof; and (v) any charges for any easement or agreement maintained for the benefit of the Mortgaged Property or arising with respect to any covenant to which the Mortgaged Property is subject; and (vi) any interest, costs or penalties with respect to any of the foregoing.

(h)   Improvements. Any and all buildings, structures, improvements, alterations or appurtenances now erected or at any time hereafter constructed or placed upon the Land or any portion thereof and any replacements thereof, including, without limitation, all equipment, apparatus, machinery and Fixtures forming a part of such buildings, structures, improvements, alterations or appurtenances.

(i)   Indebtedness. The principal of and the interest on, and all other amounts, payments and premiums due on account of the Note, and all other indebtedness of the Grantor to the Beneficiary payable pursuant to or secured by the Security Documents.

(j)   Land. The real estate described in "EXHIBIT A" attached hereto and by this reference made a part hereof.

(k)   Loan Agreement. That certain Construction Loan Agreement made and entered into by the Grantor and the Beneficiary of even date herewith, as from time to time may be amended.

(l)   Maturity Date. The maturity date stated in the Note, as may be from time to time extended.

- 2 -

## ARTICLE XIII

## MISCELLANEOUS

**13.0    No Warranty By Beneficiary.**

By accepting or approving anything required to be observed, performed or fulfilled by the Grantor or to be given to Beneficiary pursuant to the Note or the Security Documents, including without limitation, any certificate, balance sheet, statement of profit and loss or other financial statement, survey, receipt, appraisal or insurance policy, the Beneficiary shall not be deemed to have warranted or represented the sufficiency, legality, effectiveness or legal effect of the same, or of any term, provision or condition thereof, and such acceptance or approval thereof shall not be or constitute any warranty or representation with respect thereto by Beneficiary.

**13.1    Notices.**

All notices, demands, requests and other communications pursuant to the provisions of the Note and the Security Documents shall be in writing and shall be deemed to have been properly given or served for all purposes when presented personally or sent by United States Registered or Certified Mail, Return Receipt Requested, postage prepaid, to the respective addresses as follows:

(a)    If to the Grantor, then to it at: 19142 Stream Crossing Court, Leesburg, Virginia 20176.

(b)    If to the Beneficiary, then to it at: 2275 Research Boulevard, Suite 600, Rockville, Maryland 20850.

(c)    If to the Trustee, then to them at: 2275 Research Boulevard, Suite 600, Rockville, Maryland 20850.

Any of the parties may designate a change of address by notice in writing to the other parties.  Whenever in this Deed of Trust the giving of notice by mail or otherwise is required, the giving of such notice may be waived in writing by the person or persons entitled to receive such notice.

**13.2    No Partnership - Control - Third Parties.**

This Deed of Trust contemplates the extension of credit by the Beneficiary, in its capacity as a lender, to the Grantor, in its capacity as a borrower, and for the payment of interest and repayment of principal by the Grantor to the Beneficiary. The relationship between the Beneficiary and the Grantor is limited to that of creditor/secured party, on the one hand, and debtor, on the other hand.  The provisions herein for compliance with financial covenants, delivery of financial statements, and [reserve accounts, lock-box arrangements, as applicable] are intended solely for the benefit of the Beneficiary to protect its interests as lender in assuring payments of interest and repayment of principal, and nothing contained in this Deed of Trust shall be construed as permitting or obligating the Beneficiary to act as financial or business advisor or consultant to the Grantor, as permitting or obligating the Beneficiary to control the Grantor, or to conduct the Grantor's operations, as creating any fiduciary obligation on the part of the Beneficiary to the Grantor, as creating any joint venture, agency, or other relationship between the parties other than as explicitly and specifically stated in this Deed of Trust.  The Grantor acknowledges that it has had the opportunity to obtain the advice of experienced counsel of its own choosing in connection with the negotiation and execution of this Deed of Trust and to

In WITNESS WHEREOF, the said Grantor has executed these presents on the year and day first above written.

ADAMS 3 LLC, a Virginia limited
liability company

By: _____    [SEAL]
Napoleon Ibiezugbe,
Manager

DISTRICT OF COLUMBIA ) ss:

I, LOla Shanton , a Notary Public in and for the District of Columbia do hereby certify that Napoleon Ibiezugbe, the Manager of ADAMS 3 LLC, a Virginia limited liability company (the "Company"), grantor in the forgoing instrument bearing date on the 15th day of October 2019, personally appeared before me in said District of Columbia, the said Napoleon Ibiezugbe being personally well known to me (or satisfactorily proven) as the person named as the Manager of said Company and acknowledged said instrument to be the act and deed of said Company and that he delivered the same as such.

Given under my hand and seal, this 15th day of October , 2019.

_____
Notary Public

LOLA M. SHANNON
A Notary Public of District of Columbia
My Commission Expires February 14, 2020
My Commission Expires: _____

- 35 -

## "EXHIBIT A"

All that certain lot or parcel of land situate in the District of Columbia and being more particularly described as follows:

Parcel 1:

Lot numbered Thirty-three (33) in William P. Kellogg's subdivision of lots in Block numbered Seven (7), "Washington Heights", as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber County 12 at folio 156.

NOTE: At the date hereof the above-described property is designated on the Record of the Assessor for the District of Columbia for assessment and taxation purposes as Lot numbered Thirty-three (33) in Square numbered Twenty-five hundred Fifty-one (2551).

Property Address: 2410 18th Street, N.W., Washington, DC

Parcel 2:

Lot numbered Thirty-four (34) in William P. Kellogg's subdivision of lots in Block numbered Seven (7), "Washington Heights", as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber County 12 at folio 156.

NOTE: At the date hereof the above-described property is designated on the Record of the Assessor for the District of Columbia for assessment and taxation purposes as Lot numbered Thirty-four (34) in Square numbered Twenty-five hundred Fifty-one (2551).

Property Address: 2408 18th Street, N.W., Washington, DC

Parcel 3:

Lot numbered Thirty-five (35) in William P. Kellogg's subdivision of lots in Block numbered Seven (7), "Washington Heights", as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber County 12 at folio 156.

NOTE: At the date hereof the above-described property is designated on the Record of the Assessor for the District of Columbia for assessment and taxation purposes as Lot numbered Thirty-five (35) in Square numbered Twenty-five hundred Fifty-one (2551).

Property Address: 2406 18th Street, N.W., Washington, DC

```
Doc #: 2019114317
Filed & Recorded
10/23/2019 09:09 AM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
    RECORDING FEES        $150.00
    SURCHARGE             $6.50
TOTAL:                    $156.50
```

Case 22-00205-ELG   Doc 158-3   Filed 12/06/23   Entered 12/06/23 19:54:09   Desc
Exhibit C - Title Report   Page 37 of 84   Doc #: 2019114318

10/23/2019 09:09 AM

3013

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Paul Merritt (240) 283-1906**

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

⌐ CAPITAL BANK, N.A.
2275 Research Boulevard
Suite 600
Rockville, Maryland 20850
Attn: Paul Merritt 19-1240  ⌐

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| **ADAMS 3 LLC** | | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| **19142 Stream Crossing Court** | **Leesburg** | **VA** | **20176** | | **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| **CAPITAL BANK, N.A.** | | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| **2275 Research Boulevard, Suite 600** | **Rockville** | **MD** | **20850** | | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:

See "EXHIBIT A" and "EXHIBIT B" attached hereto.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

## "EXHIBIT A"

All that certain lot or parcel of land situate in the District of Columbia and being more particularly described as follows:

Parcel 1:

Lot numbered Thirty-three (33) in William P. Kellogg's subdivision of lots in Block numbered Seven (7), "Washington Heights", as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber County 12 at folio 156.

NOTE: At the date hereof the above-described property is designated on the Record of the Assessor for the District of Columbia for assessment and taxation purposes as Lot numbered Thirty-three (33) in Square numbered Twenty-five hundred Fifty-one (2551).

Property Address: 2410 18th Street, N.W., Washington, DC

Parcel 2:

Lot numbered Thirty-four (34) in William P. Kellogg's subdivision of lots in Block numbered Seven (7), "Washington Heights", as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber County 12 at folio 156.

NOTE: At the date hereof the above-described property is designated on the Record of the Assessor for the District of Columbia for assessment and taxation purposes as Lot numbered Thirty-four (34) in Square numbered Twenty-five hundred Fifty-one (2551).

Property Address: 2408 18th Street, N.W., Washington, DC

Parcel 3:

Lot numbered Thirty-five (35) in William P. Kellogg's subdivision of lots in Block numbered Seven (7), "Washington Heights", as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber County 12 at folio 156.

NOTE: At the date hereof the above-described property is designated on the Record of the Assessor for the District of Columbia for assessment and taxation purposes as Lot numbered Thirty-five (35) in Square numbered Twenty-five hundred Fifty-one (2551).

Property Address: 2406 18th Street, N.W., Washington, DC

# "EXHIBIT B"

(a)  All of the right, title, interest, estate, claim and demand, either at law or in equity, in and to all equipment, machinery, apparatus, fittings, building materials, fixtures and articles of personal property of every kind and nature whatsoever, now or hereafter ordered for eventual delivery to the premises hereinafter described (whether or not delivered thereto) and all such as are now or hereafter located in or upon any interest or estate in the premises hereinafter described or any part thereof and used or usable in connection with any present or future operation of said premises and now owned or hereafter acquired by the Debtor, and any and all replacements thereof, additions thereto and substitutions therefor, including, without in any manner limiting the generality of the foregoing, all heating, lighting, incinerating and power equipment, engines, pipes, tanks, motors, conduits, switchboards, plumbing lifting, cleaning, fire-prevention, fire-extinguishing, refrigerating, ventilating and communications apparatus, air-cooling and air-conditioning apparatus, elevators, escalators, shades, awnings, draperies, curtains, furniture, furnishings, carpeting and floor coverings, screens, storm doors and windows, stoves, gas and electric ranges, refrigerators, garbage disposals, sump pumps, washers, dryers, attached cabinets, partitions, ducts and compressors, ornaments, tools, rugs, signs, and including all equipment installed or to be installed or used or usable in connection with the operation of any improvements and appurtenant facilities erected or to be erected upon said premises or appropriated to the use thereof, and whether affixed or annexed or not;  and

(b)  All of the right, title, interest, claim or demand of the Debtor either at law or in equity in and to all construction contracts, architectural, engineering and similar plans, specifications, drawings, renderings, profiles, studies, shop drawings, reports, plats, surveys and the like, and all permits and the like, relating to the premises hereinafter described or any improvements or appurtenant facilities erected or to be erected upon or about the premises hereinafter described;  and

(c)  All proceeds of the conversion, voluntary or involuntary, of any of the collateral into cash or liquidated claims, including, without limitation, the proceeds of insurance; and

(d)  All contracts for the sale of the premises hereinafter described; and

(e)  All leases of the premises hereinafter described; and

(f)  All earnings, revenues, rents, issues, profits, avails and other income of and from the hereinafter described premises and the collateral.

This Financing Statement does not cover any items of property described above which are owned by bona fide tenants of the Debtor and which have been installed upon the premises hereinafter described for purposes relating to their respective tenancies; provided, however, that any such tenant has the right to remove the same at or before the expiration of the term of any applicable lease.  This Financing Statement does not cover any consumable supplies or materials which may be used by the Debtor in the ordinary course of its business or in connection with the operation of the premises hereinafter described.

The aforesaid items are included as security in a certain Deed of Trust and Security Agreement to secure an indebtedness owed by the Debtor to the Secured Party.

The collateral hereinabove described, or interest of the Debtor therein, affect, are affixed or appurtenant to, or will affect, be affixed or be appurtenant to, property of which the Debtor is the record owner, as more fully described on "EXHIBIT A" attached hereto and by this reference incorporated herein and as more particularly described in the Deed of Trust and Security Agreement hereinabove referenced.

```
Doc #: 2019114318
Filed & Recorded
10/23/2019 09:09 AM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
  RECORDING FEES        $25.00
  SURCHARGE             $6.50
TOTAL:                  $31.50
```

## ASSIGNMENT OF DEED OF TRUST

<u>When Recorded Return to:</u>

*Borrower omitted*

DASHCO, INC.
11350 Random Hills Road, Ste 720
Fairfax, VA 22030

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, CAPITAL BANK, NA ("Assignor") hereby assigns and transfers to DASHCO, INC. ("Assignee"), having an office located at 11350 Random Hills Road, Ste 720, Fairfax, VA, its successors and assigns, Assignor's rights, title and interests in and to that certain Deed of Trust and Security Agreement dated October 15, 2019 and recorded October 23, 2019 as Instrument No. 2019114317 among the Land Records of the District of Columbia ("Deed of Trust"), without recourse and without representation or warranty of any kind expect as specifically set forth in that certain Loan Sale Agreement between Assignor and Assignee dated March 15, 2022.

The real properties and improvements thereon encumbered by the Deed of Trust are detailed in EXHIBIT A.

IN WITNESS WHEREOF, the undersigned has executed this Assignment of Deed of Trust as of the 15th day of March, 2022.

CAPITAL BANK, NA

By: _____

Joanie Kreger, Vice President

## ACKNOWLEDGEMENT

State of Maryland

:

:   ss:

:

County of FREDERICK

I HEREBY CERTIFY that on this 15 day of March, 2022, before me, the subscriber, a Notary Public of the jurisdiction aforesaid, personally appeared JOANIA KREGER, and acknowledged himself/herself to be the VICE PRESIDENT of CAPITAL BANK, N.A., and acknowledged that he/she, being authorized to do so, executed the foregoing instrument in the aforesaid capacity for the purposes therein contained.

IN WITNESS MY Hand and Notarial Seal.

_____ (SEAL)

NOTARY PUBLIC

My Commission Expires: 4-25-2022

Deborah L Schran
NOTARY PUBLIC
Frederick County
MARYLAND
MY COMMISSION EXPIRES     April 25, 2022

## "EXHIBIT A"

All that certain lot or parcel of land situate in the District of Columbia and being more particularly described as follows:

Parcel 1:

Lot numbered Thirty-three (33) in William P. Kellogg's subdivision of lots in Block numbered Seven (7), "Washington Heights", as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber County 12 at folio 156.

NOTE: At the date hereof the above-described property is designated on the Record of the Assessor for the District of Columbia for assessment and taxation purposes as Lot numbered Thirty-three (33) in Square numbered Twenty-five hundred Fifty-one (2551).

Property Address: 2410 18th Street. N.W., Washington. DC

Parcel 2:

Lot numbered Thirty-four (34) in William P. Kellogg's subdivision of lots in Block numbered Seven (7), "Washington Heights", as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber County 12 at folio 156.

NOTE: At the date hereof the above-described property is designated on the Record of the Assessor for the District of Columbia for assessment and taxation purposes as Lot numbered Thirty-four (34) in Square numbered Twenty-five hundred Fifty-one (2551).

Property Address: 2408 18th Street, N.W., Washington, DC

Parcel 3:

Lot numbered Thirty-five (35) in William P. Kellogg's subdivision of lots in Block numbered Seven (7), "Washington Heights", as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber County 12 at folio 156.

NOTE: At the date hereof the above-described property is designated on the Record of the Assessor for the District of Columbia for assessment and taxation purposes as Lot numbered Thirty-five (35) in Square numbered Twenty-five hundred Fifty-one (2551).

Property Address: 2406 18th Street, N.W., Washington, DC

Doc #: 2022030126
Filed & Recorded
03/17/2022 03:53 PM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
  RECORDING FEES          $25.00
  SURCHARGE               $6.50
TOTAL:                      $31.50

**PREPARED BY:**
Dashco, Inc.
11350 Random Hills Road #720
Fairfax, VA 22030

**WHEN RECORDED RETURN TO:**
Dashco, Inc.
11350 Random Hills Road #720
Fairfax, VA 22030
20-1575

## CREDIT LINE DEED OF TRUST
## AND SECURITY AGREEMENT

THIS CREDIT LINE DEED OF TRUST is made this 21st day of January 2020, by and between Adams 3 llc, a Virginia limited liability company with an address of 1390 Chain Bridge Road, McLean, VA 22101, ( "Grantor") and JOHN B. CONNOR having an address at 1033 N. Fairfax Street, #310, Alexandria, VA 22314 and Robert B. BAUMGARTNER, having an address at 10511 Judicial Drive, Fairfax, VA 22030, as trustees (collectively, the "Trustee"), (hereinafter referred to, collectively, as the "Trustee"), for the benefit of DASHCO, INC., a Virginia corporation (hereinafter referred to as the "Beneficiary"), with an address of 11350 Random Hills Road, Suite 720, Fairfax, VA 22030.

## RECITALS:

**R-1.** The Grantor is justly indebted unto the Beneficiary in the principal amount of **Five Hundred Ten Thousand Two Hundred Four and 00/100 Dollars ($510,204.00)** for which amount the Grantor and Co-Maker, Napoleon Ibiezugbe individual person, has signed and delivered Grantor's Commercial Deed of Trust Note dated as of even date herewith and maturing on **July 31, 2020** (the "Note"), payable to the order of the Beneficiary, in the stated principal amount of **Five Hundred Ten Thousand Two Hundred Four and 00/100 Dollars ($510,204.00)** bearing interest at the applicable rate(s) specified in the Note.

**R-2.** The Grantor, Co-Makers and Dashco have agreed that the Note would be secured by the execution of this Deed of Trust; and

**R-3.** The Co-Makers join in the execution of this Deed of Trust for the sole purpose of acknowledging that they have read and understand the terms of this Deed of Trust; and,

**R-4.** All things necessary to make the Note the valid, binding and legal obligation of Grantor and Co-Makers and to make this Deed of Trust a valid, binding and legal instrument for the security of the Indebtedness in accordance with its terms, have been duly performed, and the execution and delivery of this Deed of Trust by the Grantor has been in all respects duly authorized.

1

R-5.    In accordance with the terms of the Note, if not sooner paid in full, the then-outstanding principal indebtedness evidenced by the Note, any accrued interest thereon, and any other outstanding charges thereunder shall become and be due and payable in full on **July 31, 2020** unless extended pursuant to the terms of the Note.

**NOW, THEREFORE, THIS DEED OF TRUST WITNESSETH:**    That to secure the prompt payment of all indebtedness and all charges and advances as specified in the Note and this Deed of Trust, and the performance of the Grantor's covenants and agreements under the Note and this Deed of Trust, the Grantor, in consideration of the sum of One Dollar ($1.00) in hand paid by the Trustee at and before the sealing and delivering of these presents, the receipt of which is hereby acknowledged, does hereby grant and convey in fee simple unto the Trustee the land and premises lying and being in the District of Columbia, and described as follows:

SEE EXHIBIT A ATTACHED HERETO
AND INCORPORATED BY REFERENCE HEREIN

together with all the improvements in anywise appertaining, and all the estate, right, title, interest, and claim, either at law or in equity or otherwise however, of the Grantor, of, in, to, or out of said land and premises (collectively, the "Property");

**IN TRUST,** to permit the Grantor to use and occupy the Property and to receive the rents, issues, and profits thereof, until default be made in the payment of any indebtedness hereby secured, or in the performance of the conditions and obligations made and stipulated in the Note, or in the performance of any covenant or agreement contained in this Deed of Trust; and upon the full payment of all of the Note and any extensions or renewals thereof, and interest thereon, and any other charges related thereto, and all moneys advanced or expended as provided for in the Note or in this Deed of Trust, and all other costs, attorney's fees, charges, commissions, and expenses, at any time before the sale herein provided for, to release and re-convey the Property unto and at the cost of the Grantor, or the party or parties then claiming under the Grantor.

The Grantor, for themselves and their legal representatives, successors, and assigns, covenants and agrees as part of this Deed of Trust, as follows:

1.    The Grantor shall pay all of the indebtedness evidenced by the Note, whether principal, interest, or otherwise; all taxes and assessments relating to the Property; ground rents; all charges against the Property; and all other sums which are required to be paid by the Grantor under the terms of the Note or this Deed of Trust, including without limitation costs, expenses, and attorney's fees incurred by the Trustee or the holder of the Note with respect to this Deed of Trust, the Note, or the Property.

2.    The Grantor (a) shall maintain the Property in good order, repair and operating condition, ordinary wear and tear excepted; (b) shall promptly make all necessary repairs, renewals, replacements, additions and improvements thereto, interior and exterior,

2

IN WITNESS WHEREOF, the Grantor has executed these presents under seal.

Adams 3 llc

BY NAPOLEON IBIEZUGBE,
Sole Member

NAPOLEON IBIEZUGBE, as an Individual
co-maker of the Note

District of Columbia )
District of Columbia ) to-wit:

**LOLA M. SHANNON**
**A Notary Public of District of Columbia**
**My Commission Expires February 14, 2020**

    I, the undersigned, a Notary Public in and for the jurisdiction aforesaid, do hereby certify that NAPOLEON IBIEZUGBE, whose name is signed as the sole Member of Adams 3 llc, and also Individually to the foregoing and hereunto annexed Credit Line Deed of Trust and Security Agreement, appeared before me in my jurisdiction aforesaid and acknowledged the same before me.

    Given under my hand and seal this 21st day of January 20 20

My Commission Expires:

Notary Public

9

# EXHIBIT A
## LEGAL DESCRIPTION

**Parcel 1  (2410 18th Street NW)**

Lot numbered Thirty-three (33) in William P. Kellogg's subdivision of lots in Block numbered
Seven (7), "Washington Heights", as per plat recorded in the Office of the Surveyor for the District
of Columbia in Uber County 12 at folio 156.

**Parcel 2  (2408 18th Street, NW)**

Lot numbered Thirty-four (34) in William P. Kellogg's subdivision of lots in Block numbered Seven
(7), "Washington Heights", as per plat recorded in the Office of the Surveyor for the District of
Columbia in Uber County 12 at folio 156.

**Parcel 3  (2406 18thStreet, NW)**

Lot numbered Thirty-five (35) in William P. Kellogg's subdivision of lots in Block numbered Seven
(7), "Washington Heights", as per plat recorded in the Office of the Surveyor for the District of
Columbia in Uber County 12 at folio 156.

NOTE: At the date hereof the above-described parcels are designated on the Record of the
Assessor for the District of Columbia for assessment and taxation purposes as Lots numbered
Thirty-three, Thirty-four and Thirty-five (35) in Square numbered Twenty-five hundred Fifty-one (2551).

Postal Address:  2406, 2408, and 2410 18th St NW Washington, DC 20009

Doc #: 2020008929
Filed & Recorded
01/22/2020 12:09 PM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS

| | |
|---|---|
| RECORDING FEES | $150.00 |
| SURCHARGE | $6.50 |
| RECORDATION TAX FEES | $7,397.96 |
| TOTAL: | $7,554.46 |

Doc #: 2022033621
03/28/2022 09:41 AM

AFTER RECORDING, RETURN TO:

Jason A. Pardo, Esquire
Pardo & Drazin, LLC
4400 Jenifer Street, NW, Suite 2
Washington, DC 20015

## DEED OF APPOINTMENT OF SUBSTITUTE TRUSTEES

**WHEREAS,** by a Credit Line Deed of Trust and Security Agreement, ("Deed of Trust") dated January 21, 2020 and recorded on January 22, 2020 as Instrument No. 2020008929, Adams 3 LLC, as grantor, conveyed to John B. Connor and Robert B. Baumgartner, Trustees (hereinafter called the "Original Trustees"), that certain improved real property described in the Deed of Trust, and **Exhibit "A"** hereto, to secure an indebtedness evidenced by a Promissory Note in the total original principal amount of $510,204.00; and

**WHEREAS,** the Deed of Trust states that the holder of the Promissory Note secured thereby may remove any trustee and appoint a successor trustee; and

**WHEREAS,** Dashco, Inc. is the current holder of the Promissory Note secured by the Deed of Trust.

**NOW, THEREFORE,** by virtue of the authority contained in the Deed of Trust, the undersigned holders of the Promissory Notes secured thereby do hereby remove the Original Trustees, and any and all successors trustees, and appoints **Jason A. Pardo**, whose address is 4400 Jenifer Street, N.W., Suite 2, Washington, D.C. 20015, as Substitute Trustee, in accordance with the provisions of the Deed of Trust, to succeed to all of the title, rights, interest, power, and duties conferred upon the Original Trustees by the terms of the Deed of Trust, and by applicable law.

**IN WITNESS WHEREOF,** the current holder of the Promissory Note has signed and sealed this instrument on this _24_ day of March, 2022.

Dashco, Inc.

By: Daniel Adler
Its: President

State of _Virginia_ )
County of _Fairfax_ )  to wit:
)

I HEREBY CERTIFY that on this _24_ day of March 2022, before me, the subscriber, a Notary Public of the State and County aforesaid, personally appeared Daniel Adler, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained and further acknowledged the foregoing instrument to be his act and deed.

AS WITNESS my hand and notarial seal the day and year above written.

Notary Public

My Commission Expires: _9/30/2023_

ROBERT MICHAEL GOTTSCHALK
NOTARY PUBLIC
REG.# 7638872
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES SEPTEMBER 30, 2023

2

## "EXHIBIT A"

All that certain lot or parcel of land situate in the District of Columbia and being more particularly described as follows:

Parcel 1:

Lot numbered Thirty-three (33) in William P. Kellogg's subdivision of lots in Block numbered Seven (7), "Washington Heights", as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber County 12 at folio 156.

NOTE: At the date hereof the above-described property is designated on the Record of the Assessor for the District of Columbia for assessment and taxation purposes as Lot numbered Thirty-three (33) in Square numbered Twenty-five hundred Fifty-one (2551).

Property Address: 2410 18th Street, N.W., Washington, DC

Parcel 2:

Lot numbered Thirty-four (34) in William P. Kellogg's subdivision of lots in Block numbered Seven (7), "Washington Heights", as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber County 12 at folio 156.

NOTE: At the date hereof the above-described property is designated on the Record of the Assessor for the District of Columbia for assessment and taxation purposes as Lot numbered Thirty-four (34) in Square numbered Twenty-five hundred Fifty-one (2551).

Property Address: 2408 18th Street, N.W., Washington, DC

Parcel 3:

Lot numbered Thirty-five (35) in William P. Kellogg's subdivision of lots in Block numbered Seven (7), "Washington Heights", as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber County 12 at folio 156.

NOTE: At the date hereof the above-described property is designated on the Record of the Assessor for the District of Columbia for assessment and taxation purposes as Lot numbered Thirty-five (35) in Square numbered Twenty-five hundred Fifty-one (2551).

Property Address: 2406 18th Street, N.W., Washington, DC

3

```
Doc #: 2022033621
Filed & Recorded
03/28/2022 09:41 AM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
    RECORDING FEES        $25.00
    SURCHARGE             $6.50
TOTAL:                    $31.50
```



## AFFIDAVIT OF NON-RESIDENTIAL MORTGAGE FORECLOSURE

**Government of the District of Columbia**
Office of Tax and Revenue
Recorder of Deeds
1101 4th Street, SW
Washington, DC 20024
Phone (202) 727-5374

Adam 3 LLC
Property Owner's Last Name

Property Owner's First Name

Adam 3 LLC and Napoleon Ibiezugbe
Defaulted Borrower(s) Name
(If Different From Property Owner's Above)

33, 34 & 35/ 2551
Lot/Square Number:

I, Daniel Adler                                    [name], President                    [title]

of  Dashco, Inc.

[name of institution] ("Lender"), make oath and say that:

1. I have personal knowledge of the matters referred to herein.

2. The subject property is located at

2406, 2408 & 2410 18th Street, N.W. Washington, D.C. 20009

3. Dashco, Inc.                                          is the holder of the mortgage

recorded as Instrument Number 2020008929                    in the District

of Columbia Recorder of Deeds ('Mortgage').

4. The subject property identified above is not secured by a residential mortgage as defined by D.C. Official Code § 42-815.01(a).

5. For the reason(s) set forth above, foreclosure of the Mortgage is not subject to mandatory mediation and, therefore, does not require a Mediation Certificate issued by the Mediation Administrator.

I declare and affirm under penalty of perjury that the statements made herein are true and correct to the best of my knowledge, information and belief.

Signature:  _____

Printed Name: Daniel Adler

Title: President

Date: 3/24/22

State of Virginia

County of Fairfax

SSL:

2551/33, 34 & 35

Recording requested by:

Jason A. Pardo
Pardo & Drazin, LLC
4400 Jenifer Street, NW
Suite 2
Washington, DC  20015

When recorded mail to:

Jason A. Pardo
Pardo & Drazin, LLC
4400 Jenifer Street, NW
Suite 2
Washington, DC  20015

This Affidavit of Non-Residential Mortgage Foreclosure was acknowledged before me on this 24th day of March ,20 22

by Daniel Adler                                        (name of person)  as

President                                              (type of authority, e.g. officer,

trustee, etc.) of Dashco, Inc.

(name of party on behalf of whom instrument was executed)

Notary Public _____

My Commission Expires: 9/30/2023

ROBERT MICHAEL GOTTSCHALK
NOTARY PUBLIC
REG.# 7638572
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES SEPTEMBER 30, 2023

Doc #: 2022033622
Filed & Recorded
03/28/2022 09:41 AM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
   RECORDING FEES    $25.00
   SURCHARGE    $6.50
TOTAL:    $31.50



**Government of the
District of Columbia**
Office of Tax
and Revenue
Recorder of Deeds
1101 4th Street, SW
Washington, DC 20024
Phone (202)727-5374

---

## NOTICE OF FORECLOSURE SALE OF REAL PROPERTY OR CONDOMINIUM UNIT

(Pursuant to Public Low 90-566, approved October 12, 1968)

Square 2551    Suffix    Lot 0033; 0034; 0035
List Name and adress of each owner of the real property encumbered by said
deed of trust, mortgage, or security instrument.)

TO:   Adams 3 LLC; Napoleon Iblezugbe
      See Ex. A

FROM: Dashoo, Inc. c/o Jason Pardo    PHONE:    (202) 683-1561

YOU ARE HEREBY NOTIFIED THAT IN ORDER TO SATISFY THE DEBT
SECURED BY THE DEED OF TRUST, MORTGAGE, OR OTHER
SECURITY INSTRUMENT, THE REAL PROPERTY OR CONDOMINIUM
UNIT HEREIN DESCRIBED WILL BE SOLD AT A FORECLOSURE SALE
TO BE HELD ON November 1 , 20 22 , AT
THE OFFICE OF Harvey West Auctioneers, Inc.

5335 WISCONSIN AVENUE, N.W., SUITE 440, WISCONSIN AVENUE, N.W., WASHINGTON, D.C. 20015

2:00 P.M. THIS SALE DATE IS SUBJECT TO POSTPONEMENT FOR
A PERIOD NOT TO EXCED THIRTY (30) CALENDAR DAYS FROM THE
ORIGINAL DATE OF FORECLOSURE SALE, AFTER WHICH THIS
NOTICE OF FORECLOSURE SHALL EXPIRE.

Security Instrument recorded in the land records of the District of Columbia at the
Recorder of Deed on January 22 , 20 20 .

Liber:    Folio:    Instrument No: 2020008929

Maker(s) of the Note secured by the instrument: Adams 3 LLC; Napoleon Iblezugbe

(571) 223-9192    See Ex A
Phone    Last Known Address

Description
of Property: commercial property
(two-story brick, dwelling, apartment building, vacant lot condominium unit, etc.)
Address: 2406, 2408 & 2410 18th Street, N.W., Washington, D.C. 20009

Square: 2551    Lot: 0033; 0034; 0035    or Parcel No:

Holder of the Note (Name): Dashoo Inc.
Phone: (703) 591-0345    Address: 11350 Random Hills Rd, #720, Fairfax, VA 22030

Balance owed on the Note: $    677,837.11
Minimum balance required to cure default obligation pursuant to D.C. Law 5-82
íRight to Cure a Residential Mortgage Foreclosure DefaultAct of 1984.í
$  N/A

Name of person to contact to stop foreclosure sale: Jason A. Pardo, Esquire
Address: 4400 Jenifer Street, N.W., Suite 2, Washington DC 20015    Phone:    (202) 683-1561

** through October 1, 2022 - exclusive of attorneys' fees and costs

---

Affidavit of Non-
Residential Mortgage
Foreclosure recorded on
March 28, 2022 as
Instrument
No. 2022033622

★ ★ ★

**Government of the
District of Columbia**
Office of Tax
and Revenue
Recorder of Deeds
1101 4th Street, SW
Washington, DC 20024
Phone (202)727-5374

## NOTICE OF FORECLOSURE SALE OF REAL PROPERTY
## OR CONDOMINIUM UNIT

Square 2551    Suffix          Lot 0033; 0034; 0035

I hereby certify that a Notice of Foreclosure Sale was sent to the present owner(s) of the real property encumbered by the said deed of trust, mortgage, or other security instrument described above, by certified mail, return receipt required on September 30 ,20 22 ; and I further certify that I understand that Public Law 90-566 prohibits any foreclosure sale under a power of sale provision contained in any deed of trust, mortgage, or other security instrument until after the owner(s) of the real property encumbered by the said deed of trust, mortgage, or security instrument has been given written notice of such sale, and the Recorder of Deeds, D.C. has received a copy of such notice at least 30 days in advance of such sale.

09/29/2022
Date                          (Signature of Noteholder or his agent)

I, Deborah A. Stewart                       , a Notary Public in and for the

District of Columbia                                               ,

DO HEREBY CERTIFY THAT Jason A. Pardo

who is personally well known to me as a party(ies) to this Notice of Foreclo-

sure Sale bearing on the  29th  day of   September      , 20 22 ,

personally appeared before me and executed the said Notice of Foreclosure

Sale and acknowledged the same to be   his   act and deed.

Given under my hand and seal this  29th  day of   September   , 20 22 .

Notary Public

My Commission Expires:   09/30/2025
mmddyyyy



## EXHIBIT A

Borrower/Grantor/Record Owner:

**Adams 3 LLC**

2406 18th Street, N.W.
Washington, D.C. 20009

2408 18th Street, N.W.
Washington, D.C. 20009

2410 18th Street, N.W.
Washington, D.C. 20009

1390 Chain Bridge Road
McLean, VA 22101

3800 Powell Lane, PH-30
Falls Church, VA 22041

43330 Junction Plaza, #164
Ashburn, VA 20147

**Napoleon Ibiezugbe**

2406 18th Street, N.W.
Washington, D.C. 20009

2408 18th Street, N.W.
Washington, D.C. 20009

2410 18th Street, N.W.
Washington, D.C. 20009

1390 Chain Bridge Road
McLean, VA 22101

19142 Stream Crossing Court
Leesburg, VA 20176

43330 Junction Plaza
#164
Ashburn VA 20147

20105 Whistling Straits Place
Ashburn VA 20147

(571) 223-8192

Doc# : 2008066406
Page 1 of 1
Date: 06/19/2008   8:41AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
LARRY TODD
RECORDER OF DEEDS
Doc Type: E-LIEN-NC



Government of the District of Columbia
Department of Public Works
Solid Waste Management Administration

3220 Pennsylvania Ave. SE
Washington, D.C. 20020

## LITTER CONTROL ADMINISTRATION ACT LIEN

DISTRICT OF COLUMBIA

vs.

ARPAD SHELDON

DATE: 6/19/2008

SQUARE: 2551 SUFFIX   LOT: 0034

Ticket #: PW-V-06-K122182

Assessed Amount: $300.00

This Lien is filed under the authority of and pursuant to D.C. Official Code § 8-807(f)(1). The District of Columbia shall have a continuing and perpetual lien for the amount stated against the property shown above and all property, whether real or personal, belonging to the person(s) named above. This lien shall have the same force and effect as a lien created by judgment and shall attach to all property belonging to the person(s) named above at any time during the period of the lien, including any property acquired by the person(s) named above after the lien arises.

Interest shall accrue on the amount listed above as provided in D.C. Official Code § 8-807(h). This lien remains in force and effect until all amounts set forth above, together with interest thereon, shall be paid. **To satisfy this lien contact the Office of Administrative Hearings at 202-442-9094.**

By: _Thomas M. Henderson_

Thomas Henderson, Administrator
Solid Waste Management Administration



Doc #: 2020057605
Filed & Recorded
05/14/2020 03:59 PM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS

David L. Gadis, Chief Executive Officer

DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY   |   1385 CANAL STREET, SE   |   WASHINGTON, DC 20003

## DELINQUENT ACCOUNTS SECTION

Date: May 14, 2020

Account No.: 2014583

DC Water and Sewer Authority

Service Address: 2406 18TH ST NW

Vs

Square: 2551   Suffix:      Lot: 0035

ADAMS 3 LLC
2406 18TH ST NW
WASHINGTON, DC 20009

Amount Due (including penalties, if any): **$ 1,219.35**

### CERTIFICATE OF DELINQUENT WATER/SEWER CHARGES

This is to certify that, pursuant to D.C. Official Code, 2001, Section 34-2407.02 and Section 34-2110, the Water and Sewer Authority has a continuing lien for delinquent water/sewer service charges upon the land and the improvements thereon at the above service address. From the date of its filing, this certificate shall have the force and effect of a lien created by a judgment entered by the Superior Court of the District of Columbia and will remain in force and effect until the water/sewer charges, plus any interest and penalties thereon, shall have been fully paid by cash, certified check or money order to the Water and Sewer Authority.

By: _____

Manager, Credit & Collections
Customer Service Department
DC Water and Sewer Authority

---

### ACKNOWLEDGEMENT

This is to acknowledge that the foregoing certificate was filed with the Recorder of Deeds of the District of Columbia on the _____ day of _____, 2019.

By: _____

Recorder of Deeds
Government of the District of Columbia

ADAMS 3 LLC
2406 18TH ST NW
WASHINGTON, DC 20009

dcwater.com

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA** **FILED**
**Civil Division**

CIVIL ACTIONS BRANCH

AUG 15 2006

Superior Court
of the District of Columbia
Washington, D.C.

SHELDON ARPAD )
)
       Plaintiff )
)
   v. )
)
SHELDON ARPAD, Personal Representative )   Civil Action No. 05-0009231 R(RP)
THE ESTATE OF VIVIAN ARPAD )
)
    and )   Judge Alprin
)
LAUNAY & CO., INC. )
)
    and )
)
RAYMOND LAUNAY and )
DANIELLE LAUNAY )
)
    and )
)
ANYONE ELSE HOLDING ANY INTEREST )
IN THE REAL PROPERTY DESCRIBED )
IN THIS CAPTION )
)
    Defendants )

A TRUE COPY
TEST: NOV 13 2006
Clerk, Superior Court of
the District of Columbia
By _____
Darlene Davis
Deputy-Clerk    Deputy Clerk
D I

## ORDER

Upon consideration of Plaintiff's Complaint and Motion for Consent/Default Judgment filed

herein, and it appearing to the Court that there is good cause to grant the relief requested therein, it is,

by the Court, this __14__ day of ___Aug.___, 2006,

ORDERED: That Plaintiff is vested with an absolute and indefeasible title in fee simple in

and to the real property known as 2406 18th Street, N.W., Washington, D.C. 20009 (Lot 35, Square

2551) and 2408 18th Street, N.W., Washington, D.C. 20009 (Lot 34, Square 2551), subject to liens of

record on December 23, 1986, as to both 2406 18th Street, N.W., and 2408 18th Street, N.W., and not

MAILED     1 5 2006

DOCKETED AUG 1 5 2006



otherwise satisfied and released of record, and to any lien (unless previously satisfied and released)

placed thereon after December 23, 1986; and

FURTHER ORDERED: That the Defendants and all persons claiming by, through or under

them, be debarred and forever foreclosed of and from any right, title or interest in or to 2406 18th

Street, N.W., Washington, D.C. 20009 (Lot 35, Square 2551) and 2408 18th Street, N.W.,

Washington, D.C. 20009 (Lot 34, Square 2551), or any part thereof.

JUDGE

Copies to:

Michael William Sacks, Esq.
The Sacks Law Firm, pllc
600 Jefferson Plaza
Suite 101
Rockville, MD 20852

Mr. Sheldon Arpad
3303 "O" Street, NW
Washington, DC 20007

Jay W. Freedman
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143

All other parties

Doc #: 2019034623
Filed & Recorded
04/04/2019 04:06 PM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
   RECORDING FEES         $25.00

   SURCHARGE             $6.50

TOTAL:                    $31.50

## 2005 CA 009231 R(RP) ARPAD, SHELDON Vs. ARPAD, SHELDON et al GMA

- Case Type:
- Real Property
- Case Status:
- Closed
- File Date:
- 11/29/2005
- Status Date:
- 11/29/2005

| All Information | Party | Event | Docket | Receipt | Disposition |

### Party Information

**ARPAD, SHELDON**
- Plaintiff

- Disposition | Alias
- Disp Date | Party Attorney
  - Attorney
  - SACKS, MICHAEL W

**ARPAD, SHELDON**
- Defendant

- Disposition | Alias
- Disp Date | Party Attorney

**LAUNAY & CO INC**
- Defendant

- Disposition | Alias
- Disp Date | Party Attorney

**LAUNAY, RAYMOND**
- Defendant

- Disposition | Alias
- Disp Date | Party Attorney

**LAUNAY, DANIELLE**
- Defendant

- Disposition | Alias
- Disp Date | Party Attorney

### Events

| Date/Time | Location | Type | Result | Event Judge |
|---|---|---|---|---|
| 03/17/2006 09:00 AM | Courtroom 320 | Initial Scheduling Conference-60 | Scheduling Conference Hearing Not Held | ALPRIN, GEOFFREY M |
| 06/23/2006 09:00 AM | Courtroom 320 | Scheduling Conference Hearing | Scheduling Conference Hearing Not Held | ALPRIN, GEOFFREY M |
| 08/18/2006 09:00 AM | Courtroom 320 | Scheduling Conference Hearing | Scheduling Conference Hearing Not Held | ALPRIN, GEOFFREY M |

### Docket Information

| Date | Docket Text | Image Avail. |
|---|---|---|

| Date | Docket Text | Image Avail. |
|---|---|---|
| 11/30/2005 | Issue Date: 11/30/2005<br>Service: Summons Issued<br>Method: Service Issued<br>Cost Per: $<br><br>ARPAD, SHELDON<br>P.R. EST OF VIVIAN ARPAD<br>3303 O ST NW<br>Washington, DC  20007<br>Tracking No: 5000009834<br><br>LAUNAY & CO INC<br>3303 0 ST NW<br>WASHINGTON, DC  20007<br>Tracking No: 5000009835<br><br>LAUNAY, RAYMOND<br>2410 18TH ST NW<br>WASHINGTON,<br>Tracking No: 5000009836<br><br>LAUNAY, DANIELLE<br>2410 18TH ST NW<br>WASHINGTON,<br>Tracking No: 5000009837 | |
| 01/30/2006 | Motion for Enlargement of Time Within Which to Effect Service of Process Filed<br>Attorney: SACKS, Mr. MICHAEL W (144964)<br>SHELDON ARPAD (PLAINTIFF);  Receipt: 26392  Date: 01/30/2006 | Image |
| 01/30/2006 | Plaintiff's Motion for Order of Publication Filed<br>Attorney: SACKS, Mr MICHAEL W (144964)<br>SHELDON ARPAD (PLAINTIFF);  Receipt: 26395  Date: 01/30/2006 | Image |
| 03/08/2006 | Order Granting Motion to Extend Time to Serve Entered on the Docket 3/8/2006. Signed by Judge Alprin 3/7/2006.<br>Copies mailed 3/8/2006. DDS | Image |
| 03/08/2006 | Order Granting Motion For Order of Publication Entered on the Docket 3/8/2006.  Signed by Judge Alprin 3/7/2006.<br>Copies mailed 3/8/2006. DDS | Image |
| 03/17/2006 | Event Resulted:<br>The following event: Initial Scheduling Conference-60 scheduled for 03/17/2006 at 9:00 am has been resulted as<br>follows:<br><br>Result: Scheduling Conference Hearing Not Held. SCHEDULING CONFERENCE RESET FOR JUNE 23, 2006 AT<br>9;00AM. CASE NOT CALLED IN OPEN COURT. J/ALPRIN. (PH). | |
| 03/17/2006 | Notice of Hearing Mailed Next Business Day<br><br>Notice Of Hearing<br>Sent on: 03/17/2006  13:24:31 | |
| 06/23/2006 | Event Resulted:<br>The following event: Scheduling Conference Hearing scheduled for 06/23/2006 at 9:00 am has been resulted as<br>follows:<br><br>Result: Scheduling Conference Hearing Not Held<br>Judge: ALPRIN, GEOFFREY M    Location: Courtroom 320<br>ATTORNEY FOR THE PLAINTIFF PRESENT. SCHEDULING CONFERENCE RESET FOR AUGUST 18, 2006 AT<br>9:00AM. J/ALPRIN. (PH).<br>Mr MICHAEL W SACKS (Attorney) on behalf of SHELDON ARPAD (PLAINTIFF)<br>Participant(s): Judge GEOFFREY M ALPRIN | |
| 06/23/2006 | Notice of Hearing Mailed Next Business Day<br><br>Notice Of Hearing<br>Sent on: 06/23/2006  12:54:58 | |
| 07/06/2006 | (RETURNED) SCHEDULING CONFERENCE HEARING NOTICE ISSUED ON JUNE 26,2006<br>Mailed to: MR MICHAEL W SACKS<br>Returned to Court on: JULY 3,2006<br>Reason: RETURN TO SENDER/ NOT DELIVERABLE AS ADDRESSED/ UNABLE TO FORWARD | |
| 07/24/2006 | (RETURNED) SCHEDULING CONFERENCE HEARING NOTICE ISSUED ON JUNE 26, 2006<br>Mailed to: LAUNAY & CO INC<br>Returned to Court on: JULY 21, 2006<br>Reason: RETURN TO SENDER/ NOT DELIVERABLE AS ADDRESSED/ UNABLE TO FORWARD | |

| Date | Docket Text | Image Avail. |
|------|-------------|--------------|
| 07/26/2006 | (RETURNED) SCHEDULING CONFERENCE HEARING NOTICE ISSUED ON JUNE 26, 2006<br>Mailed to: SHELDON ARPAD<br>Returned to Court on: JULY 25, 2006<br>Reason: RETURN TO SENDER/ NOT DELIVERABLE AS ADDRESSED/ UNABLE TO FORWARD | |
| 07/27/2006 | Certificate Regarding Service<br>Attorney: SACKS, Mr MICHAEL W (144964)<br>SHELDON ARPAD (PLAINTIFF); | 📄 Image |
| 08/02/2006 | Consent Motion for Default Judgment Filed<br>Attorney: SACKS, Mr MICHAEL W (144964)<br>SHELDON ARPAD (PLAINTIFF);  Receipt: 46056  Date: 08/03/2006 | |
| 08/15/2006 | Order Granting Motion for Default Judgment Entered on the Docket 8/15/2006. Signed by Judge Alprin 8/14/2006.<br>Copies mailed 8/15/2006. DDS | 📄 Image |
| 08/18/2006 | Event Resulted:<br>The following event: Scheduling Conference Hearing scheduled for 08/18/2006 at 9:00 am has resulted as follows:<br><br>Result: Scheduling Conference Hearing Not Held<br>Judge: ALPRIN, GEOFFREY M   Location: Courtroom #320<br>MOTION FOR CONSENT DEFAULT JUDGMENT GRANTED ON AUGUST 14, 2006 BY JUDGE ALPRIN. ORDER FILED AND DOCKETED ON AUGUST 15, 2006.  J/ALPRIN. (ph). | |
| 11/03/2006 | Judgment by Default Entered on Docket | |

## Receipts

| Receipt Number | Receipt Date | Received From | | Payment Amount |
|----------------|--------------|---------------|---|----------------|
| 20584 | 11/29/2005 | MICHAEL SACKS | | $120.00 |
| 26392 | 01/30/2006 | THE SACKS LAW FIRM, PLLC | | $20.00 |
| 26395 | 01/30/2006 | THE SACKS LAW FIRM, PLLC | | $20.00 |
| 46056 | 08/03/2006 | The Sacks Law Firm PLLC | | $20.00 |
| Total | Total | Total | Total | $180.00 |

## Case Disposition

| Disposition | Date | Case Judge |
|-------------|------|------------|
| Judgment-by Default Entered on Docket | 08/14/2006 | ALPRIN, GEOFFREY M |

**2022 CA 004597 L(RP) ATCF II DC, LLC Vs. ADAMS 3, LLC, A VIRGINIA LIMITED LIABILITY COMPAN et al FTSJ**

- Case Type:
- Title 47
- Case Status:
- Open
- File Date:
- 10/06/2022
- Action:
- Complaint for Tax Lien (Consent Granted) Filed
- Status Date:
- 10/06/2022
- Next Event:
- 02/08/2023

| All Information | Party | Event | Docket | Receipt | Disposition |

### Party Information

**ATCF II DC, LLC**
- Plaintiff

| | |
|---|---|
| • Disposition | Alias |
| ○ Disp Date | Party Attorney |
| | • Attorney |
| | • SLOMOVITZ, SETH P |

**ADAMS 3, LLC, A VIRGINIA LIMITED LIABILITY COMPAN**
- Defendant

| | |
|---|---|
| • Disposition | Alias |
| ○ Disp Date | Party Attorney |

**DASHCO, INC., A VIRGINIA CORPORATION**
- Defendant

| | |
|---|---|
| • Disposition | Alias |
| ○ Disp Date | Party Attorney |

**F & N ENTERPRISES, LLC**
- Defendant

| | |
|---|---|
| • Disposition | Alias |
| ○ Disp Date | Party Attorney |

**DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY**
- Defendant

| | |
|---|---|
| • Disposition | Alias |
| ○ Disp Date | Party Attorney |

**THE DISTRICT OF COLUMBIA**
- Defendant

| | |
|---|---|
| • Disposition | Alias |
| ○ Disp Date | Party Attorney |

**BROWNING, SCOT R.**
- Defendant

| | |
|---|---|
| • Disposition | Alias |
| ○ Disp Date | Party Attorney |

**MERRITT, PAUL L.**
- Defendant

| | |
|---|---|
| • Disposition | |

| Disp Date | Alias |
| | Party Attorney |

**PARDO, JASON A.**
- Defendant

| Disposition | Alias |
| Disp Date | Party Attorney |

**JOHNS, KOS N.**
- Defendant

| Disposition | Alias |
| Disp Date | Party Attorney |

**ANY AND ALL UNKNOWN OWNERS OF THE PROPERTY**
- Unknown Heirs

| Disposition | Alias |
| Disp Date | Party Attorney |

**SQUARE: 2551, LOT: 0034**
- Square/Lot

| Disposition | Alias |
| Disp Date | Party Attorney |

## Events

| Date/Time | Location | Type | Result | Event Judge |
|---|---|---|---|---|
| 02/08/2023 09:30 AM | Courtroom 205 | Initial Scheduling Conference-180 | | |

## Docket Information

| Date | Docket Text | Image Avail. |
|---|---|---|
| 10/06/2022 | Complaint for Tax Lien (Consent Granted) Filed  Receipt: 502036  Date: 10/07/2022 | |
| 10/06/2022 | eComplaint Filed. Submitted 10/06/2022 15:20. DM<br>Attorney: SLOMOVITZ, SETH P (490958)<br>ATCF II DC, LLC (Plaintiff); | Image |
| 10/07/2022 | Event Scheduled<br>Event: Initial Scheduling Conference-180<br>Date: 02/08/2023   Time: 9:30 am<br>Judge: FORECLOSURE/TAX SALE JUDGE   Location: Courtroom 205 | |
| 10/14/2022 | Complaint Package eServed to Filer | Image |

## Receipts

| Receipt Number | Receipt Date | Received From | Payment Amount |
|---|---|---|---|
| 502036 | 10/07/2022 | SLOMOVITZ, SETH P, Attorney | $120.00 |
| Total | Total | Total | Total |
| | | | $120.00 |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Undisposed | | |

## NOTICE OF PENDENCY OF ACTION
### (Notice of *Lis Pendens*)

Notice is hereby filed pursuant to D.C. Code § 42-1207 (2001 ed.) of the pendency of an action in the District of Columbia Superior Court affecting title to the property referenced below:

Court:  D.C. Superior Court – Civil Division
Title of Action:  ATCF II DC, LLC v. ADAMS 3, LLC, a Virginia Limited Liability Company, et. al
Docket No:  2022 CA 004597 L(RP)
Date of Filing:  10/6/2022
Object of Filing:  Tax Sale Foreclosure – Foreclosure of the Right of Redemption pursuant to D.C. Code Title 47, Chapter 13A, *et seq.*

Name of Person whose estate is to be affected thereby:  Any and all persons having or claiming to have any interest in the leasehold or fee simple in the property and premises situate, lying and being in the District of Columbia described as:

**Square: 2551, Lot: 0034**
**Purported Address: 2408 18th Street, NW, Washington, D.C.**

LAW OFFICES OF ERIC HOWELL SAYLES, PLLC

Seth Slomovitz (DC Bar #490958)
1155 Connecticut Avenue, NW, Suite 650
Washington, DC  20036
Tel: (202) 232-7100
Fax: (202) 232-5204
Email: seth@sayleslegal.com
*Counsel for Plaintiff*

District of Columbia, District

SWORN TO AND SUBSCRIBED before me on this 14th day of October, 2022.



Carla M. Baumgardner
Notary Public

My Commission expires on    9/30/2027

After recording return to:  Law Offices of Eric Howell Sayles, P.L.L.C.
1155 Connecticut Avenue, NW, Suite 650
Washington, DC 20036



08/29/2022 10:29 AM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
Customer Service
202-354-3750

**DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY | 1385 Canal Street, SE | Washington, DC 20003**

## DELINQUENT ACCOUNTS SECTION

DC Water and Sewer Authority
Vs
ADAMS 3 LLC
1390 CHAIN BRIDGE RD
MCLEAN, VA 22101

Date: 2022-08-26
Account No.: 2014583-5
Service Address: 2406 18TH ST NW
Square: 2551
Suffix:
Lot: 0035

### Amount Due (including penalties, if any): $9,183.89
### CERTIFICATE OF DELINQUENT WATER/SEWER CHARGES

This is to certify that, pursuant to D.C. Official Code, 2001, Section 34-2407.02 and Section 34-2110, the Water and Sewer Authority has a continuing lien for delinquent water/sewer service charges upon the land and the improvements thereon at the above service address. From the date of its filing, this certificate shall have the force and effect of a lien created by a judgment entered by the Superior Court of the District of Columbia and will remain in force and effect until the water/sewer charges, plus any interest and penalties thereon, shall have been fully paid by cash, certified check or money order to the Water and Sewer Authority.

By:

Manager, Credit & Collections Customer Service Department DC Water and Sewer Authority.

### ACKNOWLEDGEMENT

This is to acknowledge that the foregoing certificate was filed with the Recorder of Deeds of the District of Columbia on the _____.

By: _____
Recorder of Deeds Government of the District of Columbia

ADAMS 3 LLC
C/O
1390 CHAIN BRIDGE RD
MCLEAN, VA 22101

## THIS SPECIAL WARRANTY DEED

Made this _5_ day of _April_ 2019, by and between

## SHELDON ARPAD,

Grantor, and

## SHELDON ARPAD and DIANA LACOMB ARPAD, Trustees of the ME AND THEE 820 aka BANK OF TOBIAS TRUST, dated March 18, 2019, having an address of 752 Overiver Drive, North Fort Myers, FL 33903-4711,

Grantee:

W I T N E S S E T H, that for and in consideration of the sum of Ten Dollars ($10.00), receipt and sufficiency whereof is hereby acknowledged, the said Grantor does grant unto the said Grantee, in fee simple, as sole owner, title to the property situate, lying and being in the District of Columbia and described as follows, to wit:

## SEE ATTACHED EXHIBIT A

TOGETHER WITH all right, title and interest of the Grantor, if any, in any land lying in the bed of any street, road, avenue or alley, open or closed, in front of or adjoining the land described on the attached Exhibit A, to the center line thereof; all easements and other rights appurtenant to the land.

TO HAVE and to hold all of the aforesaid property unto the use and benefit of the Grantee, his successors and assigns in fee simple forever.

AND the said Grantor covenants that it will warrant specially the property hereby conveyed; and that it will execute such further assurances of said land as may be requisite.

BEING the same property conveyed Grantor by Deed dated December 23, 1986 and recorded December 29, 1986 as Instrument No. 55430, Deed dated December 23, 1986 and recorded December 29, 1986 as Instrument No. 55432 and by Deed dated December 23, 1986 and recorded December 29, 1986 as Instrument No. 55433, as affected by Order dated August 14, 2006 entered in Civil Action No. 05-0009231 R(RP) and recorded among the Land Records of the District of Columbia April 4, 2019 at Instrument No. 2019034623.

1



Record & Return to:
Fidelity National Title
1620 L Street NW, 4th Floor
Washington, DC 20036
File #: DPN 18-001650    1 of 1

IN TESTIMONY WHEREOF, the said Sheldon Arpad has on the 5 day of April 2019, executed same and acknowledges and delivers these presents as the day and year first hereinbefore written.

_____

_____

Sheldon Arpad

STATE OF FLORIDA
COUNTY OF _Lee_____, to wit:

The foregoing instrument was acknowledged before me this 5 day April_____,
2019, by Sheldon Arpad.

_____ (Seal)

BRITTANY N KLISHAK
Notary Public - State of Florida
Commission # GG 262195
My Comm. Expires Jan 15, 2023
Bonded through National Notary Assn.

Signature of Notary Public

Personally known: _____
OR Produced Identification: ___X_____
Type
___FLDL_____

2

**Exhibit "A"**
**Legal Description**

All those certain lots or parcels of land together with all improvements thereon located and being in the City of Washington in the District of Columbia and being more particularly described as follows:

**Parcel One:**

> Lot numbered Thirty-three (33) in William P. Kellogg's subdivision of lots in Block numbered Seven (7), "Washington Heights", as per plat recorded in the Office of the Surveyor for the District of Columbia in <u>Liber County 12 at folio 156</u>.

> NOTE: At the date hereof the above described property is designated on the Records of the Assessor for the District of Columbia for assessment and taxation purposes as Lot numbered Thirty-three (33) in Square numbered Twenty-five Hundred Fifty-one (2551).

**Parcel Two:**

> Lot numbered Thirty-four (34) in William P. Kellogg's subdivision of lots in Block numbered Seven (7), "Washington Heights", as per plat recorded in the Office of the Surveyor for the District of Columbia in <u>Liber County 12 at folio 156</u>.

> NOTE: At the date hereof the above described property is designated on the Records of the Assessor for the District of Columbia for assessment and taxation purposes as Lot numbered Thirty-four (34) in Square numbered Twenty-five Hundred Fifty-one (2551).

**Parcel Three:**

> Lot numbered Thirty-five (35) in William P. Kellogg's subdivision of lots in Block numbered Seven (7), "Washington Heights", as per plat recorded in the Office of the Surveyor for the District of Columbia in <u>Liber County 12 at folio 156</u>.

> NOTE: At the date hereof the above described property is designated on the Records of the Assessor for the District of Columbia for assessment and taxation purposes as Lot numbered Thirty-five (35) in Square numbered Twenty-five Hundred Fifty-one (2551).

Doc #: 2019042274
Filed & Recorded
04/25/2019 02:53 PM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
  RECORDING FEES          $25.00
  SURCHARGE               $6.50
  RECORDATION TAX FEES    $64,427.85
  TRANSFER TAX FEES       $64,427.85
TOTAL:                    $128,887.20

# 55432
Rec. 12-29-86

D C CODE DEED

Washington Law Reporter Form 222
1625 Eye St. N.W., Washington D.C. 20006

**This Deed**, made this 23rd day of December , 1986 , by and between Vivian Arpad

party of the first part, and

Sheldon Arpad    party Y    of the second part:

**Witnesseth**, that in consideration of   NO CONSIDERATION                      Dollars
the party      of the first part do es   hereby grant unto the party   of the second part, in fee simple
100% ownership                  , XXX in the        XXXXXX   XXX parcel   of
land, together with the improvements, rights, privileges and appurtenances to the same belonging, situate in
the District of Columbia, described as follows, to wit:

2408 18th Street, N.W., Washington, D.C. 20009, known as Lot numbered Thirty-four
(34) in William P. Kellogg's subdivision of lots in Block numbered seven (7),
"Washington Heights", as per plat recorded in the office of the Surveyor for the
District of Columbia in Liber County 12, folio 15b.

NOTE:  As of the date hereof the above described land is designated on the Records
of the Assessor for the District of Columbia for assessment and taxation purposes
as Lot Thirty-four (34) in Square numbered Twenty-five Hundred Fifty-one (2551).
SUBJECT to the Right of Way for alley purposes over the rear three (3) feet of said
lot.

55432

**And** the said part y   of the first part covenant   that   she       will warrant specially the
property hereby conveyed; and that   she       will execute such further assurances of said land as
may be requisite.

**Witness** my hand and seal  the day and year hereinbefore written.
IN PRESENCE OF—

_Vivian Arpad_ [Seal]

_Sheldon Arpad_ [Seal]

City of Washington
  } SS:
District of Columbia

I, Leslie K. Nelson-Walski , a Notary Public in and for the said
District of Columbia do hereby certify that Vivian Arpad and
Sheldon Arpad part to and who personally well
known to me as the person s who executed the foregoing and annexed Deed bearing date on the 23rd day of
December A.D. 1986, personally appeared before me in said District of Columbia
and acknowledged the same to be their act and deed.
Given under my hand and seal, this 23rd day of December A.D. 1986.

Leslie K. Nelson-Walski
Notary Public

My Commission expires: My Commission Expires May 31, 1999

5 5 4 3 2

**Deed**

DISTRICT OF COLUMBIA

Vivian Arpad

TO

Sheldon Arpad

Received for Record on the _____ day _____ A.D. 19___
at _____ o'clock _____ M, and recorded in _____ one of
Liber No. _____ at Folio, _____
the Land Records of the District of Columbia.

Recorder of Deeds

1964 ADM 111990 IN RE: GONZALEZ, TOMAS // PERS. REP:



- Case Type:
- Admin Estate
- Case Status:
- Closed
- File Date:
- 07/22/1964
- Action:
- Not Available From Legacy
- Status Date:
- 01/01/1926
- Next Event:

All Information   Party   Disposition



## Party Information

**GONZALEZ, TOMAS**
- Decedent

- Disposition                    Alias
- Disp Date                      Party Attorney

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Closed | 01/01/1900 | NOT AVAILABLE FROM LEGACY |

D C CODE DEED

Washington Law Reporter Form 222
1615 Eye St N.W., Washington D.C 20006

**This Deed,** made this 23rd day of December , 19 86, by and between

VIVIAN ARPAD          party     of the first part, and

SHELDON ARPAD        party     of the second part:

**Witnesseth,** that in consideration of     NO CONSIDERATION                 Dollars
the part y    of the first part do as hereby grant unto the part y   of the second part, in fee simple
1009 ownership                       , all          piece in, or parcel    of
land, together with the improvements, rights, privileges and appurtenances to the same belonging, situate in
the District of Columbia, described as follows, to wit:

Lot numbered thirty-three (33) in William P. Kellogg's subdivision of lots in Block
numbered seven (7), "Washington Heights," as per plat recorded in the office of the
Surveyor for the District of Columbia in Liber County 12 at folio 156, subject to a
perpetual right of way over the west three feet of said lot for alley purposes.
Lot 33, Square 2551.   2410 18th St., N.W., Washington, D.C.   20009.

**And** the said part  y   of the first part covenant    that    she         will warrant specially the
property hereby conveyed; and that        she          will execute such further assurances of said land as
may be requisite.

**Witness**  my    hand  and seal  the day and year hereinbefore written.
IN PRESENCE OF—

_____ [Seal]

_____ [Seal]

City of Washington

SS:

District of Columbia

I,   Leslie K. Nelson-Walski   , a Notary Public in and for the said District of Columbia   do hereby certify that   Vivian Arpad and Sheldon Arpad   part   to and who   personally well known to me as the person s   who executed the foregoing and annexed Deed bearing date on the 23rd day of December   A.D. 19 86, personally appeared before me in said   District of Columbia and acknowledged the same to be   their   act and deed.

Given under my hand and seal, this   23rd   day of   December   A.D. 19 86.

*Leslie K. Nelson-Walski*
Notary Public

My Commission expires:

My Commission Expires May 31, 1990

'85 DEC 29 PH 4:

5 5 4 3 0

**Deed**

DISTRICT OF COLUMBIA

Vivian Arpad

TO

Sheldon Arpad

Received for Record on the ........ day of ........ A.D. 19....
at ........ o'clock ........ M, and recorded in
Liber No. ........ at Folio ........ one of
the Land Records of the District of Columbia.

Recorder of Deeds

Jay W. Freedman, Esq.
Freedman, Levy, N.W.
1050 Conn. Ave.,
Suite 825
Washington, D.C. 20036

The Washington Law Reporter Company
1625 Eye Street, N.W., Washington, D.C. 20006

**D.C. CODE DEED**

Washington Law Reporter Form 223
1625 Eye St. N.W., Washington D.C. 20000

**This Deed,** made this 9th day of April , 19 86, by and between Raymond Launay

and Danielle Launay                                     parties   of the first part, and

Vivian Arpad                                            party   of the second part:

**Witnesseth,** that in consideration of Ninety-one thousand seven hundred fifty Dollars ($91,750)
the parties   of the first part do     hereby grant unto the party   of the second part, in fee simple
their one-half ownership in the       xxxxxxxxxxxxxxxxxxxxxpiecexxxxxx parcel   of
land, together with the improvements, rights, privileges and appurtenances to the same belonging, situate in
the District of Columbia, described as follows, to wit:

2408 18th Street, N.W., Washington, D.C.  20009, known as Lot numbered Thirty-five
(35) in William P. Kellogg's subdivision of lots in Block numbered Seven (7),
"Washington Heights", as per plat recorded in the Office of the Surveyor for the
District of Columbia in Liber County 12, folio 15b.

NOTE: As of the date hereof the above described land is designated on the Records
of the Assessor for the District of Columbia for assessment and taxation purposes
as Lot numbered Thirty-five (35) in Square numbered Twenty-five Hundred Fifty-one
(2551).  SUBJECT to the Right of Way for alley purposes over the rear three (3)
feet of said lot.

1986 APR 28 PM 2:30

16848

**And** the said parties   of the first part covenant   that   they   will warrant specially the
property hereby conveyed; and that   they   will execute such further assurances of said land as
may be requisite.

**Witness**   our   hands and seals the day and year hereinbefore written.
IN PRESENCE OF—

Raymond Launay                                        [Seal]

Danielle Launay                                       [Seal]

State of Maryland
County of Montgomery } SS:

I, Trey H. Sweet , a Notary Public in and for the said

do hereby certify that Raymond Launay and

Danielle Launay parties to and who personally well

known to me as the persons who executed the foregoing and annexed Deed bearing date on the 9th day of

April A.D. 1986 , personally appeared before me in said

and acknowledged the same to be their act and deed.

Given under my hand and seal, this _____ day of _____ A.D. 19 .

Notary Public

My Commission expires: 7/1/86

My Commission Expires July 1, 1906

---

16843

DISTRICT OF COLUMBIA

Raymond Launay
Danielle Launay

TO

Vivian Arpad

Received for Record on the _____ day _____ A.D. 19 _____

at _____ o'clock _____ M. and recorded in

Liber No. _____ at Folio _____ one of

the Land Records of the District of Columbia.

Recorder of Deeds

Jay W. Freedman, Esg.
Freedman, Levy, Kroll & Simonds
1050 Connecticut Avenue, N.W.
Suite 825
Washington, D.C. 20036

1986 APR 28 PM 2: 30

D C CODE DEED

Washington Law Reporter Form 232
1625 Eye St N.W., Washington D.C. 20006

**This Deed,** made this 23rd day of December , 19 86, by and between Vivian Arpad

part y of the first part, and

Sheldon Arpad      part y of the second part:

**Witnesseth,** that in consideration of                                   Dollars
the part      of the first part do       hereby grant unto the part      of the second part, in fee simple
, all                   piece    or parcel    of
land, together with the improvements, rights, privileges and appurtenances to the same belonging, situate in
the District of Columbia, described as follows, to wit:

Lot numbered Thirty-five (35) in William P. Kellogg's subdivision of lots in Block
numbered seven (7), "Washington Heights", as per plat recorded in the office of the
Surveyor for the District of Columbia in Liber County 12, folio 156.

Note: At the date hereof the above described land is designated on the Records of
the Assessor for the District of Columbia for assessment and taxation purposes as
Lot numbered Thirty-five (35) in Square numbered Twenty-five Hundred Fifty-one (2551)

SUBJECT to the right of way for alley purposes over the rear three (3) feet of said
lot.

**And** the said part      of the first part covenant    that            will warrant specially the-
property hereby conveyed; and that            will execute such further assurances of said land as
may be requisite.

**Witness**   my   hand  and seal  the day and year hereinbefore written.
IN PRESENCE OF—

Vivian Arpad [Seal]

Arpad [Seal]

City of Washington

District of Columbia ⎫ SS:
                    ⎭

I, Leslie K. Nelson-Walski , a Notary Public in and for the said
District of Columbia                    do hereby certify that Vivian Arpad and
Sheldon Arpad                           part      to and who      personally well
known to me as the persons who executed the foregoing and annexed Deed bearing date on the 23rd day of
December      A.D. 1986 , personally appeared before me in said
and acknowledged the same to be   their act and deed.

Given under my hand and seal, this 23rd   day of December      A.D, 19 86.

                                         Leslie K. Nelson-Walski
                                                        Notary Public.
My Commission expires:                   My Commission Expires May 31, 1990

**Deed**
DISTRICT OF COLUMBIA

Vivian Arpad

TO

Sheldon Arpad

**Received for Record** on the _____ day
of _____ A.D. 19 ____
at _____ o'clock _____ M., and recorded in
Liber No. _____ at Folio _____ one of
the Land Records of the District of Columbia.

_____
Recorder of Deeds

Jay W. Freedman, Esq.
Freedman Levy
1050 Conn. Ave., N.W.
Suite 825 ltd 62 322 Eco
Washington, D.C. 20036

D.C. CODE DEED

Washington Law Reporter Form 227
1635 Eye St. N.W., Washington D.C. 20005

**This Deed,** made this 23 day of December , 19 86, by and between Launay & Co., Inc.

part y of the first part, and

Vivian Arpad party of the second part:

**Witnesseth,** that in consideration of no consideration Dollars
the party of the first part does hereby grant unto the party of the second part, in fee simple
100% ownership , all piece there parcel of
land, together with the improvements, rights, privileges and appurtenances to the same belonging, situate in
the District of Columbia, described as follows, to wit:

Lot numbered Thirty-five (35) in William P. Kellogg's subdivision of lots in Block
numbered seven (7), "Washington Heights", as per plat recorded in the office of the
Surveyor for the District of Columbia in Liber County 12, folio 156.

Note: At the date hereof the above described land is designated on the Records of
the Assessor for the District of Columbia for assessment and taxation purposes as
Lot numbered Thirty-five (35) in Square numbered Twenty-five Hundred Fifty-one (2551).

SUBJECT to the right of way for alley purposes over the rear three (3) feet of said
lot.

**And** the said party of the first part covenant that it will warrant specially the
property hereby conveyed; and that it will execute such further assurances of said land as
may be requisite.

**Witness** my hand and seal the day and year hereinbefore written.
IN PRESENCE OF—

_____ [Seal]

_____ [Seal]

City of Washington    )
                SS:
District of Columbia   )

I,    Leslie K. Nelson-Walski           , a Notary Public in and for the said District of Columbia           do hereby certify that    Vivian Arpad and Sheldon Arpad             partys    to and who are    personally well known to me as the persons who executed the foregoing and annexed Deed bearing date on the 23rd day of December      A.D. 19 86 personally appeared before me in said and acknowledged the same to be   their   act and deed.

Given under my hand and seal, this   23rd   day of December     A.D. 1986.

*Leslie K. Nelson-Walski*
Notary Public

My Commission expires:

My Commission Expires May 11, 1990

---

**Deed**

DISTRICT OF COLUMBIA

Janway & Co., Inc.

TO

Vivian Arpad

Received for Record on the _____ day _____ A.D. 19 _____ at _____ o'clock _____ M., and recorded in Liber No. _____ at Folio _____ one of the Land Records of the District of Columbia.

_____
Recorder of Deeds

Joy W. Freedman, Esq.
Freedman, Levy
1050 Conn. Ave., N.W.
Suite 825
Washington, D.C. 20036

The Washington Law Reporter Company
1625 Eye Street, N.W., Washington, D.C. 20006