# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re:<br><br>ADAMS 3, LLC<br><br>        Debtor. | )<br>)<br>)   Case No. 22-00205-ELG<br>)   Chapter 11<br>)<br>)<br>) |

## NOTICE OF HEARING ON
## MOTION TO COMPEL PAYMENT

YSRTL LLC TES CUSTODIAN ("the Movant"), by and through his undersigned attorneys, McNamee Hosea, P.A., has filed a *Motion to Compel Payment* (the "Motion").

**PLEASE TAKE NOTICE that a hearing will be held on** February 14, 2024 at 2:00 **regarding the Motion.** Pursuant to General Order 2023-3 the hearing will be held in a hybrid in-person or Zoom for Government format. All participants may choose to appear either (a) in-person in Courtroom 1, United States Bankruptcy Court for the District of Columbia, E. Barrett Prettyman, 333 Constitution Ave. NW, Washington, DC 20001 or (b) by video using Zoom for Government. All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the "Virtual Hearing Expectations." Parties in interest with questions or wish to appear virtually shall contact the Bankruptcy Court's Courtroom Deputy at aimee_mathewes@dcb.uscourts.gov for Zoom login instructions.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: January 4, 2024          Respectfully submitted,

                                        /s/ *Justin P. Fasano*
                                        McNamee, Hosea, , P.A.
                                        Justin P. Fasano, Esquire (MD21201)
                                        6404 Ivy Lane, Suite 820
                                        Greenbelt, MD 20770
                                        Phone: 301-441-2420
                                        jfasano@mhlawyers.com
                                        *Counsel for YSRTL LLC TES CUSTODIAN*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this January 4, 2024, a copy of the foregoing was served by CM/ECF to all parties receiving notice thereby.

*/s/ Justin P. Fasano*
Justin P. Fasano