# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 22-00205-ELG |
| ADAMS 3, LLC ) | Chapter 11 |
| ) | |
| Debtor. ) | |

## WITNESS AND EXHIBIT LIST

Comes now YSRTL LLC TES CUSTODIAN ("YSRTL"), by and through undersigned counsel, and furnish the following list of witnesses to be called, and exhibits to be introduced, at a hearing herein on February 14, 2024:

Witnesses

1. Seth Slomowitz

2. Any witness listed or called by any other party in interest

Exhibits

1. Plan

2. Motion to Sell

3. Order to Sell

4. Report of Sale

5. OTR Records

6. Recorded Certificate 33

7. Recorded Certificate 35

_____
Janet M. Nesse (DC Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
(301) 441-2420
jnesse@mhlawyers.com/
jfasano@mhlawyers.com
*Counsel to the YSRTL LLC TES CUSTODIAN*

8. Notice of Bankruptcy to DC

9. Retainer Agreement

10. Title Search Transmission 6-26-23

11. Title Search Transmission 6-26-23

12. All pleadings filed in this case, any related adversary proceeding.

13. Any exhibit listed or introduced by any other party in interest

Date: February 13, 2024                    Respectfully submitted,

/s/ *Justin P. Fasano*
Janet M. Nesse (DC Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  20770
(301) 441-2420
jnesse@mhlawyers.com/
jfasano@mhlawyers.com
*Counsel to the YSRTL LLC TES CUSTODIAN*

## CERTIFICATE OF SERVICE

I hereby certify that on this February 13, 2024, a copy of the foregoing via CM/ECF to all parties receiving notice thereby.

/s/ *Justin P. Fasano*
Justin P. Fasano