The order below is hereby signed.

Signed: June 6 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | * |
| | * |
| **ADAMS 3, LLC,** | *    Case No. 22-00205-ELG |
| | *    Chapter 11 |
| Debtor. | * |

**ORDER GRANTING IN PART AND CONTINUING IN PART THE
TRUSTEE'S MOTION TO APPROVE BIDDING PROCEDURES, CONDUCT AN AUCTION AND SELL
REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS
<u>2406, 2408 & 2410 18TH STREET, NW, WASHINGTON, D.C. 20009</u>**

THE MATTER comes before the Court is the Motion for Entry of an Order: (1) Approving Auction and Bidding Procedures to Facilitate the Sale of the Debtor's Real Property Free and Clear of Liens Claims, and Interests Pursuant to 11 U.S.C. § 363(f); (2) Scheduling an Auction and Sale Hearing; and (3) Approving the Sale of Real Property to the Successful Bidder Free and Clear of

**Alexander M. Laughlin (DC Bar No. 484489)**
**Bradley D. Jones (Bankr. D.D.C. No. VA68)**
**ODIN, FELDMAN, & PITTLEMAN, P.C.**
**1775 Wiehle Avenue., Suite 400**
**Reston, Virginia 20190**
**Tel:**     (703)-218-2134 (Mr. Laughlin)
          (703)-218-2176 (Mr. Jones)
**Fax: (703)-218-2160**
**Alex.Laughlin@ofplaw.com**
**Brad.Jones@ofplaw.com**

*Counsel for the Chapter 11 Trustee*

Liens, Claims, and Interests) [Dkt. No. 85] (the "**Motion**"). The Motion was filed by Bradley D. Jones, the chapter 11 trustee ("**Trustee**") of the bankruptcy estate ("**Bankruptcy Estate**") of Adams 3, LLC (the "**Debtor**"). The Motion seeks the approval of a bid procedures and the sale of real properties located at 2406 18th Street, NW, Washington, D.C. 20009; 2408 18th Street, NW, Washington, D.C. 20009; and 2410 18th Street, NW, Washington, D.C. 20009 and more particularly described below (the "**Properties**") through a Court conducted auction. A limited opposition to the Sale Motion was filed by Dashco, Inc. [Dkt. No. 96] (the "**Limited Opposition**").

A hearing was held on the Sale Motion on May 10, 2023, the United States Trustee ("**U.S. Trustee**") made an oral motion for a continuance, and an in-Court auction was conducted. Two parties participated in the auction: (1) Andrew Nimmer; and (2) Dashco, LLC ("**Dashco**"). The winning bidder was Dashco with a bid-price of $4,260,000.00, composed of $560,000.00 in cash and a $3,700,000.00 credit bid applied to Dashco's first deed of trust. The second-best bid was by Andrew Nimmer with an all-cash bid of $4 million.

It appearing to the Court that the Sale Motion was properly noticed and no further notice is necessary, and the Court having considered the Motion, the Limited Opposition, the arguments of counsel, the evidence admitted at the May 10, 2023 hearing, the entire record of this case, and good cause having been shown, it is hereby:

1.    ORDERED that the Motion is GRANTED IN PART and CONTINUED IN PART as set forth in this Order.

2.    The U.S. Trustee's motion to continue the hearing is GRANTED with all parties reserving their rights to raise objections at a continued sale hearing (the "**Sale Hearing**").

3.    The Court APPROVES the bidding procedures proposed by the Trustee at [Dkt. No. 85-3, Pages 9–11], except: (i) the Subsequent Deposit, as defined in those procedures is reduced

- 2 -

to $150,000.00; and (ii) Dashco is permitted to submit a credit bid in connection with its bid. The auction was conducted in accordance with the bid procedures as modified by this order (the "**Bid Procedures**").

4. The Court further APPROVES the result of the auction conducted on May 10, 2023 with Dashco having been determined to have submitted a Winning Bid and to be the Successful Bidder as defined in the Bid Procedures. Dashco's highest bid of $4,260,000.00 is the Winning Bid.

5. In connection with its Winning Bid, Dashco agreed to purchase the Properties free and clear of all liens, claims, interests, and encumbrances with closing to occur through a chapter 11 plan (the "**Plan**"), subject to approval of this Court. The sale will be pursuant to terms recited on the record and incorporated into the terms of that Plan. Dashco agreed that its cash component up to a maximum amount of $400,000.00 would be used to pay accrued real estate taxes, insurance, and any extant liens and utilities applicable to the Properties. Any other necessary costs to close on the sale of the Properties in amounts above $400,000.00 will be the sole responsibility of Dashco. Dashco further agreed that the remaining $160,000.00 of its cash component bid will be carved out from the proceeds of its collateral and be used to pay administrative expenses in the amounts to be agreed to by administrative claim holders. The Plan will provide the Bankruptcy Estate will retain causes of action, which will be pursued for the benefit of one class of creditors comprised of Dashco, with the exception of any claims against the D.C. Housing Authority which will be pursued for the benefit of administrative creditors.

6. The Trustee will continue to maintain the Properties until closing occurs through the confirmed Plan.

7. The Trustee is authorized to apply Dashco's $3.7 million credit bid to Dashco's first deed of trust, reducing Claim 7-1 from $4,288,380.05 to $588,380.05. This reduction is without prejudice to Dashco's right to assert the full amount of its claim in the event the sale fails to close for reasons other than a default by Dashco. Dashco as the prevailing bidder is required to provide a deposit in the amount of at least $150,000.00 within fourteen (14) days of the entry of this Order in accordance with the Bid Procedures. Per the agreement of Dashco and the Trustee, the deposited funds shall be used immediately by the Trustee to pay accrued real estate taxes and to pay for insurance coverage to protect the Properties.

8. A claim for a break-up fee in favor of Andrew Nimmer is APPROVED in the amount of $51,000.00 with payment of that fee subject to the chapter 11 claims process and treatment under the Plan.

9. A commission to the Trustee's sales agent, CENTURY 21 Commercial New Millennium ("**Sales Agent**") is APPROVED, subject to the closing of the sale, in the amount of $106,500.00 along with expenses of $69.77. Payment of the commission and expenses is subject to the chapter 11 claims process, the filing of an application pursuant to 11 U.S.C. § 330, and treatment under the Plan. The approval of the commission is without prejudice to the Sales Agent seeking additional compensation for property maintenance, property preservation services, and property support services upon the filing of an application for approval of that compensation pursuant to 11 U.S.C. § 330.

10. A statutory commission to the Trustee pursuant to 11 U.S.C. § 326(a) is APPROVED in an amount calculated pursuant to the Winning Bid and subject to the closing of the sale. Payment of the Trustee's commission is subject to the chapter 11 claims process, the filing of an application pursuant to 11 U.S.C. § 330, and treatment under the Plan.

11. In light of Andrew Nimmer's unsuccessful bid, any deposit held by the Trustee on account of Nimmer's offer to purchase the Properties may be returned without further order of the Court.

12. It is further ORDERED that the remainder of the Sale Motion is CONTINUED with a continued Sale Hearing to be held on August 23, 2023 at 11:00 a.m.

13. The Relief from Stay Motion filed by Dashco at [Dkt. No. 87] is also CONTINUED FOR STATUS to August 23, 2023 at 11:00 a.m.

14. Pursuant to the agreement of the Parties, it is ordered that, the time limitations of 11 U.S.C. § 362(d)(3) are hereby further extended to August 23, 2023.

15. This Court shall retain jurisdiction over all matters related to this Order.

END OF ORDER

I ASK FOR THIS:

**/s/ *Bradley D. Jones*** _____
**Alexander M. Laughlin (DC Bar No. 484489)**
**Bradley D. Jones (Bankr. D.D.C. No. VA68)**
**ODIN, FELDMAN & PITTLEMAN, P.C.**
**1775 Wiehle Ave., Suite 400**
**Reston, Virginia 20190**
**Tel:  (703) 218-2134 (Mr. Laughlin)**
**        (703) 218-2176 (Mr. Jones)**
**Fax: (703) 218-2160**
**Alex.Laughlin@ofplaw.com**
**Brad.Jones@ofplaw.com**

*Counsel for the Chapter 11 Trustee*

SEEN AND AGREED TO BY:

**/s/ Maurice Belmont VerStandig**
**Maurice Belmont VerStandig (DC Bar No. 18071)**
**The VerStandig Law Firm, LLC**
**1452 W. Horizon Ridge Pkwy, #665**
**Henderson, NV 89012**
**301-444-4600**
**mac@mbvesq.com**

*Counsel for Dashco, Inc.*


SEEN AND NO OBJECTION:

**/s/ Sara Kathryn Mayson**
**Sara Kathryn Mayson**
**Office of the United States Trustee**
**1725 Duke Street, Suite 650**
**Alexandria, VA 22314**
**202-841-8501**
**sara.kathryn.mayson@usdoj.gov**

*Counsel for the Acting United States Trustee for Region 4*


SEEN AND NO OBJECTION:

**/s/ Jeffery T. Martin**
**Jeffery T. Martin (DC Bar No. VA71860)**
**Martin Law Group, P.C.**
**7918 Jones Branch Drive, 4th Floor**
**Mc Lean, VA 22102**
**703-223-1822**
**jeff@martinlawgroupva.com**

*Counsel for 18th DC, LLC*

SEEN AND NO OBJECTION:

*/s/ Richard B. Rosenblatt*
**Richard B. Rosenblatt (DC Bar No. 415797)**
**Law Offices of Richard B. Rosenblatt, PC**
**30 Courthouse Square, Suite 302**
**Rockville, MD 20850**
**301-838-0098**
**rrosenblatt@rosenblattlaw.com**

*Counsel for Andrew Nimmer*

SEEN AND NO OBJECTION:

*/s/ Emil Hirsch*
**Emil Hirsch (DC Bar No. 0930479)**
**Carlton Fields Jorden Burt, P.A.**
**1025 Thomas Jefferson Street, NW, Ste 400 West**
**Washington, DC 20007**
**202-965-8184**
**202-965-8104 (fax)**
**ehirsch@carltonfields.com**

*Counsel for D.C. Water*

#5608740v2   092303/000002