**DC Office of Tax and Revenue**

 MyTax DC

< **Home**

## Property Details

SSL          : 2551- -0033

Premise Address  : 2410 18TH ST NW WASHINGTON DC 20009

> **Make a Payment**

**Balance**    : **$0.00**

Details    Assessment    Tax Information    Map    Applications and Actions

Tax Summary    Tax History    Billing History    Payment History

## Payments

Help

| Deposit Date | Payment Type | Status | Payment Amount |
|---|---|---|---|
| 07-Sep-2023 | Online | Posted | $13,785.52 |
| 03-Aug-2023 | Paper Check | Posted | $104,122.15 |
| 31-May-2022 | Online | Posted | $1,000.00 |

*For more historical data, please contact OTR Customer Service at (202) 727-4TAX.*

 **DC Office of Tax and Revenue**

**MyTax DC** 

❓

‹ Home

# Property Details

SSL : 2551- -0034

Premise Address : 2408 18TH ST NW WASHINGTON DC 20009

› **Make a Payment**

**Balance** : **$0.00**

**Details     Assessment     Tax Information     Map     Applications and Actions**

**Tax Summary     Tax History     Billing History     Payment History**

## Payments

☰ Help

| Deposit Date | Payment Type | Status | Payment Amount |
|---|---|---|---|
| 07-Sep-2023 | Online | Posted | $38,016.70 |
| 07-Sep-2023 | Online | Posted | $75.00 |
| 03-Aug-2023 | Paper Check | Posted | $225.00 |
| 03-Aug-2023 | Paper Check | Posted | $104,771.19 |
| 01-Jun-2022 | Online | Posted | $1,000.00 |

*For more historical data, please contact OTR Customer Service at (202) 727-4TAX.*

 **DC Office of Tax and Revenue**

 MyTax DC                                                                                              ❓

‹ **Home**

## Property Details

SSL         : 2551- -0035                                                                 › **Make a Payment**

Premise Address   : 2406 18TH ST NW WASHINGTON DC 20009                       **Balance**   : **$0.00**

Details      Assessment     Tax Information     Map     Applications and Actions

Tax Summary      Tax History      Special Assessments      Billing History      Payment History

### Payments                                                                                    ☰ Help

| Deposit Date | Payment Type | Status | Payment Amount |
|---|---|---|---|
| 07-Sep-2023 | Online | Posted | $16,332.94 |
| 03-Aug-2023 | Paper Check | Posted | $147,424.53 |
| 31-May-2022 | Online | Posted | $1,000.00 |

*For more historical data, please contact OTR Customer Service at (202) 727-4TAX.*