

Government of the District of Columbia
Office of the Chief Financial Officer
Office of Tax and Revenue

1101 4th Street, SW
Washington, DC 20024

Notice Number:    L0007990416

## CERTIFICATE OF SALE

I, Eva M. Liggins, acting under authority of the Chief Financial Officer (CFO) of the District of Columbia, certify that on July 22, 2022 the real property described as Square: 2551 Suffix:     Lot: 0033, and assessed to ADAMS 3 LLC was offered at public tax sale for the sum of One Hundred Seventy Six Thousand Eight Hundred Thirty Two Dollars and 26/100 for the periods and amounts of taxes and costs, to wit:

| | | |
|---|---|---|
| Taxes due for year ended | September 30, 2021 | $45,259.36 |
| Penalties, Interest, and Tax Sale Fees | | $16,893.79 |
| Adams Morgan Partnership BID | | $4,679.11 |
| Amount for which sold, less surplus | | $66,832.26 |
| Surplus | | $110,000.00 |
| Total amount for which sold | | $176,832.26 |

I further certify that on July 22, 2022, with the amounts specified above totaling 176,832.26 (including surplus) , I sold to YSRTL LLC the said real property for the sum of Sixty Six Thousand Eight Hundred Thirty Two Dollars and 26/100, plus surplus in the amount of One Hundred Ten Thousand Dollars and 0/100. The real property described in this certificate is subject to redemption.

Upon payment to the CFO as specified in § 47-1361(a) or, if payment to the CFO is made by another purchaser under § 47-1382(c) , the purchaser shall be refunded the sums paid on account of the purchase price, together with simple interest thereon at the rate of 1.5% per month or portion thereof on the amount paid for the real property, excluding surplus, beginning on the first day of the month immediately following the date of the tax sale or the date when the certificate of sale was assigned by the CFO until the payment to the CFO is made as required under § 47-1361(a) or § 47-1382(c); provided, that the purchaser shall not receive interest on any surplus.

On redemption, the purchaser shall also receive expenses permitted by Chapter 13A of Title 47 of the D.C. Official Code that may have been collected by the CFO. Before a deed can be delivered to the purchaser, all taxes as defined in Chapter 13A with interest thereon, and including taxes with interest thereon for years for which the District or a third party purchased the real property at any tax sale and expenses reimbursable under Chapter 13A shall be paid to the D.C.Treasurer except as provided in D.C.Official Code § 47- 1361(b).

After January 23, 2023, an action can be brought to foreclose the right of redemption in the real property. This certificate will be void unless such an action is brought and diligently pursued within one year from the date of this certificate. If this certificate becomes void as provided in D.C. Official Code § 47-1355, all monies paid for the real property will be forfeited to the District.

An assignee of this certificate shall notify the CFO within 30 days of the assignment and provide to the CFO the assignee's name, address, and telephone number. If notice is not provided within 30 days of the assignment, the certificate shall be voidable at the discretion of the CFO.

Given under my hand and official seal, this 29th day of July, 2022

**After Recording, Return To:**



**(When submitting to the Recorder of Deeds, enter return address above.)**

*Eva M Liggins*

Eva M. Liggins

Director, Real Property Tax Administration

```
Doc #: 2023065516
Filed & Recorded
08/01/2023 10:42 AM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
   RECORDING FEES          $25.00
   SURCHARGE                $6.50
TOTAL:                     $31.50
```