

**DC Office of Tax and Revenue**

MyTax DC

< Messages

**Message**  Manually Sent Message  > Reply

31-Dec-2022  > Archive

Tax Sale Purchaser

725-001588837

YSRTL LLC TES CUSTODIAN

**Notice**

**Message**

Received: Wednesday, Jul 19, 2023 7:12:38 AM
Subject: RE: Notice of Bankruptcy

Good Morning:

Thank for this information.

Feel free to contact me via phone or web message.

**Helaine Moreland | Real Property Program Specialist**

**Assessment Services Division – RPTA**

1101 4th St, SW, Suite W550 | Washington, DC 20024

P:202.442.6713 F: 202.478.5995

Helaine.moreland@dc.gov | http://otr.cfo.dc.gov | https://mytax.dc.gov

Sent: Monday, Jul 17, 2023 2:36:39 PM
Subject: Notice of Bankruptcy

YSRTL, LLC TES CUSTODIAN is the holder of two Certificates of Sale from the 2022 auction relating to Square 2551 Lots 0033 and 0035. Please be advised, the owner, Adams 3 LLC, filed a petition for bankruptcy on November 1, 2022 in the U.S. Bankruptcy Court for the District of Columbia, Bankruptcy Petition #: 22-00205-ELG, and these properties are subject to the bankruptcy. Due to the automatic stay, the Certificate holder is not able to initiate its foreclosure actions within the standard 1 year filing window. The Certificate holder has 30 days from the discharge in bankruptcy to initiate its foreclosure case in D.C. Superior Court if the property is not redeemed as part of the bankruptcy proceeding.

If you have any questions, please contact Seth Slomovitz at (202) 232-7100.