

# LAW OFFICES OF ERIC HOWELL SAYLES, PLLC

1155 Connecticut Avenue, NW, Suite 650  
Washington, DC 20036  
www.sayleslegal.com

Tel. (202) 232-7100  
Fax: (202) 232-5204  
seth@sayleslegal.com

April 19, 2023

YSRTL LLC TES CUSTODIAN  
3031 S Cole Rd.  
Boise, ID 83709

### RETAINER AGREEMENT

This Retainer Agreement is made this 10 day of ~~April~~ May, 2023 between YSRTL LLC TES CUSTODIAN (hereinafter referred to as "Client"), and the LAW OFFICES OF ERIC HOWELL SAYLES, P.L.L.C., hereinafter referred to as "Attorneys".

Client desires to employ Attorneys to represent it in the following matter: **Tax Sale Foreclosure Action(s) Based on Certificate(s) of Sale presented by Client.**[1]

Based on the foregoing, Attorneys hereby agree to represent Client under the following terms and conditions:







| LAW OFFICES OF | YSRTL LLC TES CUSTODIAN |
| ERIC HOWELL SAYLES, PLLC | |

By: Seth P. Slomovitz, Esq.

By: ~~Douglas Gale~~ Tiffany Cone
Vice President, TES as Custodian
For YSRTL LLC