Yahoo Mail - Lot 33 in Square 2551 PTC # 45904    https://mail.yahoo.com/d/search/keyword=2551/messages/ALr3brg2gQ...

Case 22-00205-ELG    Doc 163-10    Filed 02/14/24    Entered 02/14/24 07:39:39    Desc
Exhibit Title Search transmission    Page 1 of 1

Lot 33 in Square 2551 PTC # 45904

From:  Jim Reosti (jreosti@potomactitle.com)

To:  sslomovitz@yahoo.com

Cc:  bhunt@potomactitle.com

Date:  Monday, June 26, 2023 at 03:41 PM EDT

Hi Seth,

Here is the Full Search on 2410 18TH ST NW

Jim Reosti
Senior Examiner
Potomac Title Corporation

[cid:image001.gif@01D9A841.5C292040]

529 14TH Street, NW
Suite 982
Washington, DC  20045
p:  202-637-3241
c:  202-437-1030


winmail.dat
9.5MB


image001.gif
4.7kB


2551-0033 (2023).pdf
9.5MB