# EXHIBIT A

CORE/3529461.0002/199514167.1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re: ) | |
| ) | Case No. 22-00205-ELG |
| ADAMS 3, LLC, ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**SUMMARY SHEET REGARDING ITEMIZATION OF SERVICES
RENDERED BY STINSON LLP**

Stinson LLP provides the following Summary Sheet in support of its first and final application for allowance and payment of its fees and expenses as counsel for Bradley D. Jones, Chapter 11 trustee of the bankruptcy estate of Adams 3, LLC:

**NAME OF APPLICANT:**           Stinson LLP

**ROLE IN CASE:**                Counsel to Chapter 11 Trustee

**FEES PREVIOUSLY
REQUESTED:**                     $0.00

**FEES PREVIOUSLY
AWARDED:**                       $0.00

**EXPENSES
PREVIOUSLY REQUESTED:**          $0.00

**EXPENSES
PREVIOUSLY AWARDED:**            $0.00

**RETAINER(S) PAID:**            $0.00

**FEES REQUESTED HEREIN:**       $21,289.00 (voluntarily reduced from $22,951.50)

**EXPENSES REQUESTED HEREIN:**   $0.00

1

**FEE APPLICATION – SUMMARY OF TIME SPENT**

| TITLE | NAMES OF PROFESSIONALS | HOURS BILLED | RATE | TOTAL FEES |
|---|---|---|---|---|
| Partner | Brad Jones | 44.50 | $410.00 | $18,245.00 |
|  | First Bar Admission: 2012 |  |  |  |
|  |  |  |  |  |
| Associate | Joshua Cox | 0.70 | $485.00 | $339.50 |
|  | First Bar Admission: 2014 | 0.20 | $450.00 | $90.00 |
|  |  |  |  |  |
| Associate | Ruiqiao Wen | 6.30 | $415.00 | $2,614.50 |
|  | First Bar Admission: 2021 | 3.50 | $475.00 | $1,662.50 |
|  |  |  |  |  |

**Total**                                                      **55.20**              **$22,951.50**
                                                      **(Voluntarily Reduced to $21,289.00)**

**Average Hourly Rate (Pre-Reduction):**          **$415.79**
**(Effective Hourly Rate After Reduction):**      **$385.67**

**FEE APPLICATION – BREAKDOWN BY CATEGORY**

| CATEGORY | ABBREVIATION | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| General/Case Administration | CA | 4.2 | $1,774.50 |
| Employment/Fee Applications | EMP/F | 3.7 | $1,752.50 |
| Litigation and Contested Matters | LIT | 47.3 | $19,424.50 |
|  | **TOTAL:** | **55.2** | **$22,951.50** |
|  |  |  |  |
| Time Entries Voluntarily Reduced and Not Billed | NB | 3.5 | 1,662.50 |

2

Dated: June 3, 2025                          Respectfully submitted,

                                                     */s/ Bradley D. Jones*
                                                     Bradley D. Jones, No. VA 68
                                                     Joshua W. Cox, No. 1033283
                                                     Ruiqiao Wen, No. 1743500
                                                     STINSON LLP
                                                     1775 Pennsylvania Ave., N.W., Suite 800
                                                     Washington, DC 20006

                                                     *Counsel for*
                                                     *Bradley D. Jones, Trustee*