# EXHIBIT B

**Stinson LLP**                **Invoice Detail**

File No. 3529461.0002      Page 2
Invoice No: 48636783

## Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Brad Jones | 410.00 | 44.50 | 18,245.00 |
| Joshua Cox | 485.00 | 0.70 | 339.50 |
| Joshua Cox | 450.00 | 0.20 | 90.00 |
| Ruiqiao Wen | 415.00 | 6.30 | 2,614.50 |
| Ruiqiao Wen | ~~475.00~~ | ~~3.50~~ | ~~1,662.50~~ |
| **Current Professional Services** | | ~~**55.20**~~ | ~~**$22,951.50**~~ |
| | | **51.70** | **$21,289.00** |

## Professional Services

| Date | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/19/23 | Joshua Cox | Make revision to employment application order and upload to court. | 450.00 | 0.20 | 90.00 EMP/F |
| 11/16/23 | Brad Jones | Phone call with Mr. Fasano regarding tax lien holder claim. | 410.00 | 0.30 | 123.00 LIT |
| 01/07/24 | Brad Jones | Phone call with Mr. VerStandig regarding motion to dismiss issues (0.3); phone call with Ms. Alper regarding the District's position (0.4); provide documents to DC Government at Ms. Alper's request (1.1). | 410.00 | 1.80 | 738.00 LIT |
| 01/18/24 | Brad Jones | Phone call with Mr. Fasano to discuss adversary filing. | 410.00 | 0.60 | 246.00 LIT |
| 01/20/24 | Brad Jones | Analyze adversary complaint filed against Trustee/Bankruptcy Estate and begin outlining Motion to Dismiss. | 410.00 | 3.40 | 1,394.00 LIT |
| 01/21/24 | Brad Jones | Prepare and file 4th Quarter 2023 MOR (0.8); prepare email regarding HAP claims issues (0.6); review section 1141(c) issues related to adversary proceeding (0.4). | 410.00 | 1.80 | 738.00 CA |
| 01/22/24 | Ruiqiao Wen | Research on DC codes and case law regarding if bona fide purchaser for value takes free of | 415.00 | 0.60 | 249.00 LIT |

**Stinson LLP** **Invoice Detail**

Page 3

| Date | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | the tax lien sale purchaser's interests. | | | |
| 01/25/24 | Brad Jones | Phone call regarding D.C. HAP payments. | 410.00 | 0.30 | 123.00 CA |
| 01/26/24 | Ruiqiao Wen | Continued research on DC codes and case law regarding bankruptcy code section 544 and tax lien purchaser. | 415.00 | 2.80 | 1,162.00 LIT |
| 01/27/24 | Brad Jones | Draft motion to dismiss adversary proceeding. | 410.00 | 4.20 | 1,722.00 LIT |
| 01/28/24 | Ruiqiao Wen | Continue research on DC codes and case law regarding bankruptcy code section 544 and tax lien purchaser; send research summary to Mr. Jones. | 415.00 | 2.90 | 1,203.50 LIT |
| 02/02/24 | Brad Jones | Phone call with Ms. Alper regarding Adams 3 issues (0.4); draft Motion to Dismiss Adversary Proceeding (0.8). | 410.00 | 1.20 | 492.00 LIT |
| 02/03/24 | Brad Jones | Draft Motion to Dismiss Adversary Proceeding filed by tax certificate holder. | 410.00 | 4.40 | 1,804.00 LIT |
| 02/05/24 | Brad Jones | Prepare for and phone call with D.C. Government regarding tax certificate adversary proceeding (1.2); draft Motion to Dismiss Adversary Proceeding (1.1). | 410.00 | 2.30 | 943.00 LIT |
| 02/06/24 | Brad Jones | Draft Motion to Dismiss Adversary Proceedings. | 410.00 | 2.70 | 1,107.00 LIT |
| 02/07/24 | Brad Jones | Draft Motion to Dismiss Tax Certificate Adversary Proceeding (1.1); phone call with Ms. Alper to discuss matter (0.2). | 410.00 | 1.30 | 533.00 LIT |
| 02/08/24 | Brad Jones | Draft motion to dismiss tax certificate adversary proceeding. | 410.00 | 1.80 | 738.00 LIT |
| 02/09/24 | Brad Jones | Finalize and file dismissal motion regarding tax lien adversary proceeding. | 410.00 | 4.10 | 1,681.00 LIT |

**Stinson LLP**                                                     **Invoice Detail**

Page 4

| Date | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 02/13/24 | Brad Jones | Prepare for February 14 2024 Court Hearing (2.5); review exhibits filed by YSRTL (0.6) multiple emails and phone calls with YSRTL's counsel regarding exhibits (0.4); phone call with Ms. Alper to discuss hearing issues (0.2). | 410.00 | 3.70 | 1,517.00 LIT |
| 02/14/24 | Brad Jones | Hearing on Motion to Compel and adversary proceeding matters. | 410.00 | 3.20 | 1,312.00 LIT |
| 02/15/24 | Brad Jones | Phone call with Ms. Alper regarding automatic stay issue and suggestion to resolve disputes. | 410.00 | 0.30 | 123.00 LIT |
| 02/17/24 | Brad Jones | Draft letter to District of Columbia providing notice of violation of automatic stay and plan injunction and requesting cancellation of tax sale certificate. | 410.00 | 1.40 | 574.00 LIT |
| 02/18/24 | Brad Jones | Prepare letter to District of Columbia notifying the District of violation of the automatic stay and requesting cancellation of tax sale certificate. | 410.00 | 1.10 | 451.00 LIT |
| 02/19/24 | Brad Jones | Finalize and send letter to D.C. Government providing notice of violations of the automatic stay and requesting cancellation of the tax certificates. | 410.00 | 1.00 | 410.00 LIT |
| 02/20/24 | Brad Jones | Review cancellation of tax sale notices issued by D.C. Government (0.2); phone calls with Ms. Alper (0.3); phone call with Mr. Fasano to discuss whether case was moot (0.2); phone call with Mr. VerStandig regarding D.C. cancellation notice (0.2); draft suggestion of mootness for filing to end adversary proceedings (0.6). | 410.00 | 1.50 | 615.00 LIT |

**Stinson LLP** **Invoice Detail**

Page 5

| Date | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 02/22/24 | Brad Jones | Emails to parties and filing of suggestion of mootness. | 410.00 | 0.40 | 164.00 LIT |
| 02/28/24 | Brad Jones | Prepare for and attend Court hearing on tax sale filings. | 410.00 | 0.30 | 123.00 LIT |
| 07/10/24 | Brad Jones | Email to Buyer's counsel regarding information needed for HAP Claim to assist with monetization. | 410.00 | 0.20 | 82.00 CA |
| 10/10/24 | Brad Jones | Meeting with Ms. Browning regarding Noble's revised analysis on HAP receivables and collections issues. | 410.00 | 0.60 | 246.00 CA |
| 10/10/24 | Joshua Cox | Confer with Mr. Jones regarding upcoming Zoom meeting with Noble to discuss HAP payments (0.1); attend meeting (0.4); confer with Mr. Jones following meeting (0.2). | 485.00 | 0.70 | 339.50 CA |
| 12/04/24 | Brad Jones | Prepare 3rd Quarter Report. | 410.00 | 0.60 | 246.00 CA |
| 5/27/25 | Ruiqiao Wen | Draft Stinson's first and final fee application. | 475.00 | ~~3.50~~ | ~~1,662.50 EMP/F~~ NB |
| **Current Professional Services** | | | | **51.70** | **$21,289.00** |