UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Case No. 22-00205-ELG |
| ADAMS 3, LLC, | ) ) | Chapter 11 |
| Debtor. | ) ) ) |  |

**ORDER GRANTING FIRST AND FINAL APPLICATION FOR APPROVAL OF COMPENSATION OF STINSON LLP AS CHAPTER 11 TRUSTEE'S COUNSEL FOR THE PERIOD OF OCTOBER 19, 2023 THROUGH MAY 28, 2025**

This matter came before the Court on the application ("Application") for approval of compensation of Stinson LLP ("Attorneys"). Attorneys serve as counsel to Bradley D. Jones ("Trustee"), the Chapter 11 trustee for the bankruptcy estate of Adams 3, LLC. This is the first and final application by Attorneys as counsel for the Chapter 11 Trustee. In the Application, compensation sought for fees totals $21,289.00 (voluntarily reduced from $22,951.50) and compensation for expenses totals $0.00.

Upon consideration of the Application and any opposition filed thereto, if any, it is hereby:

CORE/3529461.0002/199660338.1

**ORDERED, ADJUDGED AND DECREED**, that the Application be, and the same hereby is, **GRANTED IN ITS ENTIRETY;** and it is

**FURTHER ORDERED,** that the final compensation of Stinson LLP is hereby approved in the following amounts: **Fees – $21,289.00**, and **Expenses - $0.00**; and it is

**FURTHER ORDERED,** that the Trustee is authorized to pay Stinson LLP the fees and expenses awarded herein pursuant to the terms provided for in the confirmed chapter 11 plan.

**WE ASK FOR THIS:**

/s/ Bradley D. Jones
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW, Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
brad.jones@stinson.com
joshua.cox@stinson.com
ruiqiao.wen@stinson.com
*Attorneys for Bradley D. Jones, Trustee*

Copies to:

All parties registered to receive service through the Court's CM/ECF system

and

Adams 3, LLC
1390 Chain Bridge Road
Mc Lean, VA 2210

2