Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
brad.jones@stinson.com
joshua.cox@stinson.com
ruiqiao.wen@stinson.com
*Counsel for*
*Bradley D. Jones, Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>ADAMS 3, LLC,<br><br>    Debtor. | Case No. 22-00205-ELG<br>Chapter 11 |

### NOTICE OF OPPORTUNITY TO OBJECT TO FIRST AND FINAL APPLICATION FOR APPROVAL OF COMPENSATION OF STINSON LLP AS CHAPTER 11 TRUSTEE'S COUNSEL FOR THE PERIOD OF OCTOBER 19, 2023 THROUGH MAY 28, 2025

**PLEASE TAKE NOTICE** that Stinson LLP ("Attorneys"), has filed an Application for Compensation. The Application seeks fees for the Attorneys of **$21,289.00** (voluntarily reduced from $22,951.50) and expenses of **$0.00**. This is the first and final application for compensation of the Attorneys as counsel to the Chapter 11 Trustee and covers the period from October 19, 2023 through May 28, 2025.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to approve the application, or if you want the Court to consider your views on the matter, then on for before **June 24, 2025**, you or your attorney must:
File with the Court a written objection or other response to the application stating with particularity the grounds with which you base your objection or otherwise explaining you position, at:

    Clerk, U.S. Bankruptcy Court
    E. Barrett Prettyman U.S. Courthouse
    333 Constitution Avenue, N.W.

    Washington, D.C. 20001.

    If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

    You must also mail a copy of your objection to:
        Bradley D. Jones
        Stinson LLP
        1775 Pennsylvania Ave, NW, Suite 800
        Washington, D.C. 20006

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the application and may enter an order granting that relief.

Parties in interest with questions may contact the undersigned.

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served by first class mail, postage prepaid, upon all parties in interest entitled to notice under applicable Federal Rules of Bankruptcy Procedure.

Dated:  June 3, 2025                        /s/ Bradley D. Jones
                                                      Bradley D. Jones