Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
brad.jones@stinson.com
joshua.cox@stinson.com
ruiqiao.wen@stinson.com
*Counsel for*
*Bradley D. Jones, Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | |
| ) | Case No. 22-00205-ELG |
| ADAMS 3, LLC, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

### CERTIFICATE OF MAILING

I hereby certify that a copy of the Notice of Opportunity to Object to First and Final Application for Approval of Compensation of Stinson LLP as Chapter 11 Trustee's Counsel for the Period from October 19, 2023 Through May 28, 2025, was mailed by first class mail, postage prepaid, on June 3, 2025, upon all parties appearing on the mailing matrix maintained by the Court as it appeared on this same date, and upon the following:

Jeffery T. Martin
Martin Law Group, P.C.
8065 Leesburg Pike
Ste 750
Vienna, VA 22182

Adams 3, LLC
1390 Chain Bridge Road
Mc Lean, VA 22101

Emil Hirsch
Carlton Fields Jorden Burt, P.A.
1025 Thomas Jefferson Street, NW
Ste 400 West
Washington, DC 20007

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854

Richard B. Rosenblatt
Law Office of Richard B. Rosenblatt
Law Offices of Richard B. Rosenblatt, PC

Sara Kathryn Jackson
DOJ-Ust
1725 Duke Street
Alexandria, VA 22314

CORE/3529461.0002/199515941.1

30 Courthouse Square
Ste 302
Rockville, MD 20850

Justin Philip Fasano
McNamee Hosea, P.A.
6404 Ivy Lane
Ste 820
Greenbelt, MD 22070

Dated: June 3, 2025                                      Respectfully submitted,

                                                         */s/ Bradley D. Jones*
                                                         Bradley D. Jones, No. VA 68
                                                         Joshua W. Cox, No. 1033283
                                                         Ruiqiao Wen, No. 1743500
                                                         STINSON LLP
                                                         1775 Pennsylvania Ave., N.W., Suite 800
                                                         Washington, DC 20006

                                                         *Counsel for*
                                                         *Bradley D. Jones, Trustee*

2