Bradley D. Jones, (Bankr. D.D.C. No. VA 68)
Joshua W. Cox, No. 1033283
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
brad.jones@stinson.com
joshua.cox@stinson.com
ruiqiao.wen@stinson.com
*Counsel for*
*Bradley D. Jones, Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) |
| | ) |
| ADAMS 3, LLC, | ) Case No. 22-00205-ELG |
| | ) Chapter 11 |
| Debtor. | ) |

**TRUSTEE'S FINAL ACCOUNT**
**FOR CHAPTER 11 CASE OF ADAMS 3, LLC**

Adams 3, LLC (the "Debtor"), filed a voluntary petition under Title 11, Chapter 11 in the United States Bankruptcy Court for the District of Columbia on November 1, 2022. Pursuant to the requirement of 1 U.S.C. § 1106(a)(7), the Trustee now files this final account:

1. Administrative Expenses Paid or to be Paid Under the Plan:

| | |
|---|---:|
| Trustee Compensation | $42,376.11 |
| Odin, Feldman & Pittleman, P.C. | $88,654.37 |
| Frank Morris & Morris Margulies, LLC | $234.63[1] |
| Stinson LLP[2] | $1,335.24 |
| Century 21 New Millennium | $104,759.99 |
| Andrew Nimmer | $32,488.71 |
| Subtotal | $269,849.06 |
| United States Trustee Fees | $4,176.17 |
| All Other Expenses | $203.00 |
| Subtotal | $4,379.17 |
| Total | $274,228.22 |

---

[1] In addition, Debtor's counsel received retainer funds for pre-confirmation services that were paid by a non-debtor entity outside of the Plan. *See* [Dkt. Nos. 12, 141].

[2] Final Application for compensation pending. [Dkt. No. 174].

1

2. Secured Creditors Paid or to be Paid under the Plan:

    D.C. Real Estate Taxes: $356,542.87

    Total: $356,542.87

3. Priority Creditors Paid or to be Paid under the Plan:

    None.

    Total: $0.00

4. Unsecured Creditors Paid or to be Paid under the Plan:

    None.

    Total: $0.00

5. Amount paid or to be paid equity security holders:

    None.

    Total: $0.00

6. Other distributions (includes payments to, or to be paid to debtor):

    None.

    Total: $0.00

7. Total disbursements under the Plan: $630,771.10

Wherefore, the Trustee submits this final account in discharge of its obligations under 11 U.S.C. §§ 1106 and 1107 on this 4th day of June 2025.

Dated: June 4, 2025

Respectfully submitted,

*/s/ Bradley D. Jones*
Bradley D. Jones, (Bankr. D.D.C. No. VA 68)
Joshua W. Cox, No. 1033283
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
brad.jones@stinson.com
joshua.cox@stinson.com
ruiqiao.wen@stinson.com
*Counsel for*
*Bradley D. Jones, Trustee*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I served a copy of the foregoing was served electronically via the Court's ECF system on all parties receiving service thereby. A copy was also mailed to all parties on the attached Service List.

                                    */s/ Bradley D. Jones*
                                    Bradley D. Jones

CORE/3529461.0002/199682250.1