Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
brad.jones@stinson.com
joshua.cox@stinson.com
ruiqiao.wen@stinson.com
*Counsel for*
*Bradley D. Jones, Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re: ADAMS 3, LLC, Debtor. | Case No. 22-00205-ELG Chapter 11 |

**NOTICE OF MOTION AND NOTICE OF HEARING
ON TRUSTEE'S MOTION FOR ENTRY OF FINAL DECREE**

Bradley D. Jones, chapter 11 trustee (the "Trustee"), by counsel, filed a Trustee's Final Report and Motion for Final Decree (the "Motion"). A copy of the Motion and a proposed order and Final Decree along with supporting papers are attached to this Notice.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, then:**

☒    On or before **June 18, 2025**, you or your attorney must file with the Court a written objection to the Motion, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, E. Barrett Prettyman U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001. You may append affidavits and documents in support of your objection.

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

1

You must also mail a copy of your objection to:

> Bradley D. Jones, Chapter 11 Trustee
> STINSON LLP
> 1775 Pennsylvania Ave., N.W., Suite 800
> Washington, DC 20006

☒ **PLEASE TAKE NOTICE that a hearing will be held on June 25, 2025 at 1:00 p.m. regarding the Motion.** Pursuant to General Order 2024-03 and the Court's procedures the hearing will be held in a Zoom for Government format. All participants may choose to appear by video using Zoom for Government. All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the "Virtual Hearing Expectations." Parties in interest with questions or wish to appear virtually shall contact the Bankruptcy Court's at Gunn_Hearings@dcb.uscourts.gov for Zoom login instructions.

Dated: June 4, 2025

Respectfully submitted,

*/s/ Bradley D. Jones*
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
brad.jones@stinson.com
joshua.cox@stinson.com
ruiqiao.wen@stinson.com
*Counsel for*
*Bradley D. Jones, Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing was served electronically via the Court's ECF system on all parties receiving service thereby. A copy was also mailed to all parties on the attached Service List.

*/s/ Bradley D. Jones*
Bradley D. Jones

CORE/3529461.0002/199685697.1