ADAMS 3 LLC
1390 CHAIN BRIDGE ROAD
MC LEAN VA 22101-3904

18TH DC LLC
C/O JEFFERY T MARTIN JR
8507 WESTOWN WAY
VIENNA VA 22182-2513

DC WATER
ATTN COLLECTIONS DEPARTMENT
1385 CANAL STREET SE
WASHINGTON DC 20003-5015

U S TRUSTEE FOR REGION FOUR
U S TRUSTEE'S OFFICE
1725 DUKE STREET
SUITE 650
ALEXANDRIA VA 22314-3489

ATCF II DC LLC
150 S PINE ISLAND ROAD
SUITE 417
PLANTATION FL 33324-2667

DC GOV'T OFFICE OF TAX AND REVENUE
PO BOX 75520
WASHINGTON DC 20013-0520

DC GOVT OFFICE OF TAX & REVENUE
P O BOX 37559
WASHINGTON DC 20013-7559

DC TAX & REVENUE
1101 4TH STREET SW
SUITE W270
WASHINGTON DC 20024-4457

DEPARTMENT OF TREASURY
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

WASHINGTON GAS: BNKY
6801 INDUSTRIAL RD 117B
SPRINGFIELD VA 22151-4205

ANDREW NIMMER
LAW OFFICE OF R ROSENBLATT PC
30 COURTHOUSE SQ 302
ROCKVILLE MD 20850-2378

GLORY LLC
FRED THOMPSON
2406 18TH STREET NW #1
WASHINGTON DC 20009

REINA HARRIS
2406 18TH STREET NW #2
WASHINGTON DC 20009

DARRELL ROBINSON
2408 18TH STREET NW #3
WASHINGTON DC 20009

DREAMLAND INVESTMENT GROUP LLC
2408 18TH STREET NW #1
WASHINGTON DC 20009

SHAYLYN BAILEY
2408 18TH STREET NW #2
WASHINGTON DC 20009

HART'S DESIRE
2410 18TH STREET NW #1
WASHINGTON DC 20009

GARY A RUBIN
WTAII PLLC
PO BOX 601645
DALLAS TEXAS 75360

CHEVI THOMPSON
2410 18TH STREET NW #3
WASHINGTON DC 20009

DAVID A ROSEN ESQ
CHIEF OF LITIGATION
OFFICE OF GENERAL COUNSEL
DISTRICT OF COLUMBIA HOUSING AUTHORITY
1133 NORTH CAPITOL STREET NE SUITE 210
WASHINGTON DC 20002

PAUL H TEAGUE
OFFICE OF THE GENERAL COUNSEL
ASSOCIATE GENERAL COUNSEL
WASHINGTON GAS
1000 MAINE AVENUE SW
WASHINGTON DC 20024

BRIAN E HOFFMAN
ASSISTANT GENERAL COUNSEL
EXELON CORPORATION
701 NINTH STREET NW
WASHINGTON DC 20068

UNITED STATES SECURITIES AND
   EXCHANGE COMMISSION
100 F STREET NE
WASHINGTON DC 20549

MAURICE B VERSTANDIG ESQ
THE VERSTANDIG
LAW FIRM LLC
9812 FALLS ROAD #114-160
POTOMAC MARYLAND 20854

SARA KATHRYN MASON ESQ
OFFICE OF THE UNITED STATES TRUSTEE
1725 DUKE STREET STE 650
ALEXANDRIA VIRGINIA 22314

EMIL HIRSCH ESQ
CARLTON FIELDS JORDEN BURT PA
1025 THOMAS JEFFERSON STREET NW
STE 400 WEST
WASHINGTON DC 20007

JEFFERY T MARTIN ESQ
MARTIN LAW GROUP PC
7918 JONES BRANCH DRIVE
4TH FLOOR
MC LEAN VA 22102

MERRICK B. GARLAND
OFFICE OF THE ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20530

BRIAN L. SCHWALB
OFFICE OF THE ATTORNEY GENERAL
FOR THE DISTRICT OF COLUMBIA
400 6TH STREET, N.W.
WASHINGTON, D.C. 20001

MATTHEW M. GRAVES
UNITED STATES ATTORNEY FOR THE
DISTRICT OF COLUMBIA
601 D ST NW
WASHINGTON, DC 20004

SETH P. SLOMOVITZ
LAW OFFICES OF ERIC HOWELL SAYLES, P.L.L.C.
1155 CONNECTICUT AVENUE, NW, SUITE 650
WASHINGTON, DC  20036

RICHARD B. ROSENBLATT
THE LAW OFFICES OF RICHARD B. ROSENBLATT, PC
30 COURTHOUSE SQUARE, SUITE 302
ROCKVILLE, MD. 20850

FRANK MORRIS, II
MORRISMARGULIES, LLC
8201 CORPORATE DRIVE, SUITE 260
LANDOVER, MD 20785

STEPHEN KARBELK
DIRECTOR/PARTNER, CENTURY 21
COMMERCIAL NEW MILLENNIUM
20405 EXCHANGE STREET #221
ASHBURN, VA  20147

18th DC, LLC
c/o Jeffery T. Martin, Jr.
7918 Jones Branch Drive, 4th Fl
MCLEAN, VA 22102

Jeffery T. Martin
Martin Law Group, P.C.
7918 Jones Branch Drive
4th Floor
McLean, VA 22102

Dashco, Inc.
c/o The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, MD 20854

Waterloo Rescue, LLC
11350 Random Hills Road
Suite 720
Fairfax, VA 22030

YSRTL LLC TES
CUSTODIAN
3031 S. Cole Road
Boise, ID 83709

Justin Philip Fasano
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 22070

Nancy L. Alper
Office of Attorney General
For D.C.
441 4th Street, NW
Suite 6 North 93
Washington, DC 20001

Odin, Feldman & Pittleman, P.C.
c/o Alexander McDonald Laughlin
1775 Wiehle Avenue
Suite 400
Reston, VA 20190