The order below is hereby signed.

Signed: June 26 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) |
| | ) |
| ADAMS 3, LLC, | ) Case No. 22-00205-ELG |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |

# FINAL DECREE

The matter before the Court is the *Trustee's Final Report and Motion for Final Decree.*

Whereas, Adams 3, LLC, the debtor, filed a voluntary petition under Title 11, Chapter 11, in the United States Bankruptcy Court for the District of Columbia on November 1, 2022; and

Whereas, Bradley D. Jones was appointed Chapter 11 Trustee for the Bankruptcy Estate of Adams 3, LLC.

Whereas, a Chapter 11 Plan was proposed to the creditors and confirmed by Order of this Court on July 6, 2023; and

Whereas, the Trustee has reported to this court that the Plan of Reorganization has been substantially consummated; and

Whereas, Fed. R. Bankr. P. 3022 provides for the entry of a Final Decree; it is therefore

ORDERED that the Final Report of the Trustee is approved, the distributions proposed in Paragraph 26 of the Motion for the Final Decree are APPROVED, the Trustee is authorized to

1

make payments consistent with the proposed distributions; and the Motion for Final Decree is GRANTED; and it is further

ORDERED that the case is CLOSED. The Clerk of Court is directed to close the case in accordance with this order.

**[End of Order]**

**I ask for this:**

*/s/ Bradley D. Jones*
Bradley D. Jones, (Bankr. D.D.C. No. VA 68)
Joshua W. Cox, No. 1033283
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
brad.jones@stinson.com
joshua.cox@stinson.com
ruiqiao.wen@stinson.com
*Counsel for*
*Bradley D. Jones, Trustee*

CORE/3529461.0002/199682255.1