The order below is hereby signed.

Signed: June 27 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | )<br>)<br>) Case No. 22-00205-ELG |
| ADAMS 3, LLC, | ) Chapter 11<br>) |
| Debtor. | )<br>) |

### ORDER GRANTING FIRST AND FINAL APPLICATION FOR APPROVAL OF COMPENSATION OF STINSON LLP AS CHAPTER 11 TRUSTEE'S COUNSEL FOR THE PERIOD OF OCTOBER 19, 2023 THROUGH MAY 28, 2025

This matter came before the Court on the application ("Application") for approval of compensation of Stinson LLP ("Attorneys"). Attorneys serve as counsel to Bradley D. Jones ("Trustee"), the Chapter 11 trustee for the bankruptcy estate of Adams 3, LLC. This is the first and final application by Attorneys as counsel for the Chapter 11 Trustee. In the Application, compensation sought for fees totals $21,289.00 (voluntarily reduced from $22,951.50) and compensation for expenses totals $0.00.

Upon consideration of the Application and any opposition filed thereto, if any, it is hereby:

CORE/3529461.0002/200340721.1

**ORDERED, ADJUDGED AND DECREED**, that the Application be, and the same hereby is, **GRANTED IN ITS ENTIRETY;** and it is

**FURTHER ORDERED,** that the final compensation of Stinson LLP is hereby approved in the following amounts: **Fees – $21,289.00**, and **Expenses - $0.00**; and it is

**FURTHER ORDERED,** that the Trustee is authorized to pay Stinson LLP the fees and expenses awarded herein pursuant to the terms provided for in the confirmed chapter 11 plan.

### END OF ORDER

**WE ASK FOR THIS:**

/s/ Bradley D. Jones
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW, Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
brad.jones@stinson.com
joshua.cox@stinson.com
ruiqiao.wen@stinson.com
*Attorneys for Bradley D. Jones, Trustee*

**SEEN:**

/s/ Sara Kathryn Jackson, Esq.
Sara Kathryn Jackson, Esq.
Office of the United States Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314
202-841-8501
Email: sara.kathryn.jackson@usdoj.gov
*Counsel for the Office of the United States Trustee*

Copies to:

All parties registered to receive service through the Court's CM/ECF system

and

Adams 3, LLC
1390 Chain Bridge Road
Mc Lean, VA 2210

2

United States Bankruptcy Court

District of Columbia

| | |
|---|---|
| In re: | Case No. 22-00205-ELG |
| Adams 3, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 30, 2025 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2025:**

**Recip ID          Recipient Name and Address**
dbpos          + Adams 3, LLC, 1390 Chain Bridge Road, Mc Lean, VA 22101-3904

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2025            Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2025 at the address(es) listed below:

**Name                                    Email Address**

Alexander McDonald Laughlin
           on behalf of Defendant Bradley Jones  Chapter 11 Trustee alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com

Bradley David Jones
           brad.jones@ofplaw.com

Bradley David Jones
           on behalf of Trustee Bradley David Jones brad.jones@stinson.com  brad.jones2020@ecf.pacerpro.com

Bradley David Jones
           on behalf of Defendant Bradley Jones  Chapter 11 Trustee brad.jones@stinson.com, brad.jones2020@ecf.pacerpro.com

Emil Hirsch
           on behalf of Creditor DC Water ehirsch@carltonfields.com
           wdcecf@cfdom.net;ewhittington@carltonfields.com;ACinca@carltonfields.com

Jeffery T. Martin
           on behalf of Plaintiff 18th DC  LLC jeff@martinlawgroup.com,

| District/off: 0090-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 30, 2025 | Form ID: pdf001 | Total Noticed: 1 |

Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroup.com;Diana@martinlawgroup.com

Jeffery T. Martin

on behalf of Creditor 18th DC LLC jeff@martinlawgroup.com,
Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroup.com;Diana@martinlawgroup.com

Justin Philip Fasano

on behalf of Creditor YSRTL LLC TES CUSTODIAN jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano

on behalf of Plaintiff YSRTL LLC TES CUSTODIAN jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Kristen S. Eustis

on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov

Maurice Belmont VerStandig

on behalf of Creditor Dashco Inc. mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant Waterloo Rescue LLC mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Nancy L. Alper

on behalf of Defendant The District of Columbia nancy.alper@dc.gov

Richard B. Rosenblatt

on behalf of Interested Party Andrew Nimmer rrosenblatt@rosenblattlaw.com
ldorney@rosenblattlaw.com;sgonzalez@rosenblattlaw.com;wilbertrr41309@notify.bestcase.com

Sara Kathryn Jackson

on behalf of U.S. Trustee U. S. Trustee for Region Four sara.kathryn.jackson@usdoj.gov Robert.W.Ours@usdoj.gov

Seth Paul Slomovitz

on behalf of Plaintiff YSRTL LLC TES CUSTODIAN seth@sayleslegal.com

U. S. Trustee for Region Four

USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 17